AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Delaware

sanofi-aventis and sanofi-aventis U.S. LLC,

        Plaintiffs,

V.

Actavis South Atlantic LLC, et al.,

        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: -07-572-

TO: (Name and address of Defendant)

Par Pharmaceutical, Inc.
c/o Corporation Service Company
2711 Centerville Road
Suite 400
Wilmington, DE  19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899

an answer to the complaint which is served on you with this summons, within __20 (twenty)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

SEP 2 1 2007

CLERK                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE September 24, 2007 |
| NAME OF SERVER (PRINT) Thomas Lyle | TITLE Messenger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): by hand delivering a copy of the summons and complaint to Par Pharmaceutical, Inc. c/o Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, DE 19808

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/24/07
                 Date

Signature of Server: Thomas Lyle

800 King Street, Suite 102
Wilmington, DE  19801

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.