AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Delaware__

sanofi-aventis and sanofi-aventis U.S. LLC,

              Plaintiffs,

V.

Actavis South Atlantic LLC, et al.,

              Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: — 0 7 ⁻ 5 7 2

TO: (Name and address of Defendant)

    Teva Pharmaceuticals USA, Inc.
    c/o Corporate Creations Network, Inc.
    3411 Silverside Road
    Rodney Building #104
    Wilmington, DE  19810

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Jack B. Blumenfeld
    Morris, Nichols, Arsht & Tunnell LLP
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE  19899

an answer to the complaint which is served on you with this summons, within __20 (twenty)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

SEP 2 1 2007

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE September 24, 2007 |
| NAME OF SERVER (PRINT) Thomas Lyle | TITLE Messenger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): by hand delivering a copy of the summons and complaint to Teva Pharmaceuticals USA, Inc. c/o Corporate Creations Network, Inc. 3411 Silverside Road, Rodney Building #104, Wilmington, DE 19810

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/24/07
           Date

*Signature of Server:* Thomas Lyle

800 King Street, Suite 102
Wilmington, DE 19801

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.