IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANOFI-AVENTIS and<br>SANOFI-AVENTIS U.S. LLC,<br><br>                Plaintiffs,<br><br>vs.<br><br>ACTAVIS SOUTH ATLANTIC LLC,<br>AUROBINDO PHARMA LTD.,<br>AUROBINDO PHARMA USA INC.,<br>MYLAN PHARMACEUTICALS INC., PAR<br>PHARMACEUTICAL, INC., RANBAXY<br>INC., RANBAXY LABORATORIES<br>LIMITED, SUN PHARMACEUTICAL<br>INDUSTRIES, INC., SUN<br>PHARMACEUTICAL INDUSTRIES LTD,<br>TEVA PHARMACEUTICALS USA, INC.,<br>TORRENT PHARMA INC. and TORRENT<br>PHARMACEUTICALS LIMITED,<br><br>                Defendants. | C.A. No. 07-572 |

## DECLARATION OF MAILING

James W. Parrett, Jr. declares as follows:

1.     I am an associate at the law firm of Morris, Nichols, Arsht & Tunnell LLP, counsel to plaintiffs in this action.

2.     Defendant Mylan Pharmaceuticals Inc. ("Mylan") is a corporation organized and existing under the laws of West Virginia, having its principal place of business at 781 Chestnut Ridge Road, Morgantown, West Virginia 26504.

3.     The Summons and Complaint in this action were served on defendant Mylan on September 24, 2007, pursuant to 10 *Del. C.* § 3104, by hand delivery to the Delaware

Secretary of State, together with the statutory fee of $2.00. A copy of the Summons, showing the service on the Secretary of State, was filed with the Court on September 25, 2007.

    4.    On September 25, 2007, copies of the Summons and Complaint were sent by registered mail to Mylan, 781 Chestnut Ridge Road, Morgantown, West Virginia 26504, together with a notice stating that the service of the originals of such process had been made upon the Delaware Secretary of State, and that under 10 *Del. C.* § 3104, such service is as effectual to all intents and purposes as if it had been made upon Mylan personally within this state. *See* Exhibit A.

    5.    The registered mail return receipt that I received on October 3, 2007, shows that Mylan received and accepted the Summons, Complaint and notice. *See* Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.

_____
James W. Parrett, Jr. (#4292)

# EXHIBIT A

# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

JAMES W. PARRETT, JR.
302 351 9678
302 425 3083 FAX
jparrett@mnat.com

September 25, 2007

**REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

Mylan Pharmaceuticals Inc.
781 Chestnut Ridge Road
Morgantown, WV 26504

      Re:    Service of Process
              *sanofi-aventis and sanofi-aventis U.S. LLC v. Actavis South Atlantic LLC, Aurobindo Pharma Ltd., Aurobindo Pharma USA Inc., Mylan Pharmaceuticals Inc., Par Pharmaceutical, Inc., Ranbaxy Inc., Ranbaxy Laboratories Limited, Sun Pharmaceutical Industries, Inc., Sun Pharmaceutical Industries Ltd, Teva Pharmaceuticals USA, Inc., Torrent Pharma Inc. and Torrent Pharmaceuticals Limited*
              C.A. No. 07-572

To whom it may concern:

        Enclosed are copies of the Summons, Complaint for Patent Infringement against Mylan Pharmaceuticals Inc., Notice of Availability of a United States Magistrate Judge and Plaintiffs' Fed. R. Civ. P. 7.1 Statement in this action, which were served on the Delaware Secretary of State on September 24, 2007, pursuant to 10 *Del. C* § 3104(d). Under 10 *Del. C.* § 3104(d), such service is as effectual for all intents and purposes as if it had been made upon Mylan Pharmaceuticals, Inc. personally within the State of Delaware.

                                                        Sincerely,

                                                         James W. Parrett, Jr.

JWP/dlb
Enclosures

| Registered No. RA 614-328 662 US | | Date Stamp |
|---|---|---|
| Reg. Fee $ 9.50 | Special Delivery $ | WILMINGTON DE 19801 OCT 25 2007 |
| Handling Charge $ | Return Receipt $ 2.15 | |
| Postage $ 2.16 | Restricted Delivery $ | Domestic Insurance Is Limited To $25,000; International Indemnity is Limited (See Reverse) |
| Received by | | |
| Customer Must Declare Full Value $ 13.81 | ☐ With Postal Insurance  ☒ Without Postal Insurance | |

FROM: James W. Parrett, Jr. Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington DE 19801

TO: Mylan Pharmaceuticals
781 Chestnut Ridge Road
Morgantown, WV 26504

PS Form 3806, June 2000    Receipt for Registered Mail    (Customer Copy) (See Information on Reverse)

# EXHIBIT B

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): David J. Jones    C. Date of Delivery |
| 1. Article Addressed to:<br>Mylan Pharmaceuticals<br>781 Chestnut Ridge Road<br>Morgantown, WV<br>26504 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>[MORGANTOWN OCT 1 2007 26504 postmark] |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☒ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | RA 614 328 662 US |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540