### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANOFI-AVENTIS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ACTAVIS SOUTH ATLANTIC LLC, et al., <br><br> Defendants. | Civil Action No.: 07-572 GMS |

### **STIPULATION TO EXTEND**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties and subject to the approval of the Court, that the time by which Defendants Aurobindo Pharma Ltd. and Aurobindo Pharma USA Inc. (collectively "Aurobindo") shall answer, move, or otherwise respond to Plaintiffs' complaint is extended to and including November 5, 2007. Aurobindo agrees to waive any objections to service of process but retains the right to assert all other defenses, including personal jurisdiction. Counsel for Aurobindo respectfully request additional time to consider how they will respond to the complaint and to consult with their client as to their proposed course of action. No party will be prejudiced by this brief extension.

| | |
|---|---|
| /s/ Jack B.Blumenfeld | /s/ Mary B. Matterer |
| Jack B. Blumenfeld (I.D. No. 1014) <br> MORRIS, NICHOLS, ARSHT <br>     & TUNNELL  LLP <br> 1201 N. Market Street <br> Wilmington, Delaware 19801 <br> 302.658.9200 <br> jblumenfeld@mnat.com <br><br> *Counsel for Plaintiffs* <br> *sanofi-aventis and* <br> *sanofi-aventis U.S. LLC* | Mary B. Matterer (I.D. No. 2696) <br> MORRIS JAMES LLP <br> 500 Delaware Avenue, Suite 1500 <br> Wilmington, Delaware 19801 <br> 302.888.6800 <br> mmatterer@morrisjames.com <br><br> *Counsel for Defendants* <br> *Aurobindo Pharma Ltd. and* <br> *Aurobindo Pharma USA Inc.* |

2

**SO ORDERED** this _____ day of October, 2007.

_____
Gregory M. Sleet, J.