IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANOFI-AVENTIS and<br>SANOFI-AVENTIS U.S. LLC,<br><br>        Plaintiffs,<br><br>vs.<br><br>ACTAVIS SOUTH ATLANTIC LLC, *et al.*,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 07-572 (GMS)<br>)<br>)<br>)<br>) |

### NOTICE OF EXTENSION OF TIME

At the request of counsel for Defendant Teva Pharmaceuticals USA, Inc. ("Teva"), Plaintiffs hereby agree, subject to the approval of the Court, that the time for Teva to answer, move, or otherwise respond to the complaint shall be extended through and including October 22, 2007. The request is for a one-week extension, and is made to allow for additional time to facilitate the formal retention of local counsel in Delaware on behalf of Teva.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*
Jack B. Blumenfeld (# 1014)
Maryellen Noreika (# 3208)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com
jparrett@mnat.com

*Attorneys for Plaintiffs*
*sanofi-aventis and sanofi-aventis U.S. LLC*

*Of Counsel*:

John Desmarais
Gerald J. Flattmann, Jr.
William T. Vuk
KIRKLAND & ELLIS, LLP
Citigroup Center
153 E. 53rd Street
New York, NY  10022
(212) 446-4800

October 12, 2007


        SO ORDERED this _____ day of October, 2007.


_____
United States District Judge