UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANOFI-AVENTIS and SANOFI-AVENTIS U.S. LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ACTAVIS SOUTH ATLANTIC LLC, AUROBINDO PHARMA LTD., AUROBINDO PHARMA USA INC., MYLAN PHARMACEUTICALS INC., PAR PHARMACEUTICAL, INC., RANBAXY INC., RANBAXY LABORATORIES LIMITED, SUN PHARMACEUTICAL INDUSTRIES, INC., SUN PHARMACEUTICAL INDUSTRIES, LTD., TEVA PHARMACEUTICALS USA, INC., TORRENT PHARMA INC. and TORRENT PHARMACEUTICALS LIMITED<br><br>Defendants. | C.A. No. 1:07-cv-00572-GMS |

**DEFENDANT ACTAVIS SOUTH ATLANTIC LLC'S
<u>RULE 7.1 CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Actavis South Atlantic LLC states:

1.  Actavis South Atlantic LLC is a wholly-owned subsidiary of Actavis, Inc., which in turn is a wholly-owned subsidiary of Actavis Group PTC ehf., which in turn is a wholly-owned subsidiary of Actavis SD ehf., which in turn is a wholly-owned subsidiary of Actavis HY ehf, which in turn is a wholly-owned subsidiary of Actavis Equity ehf.,

{BMF-W0071169.}

which in turn is a wholly-owned subsidiary of Actavis Group hf., which in turn is owned by Novator eignarhaldsfélag ehf., an investment firm established under the laws of Iceland.

2. No publicly held corporation owns 10% or more of Novator eignarhaldsfélag ehf.

Dated: October 15, 2007

/s/ Dominick T. Gattuso
Andre G. Bouchard (No. 2504)
Dominick T. Gattuso (No. 3630)
BOUCHARD, MARGULES &
FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Telephone: (302) 573-3500
abouchard@bmf-law.com
dgattuso@bmf-law.com
*Attorneys for Defendant*
*Actavis South Atlantic LLC*

OF COUNSEL:

John Will Ongman, Esq.
Sanjay B. Sitlani, Esq.
AXINN, VELTROP &
 HARKRIDER LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 912-4700

Chad A. Landmon, Esq.
AXINN, VELTROP &
 HARKRIDER LLP
90 State House Square
Hartford, CT 06103-3702
(860) 275-8100

*Attorneys for Defendant*
*Actavis South Atlantic LLC*

## CERTIFICATE OF SERVICE

I, Dominick T. Gattuso, hereby certify that on October 15, 2007, I caused to be electronically filed a true and correct copy of the notice of the foregoing document – Defendants Rule 7.1 Disclosure Statement with the Clerk of the Court using CM/ECF which will send notification of such filing to the following counsel of record:

>Jack. B. Blumenfeld
>Maryellen Noreika
>MORRIS, NICHOLS, ARSHT AND TUNNELL LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899
>*jbbefiling@mnat.com*
>*mnoreika@mnat.com*

I further certify that on October 15, 2007, I caused copies of the foregoing document to be served by e-mail on the above-listed counsel and on the following non-registered participants.

John Desmarais
Gerald J. Flattmann, Jr.
William T. Vuk
KIRKLAND & ELLIS LLP
Citigroup Center
153 E. 53rd Street
New York, NY 10022
*jdesmarais@kirkland.com*
*gflattmann@kirkland.com*
*wvuk@kirkland.com*

/s/ Dominick T. Gattuso
Andre G. Bouchard (No. 2504)
Dominick T. Gattuso (No. 3630)
BOUCHARD, MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Telephone: (302) 573-3500
abouchard@bmf-law.com
dgattuso@bmf-law.com
*Attorneys for Defendant*
*Actavis South Atlantic LLC*

{BMF-W0071169.}