**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SANOFI-AVENTIS and <br> SANOFI-AVENTIS U.S. LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> ACTAVIS SOUTH ATLANTIC LLC, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    C.A. No. 07-572 (GMS) <br> ) <br> ) <br> ) |

**NOTICE OF EXTENSION OF TIME**

At the request of counsel for Defendant Par Pharmaceutical, Inc. ("Par"), Plaintiffs hereby agree, subject to the approval of the Court, that the time for Par to answer, move, or otherwise respond to the complaint shall be extended through and including October 30, 2007. The request is for a two-week extension, and is made to allow for additional time to facilitate the formal retention of local counsel in Delaware on behalf of Par.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika (#3208)*
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com
jparrett@mnat.com

*Attorneys for Plaintiffs
sanofi-aventis and sanofi-aventis U.S. LLC*

2

*Of Counsel*:

John Desmarais
Gerald J. Flattmann, Jr.
William T. Vuk
KIRKLAND & ELLIS, LLP
Citigroup Center
153 E. 53rd Street
New York, NY  10022
(212) 446-4800

October 15, 2007


        SO ORDERED this \_\_\_\_ day of October, 2007.


        _____
        United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

>Mary B. Matterer
>MORRIS JAMES LLP
>
>Andre G. Bouchard, Esquire
>Dominick T. Gattuso, Esquire
>BOUCHARD, MARGULES & FRIEDLANDER, P.A.

I further certify that I caused to be served copies of the foregoing document on October 15, 2007 upon the following in the manner indicated:

| | |
|---|---|
| Mary B. Matterer, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue<br>Suite 1500<br>Wilmington, DE  19801<br>*Counsel for Aurobindo Pharma LTD and*<br>*Aurobindo Pharma USA Inc.* | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Robert B. Breisblatt, Esquire<br>Steven E. Feldman, Esquire<br>Sherry L. Rollo, Esquire<br>WELSH & KATZ LTD.<br>120 S. Riverside Plaza<br>22nd Floor<br>Chicago, IL  60606<br>*Counsel for Sun Pharmaceutical Industries,*<br>*Inc. and  Sun Pharmaceuticals Industries, Ltd.* | *VIA ELECTRONIC MAIL*<br>*and FIRST CLASS MAIL* |
| Christopher J. Sorenson, Esquire<br>MERCHANT & GOULD<br>An Intellectual Property Law Firm<br>80 South 8th Street<br>3200 IDS Center<br>Minneapolis, MN  55402<br>*Counsel for Teva Pharmaceuticals USA, Inc.* | *VIA ELECTRONIC MAIL*<br>*and FIRST CLASS MAIL* |

| | |
|---|---|
| Andre G. Bouchard, Esquire<br>Dominick T. Gattuso, Esquire<br>BOUCHARD, MARGULES & FRIEDLANDER, P.A.<br>222 Delaware Avenue<br>Suite 1400<br>Wilmington, DE  19801<br>*Counsel for Actavis South Atlantic LLC* | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| John Will Ongman, Esquire<br>Sanjay B. Sitlani, Esquire<br>AXINN, VELTROP & HARKRIDER LLP<br>1330 Connecticut Avenue, NW<br>Washington, DC  20036<br>*Counsel for Actavis South Atlantic LLC* | *VIA ELECTRONIC MAIL*<br>*and FIRST CLASS MAIL* |
| Chad A. Landmon, Esquire<br>AXINN, VELTROP & HARKRIDER LLP<br>90 State House Square<br>Hartford, CT  06103-3702<br>*Counsel for Actavis South Atlantic LLC* | *VIA ELECTRONIC MAIL*<br>*and FIRST CLASS MAIL* |

*/s/ Maryellen Noreika (#3208)*
Maryellen Noreika (#3208)