IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANOFI-AVENTIS and SANOFI-AVENTIS U.S. LLC,<br><br>    Plaintiffs/Counterclaim Defendants<br><br>    v.<br><br>ACTAVIS SOUTH ATLANTIC LLC, AUROBINDO PHARMA LTD., MYLAN PHARMACEUTICALS INC., PAR PHARMACEUTICAL, INC., RANBAXY INC., RANBAXY LABORATORIES LIMITED, SUN PHARMACEUTICALS INDUSTRIES LTD., TEVA PHARMACEUTICALS USA, INC., TORRENT PHARMA INC. and TORRENT PHARMACEUTICALS LIMITED,<br><br>    Defendants,<br><br>MYLAN PHARMACEUTICALS INC.<br><br>    Counterclaim Plaintiff. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 07-572-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant/Counterclaim Plaintiff Mylan Pharmaceuticals Inc. discloses that it is a wholly-owned subsidiary of Mylan Inc., formerly known as Mylan Laboratories, and no other publicly-held corporation owns 10% or more of its stock.

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Timothy H. Kratz<br>Robert J. Waddell Jr.<br>Robert L. Florence<br>McGuireWoods LLP<br>1170 Peachtree Street, Suite 2100<br>Atlanta, Georgia  30309<br>(404) 443-5500 | By:  /s/ David E. Moore<br>        Richard L. Horwitz (#2246)<br>        David E. Moore (#3983)<br>        Hercules Plaza, 6th Floor<br>        1313 N. Market Street<br>        Wilmington, DE  19899<br>        (302) 984-6000<br>        rhorwitz@potteranderson.com<br>        dmoore@potteranderson.com |
| Lynn E. Eccleston<br>McGuireWoods LLP<br>1750 Tysons Boulevard, Suite 1800<br>McLean, Virginia  22102-4215<br>(703) 712-5000 | *Attorneys for Defendant/Counterclaim Plaintiff Mylan Pharmaceuticals Inc.* |

Dated:  October 15, 2007
825587 / 32339

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

  I, David E. Moore, hereby certify that on October 15, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

  I further certify that on October 15, 2007, I have Electronically Mailed the document to the following person(s):

Jack B. Blumenfeld
Maryellen Noreika
James W. Parrett, Jr.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
jblumenfeld@mnat.com
mnoreika@mnat.com
jparrett@mnat.com

John M. Desmarais
Gerald J. Flattmann, Jr.
William T. Vuk
Kirkland & Ellis, L.L.P.
Citigroup Center
153 E. 53rd Street
New York, NY 10022
jdesmarais@kirkland.com
gflattmann@kirkland.com
wvuk@kirkland.com

Mary Matterer
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
mmatterer@morrisjames.com

              By: */s/ David E. Moore*
                Richard L. Horwitz
                David E. Moore
                Hercules Plaza, 6th Floor
                1313 N. Market Street
                Wilmington, Delaware 19899-0951
                (302) 984-6000
                rhorwitz@potteranderson.com
                dmoore@potteranderson.com

825494 / 32339