IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANOFI-AVENTIS and SANOFI-AVENTIS U.S. LLC,<br><br>        Plaintiffs,<br><br>    v.<br><br>ACTAVIS SOUTH ATLANTIC LLC, AUROBINDO PHARMA LTD., AUROBINDO PHARMA USA INC., MYLAN PHARMACEUTICALS INC., PAR PHARMACEUTICAL, INC., RANBAXY INC., RANBAXY LABORATORIES LIMITED, SUN PHARMACEUTICAL INDUSTRIES, INC., SUN PHARMACEUTICAL INDUSTRIES LTD, TEVA PHARMACEUTICALS USA, INC., TORRENT PHARMA INC. and TORRENT PHARMACEUTICALS LIMITED,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 07-572 (GMS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION TO EXTEND TIME**

       IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties and subject to approval of the Court, that the time by which Defendants Sun Pharmaceutical Industries, Inc. and Sun Pharmaceuticals Industries, Ltd. (collectively "Sun Pharmaceuticals") shall answer, move, or otherwise respond to Plaintiffs' Complaint is extended to and including October 29, 2007. Counsel for Sun Pharmaceuticals respectfully requests additional time to consider how they will respond to the Complaint and to consult with their client as to their proposed course of action. No party shall be prejudiced by this brief extension.

- 2 -

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | WELSH & KATZ LTD. |
|---|---|
| */s/ James W. Parrett, Jr.* | */s/ Sherry L. Rollo* |
| _____ | _____ |
| Jack B. Blumenfeld (#1014) | Robert B. Breisblatt |
| Maryellen Noreika (#3208) | Steven E. Feldman |
| James W. Parrett, Jr. (#4292) | Sherry L. Rollo |
| 1201 North Market Street | 120 S. Riverside Plaza |
| P.O. Box 1347 | 22nd Floor |
| Wilmington, DE  19899-1347 | Chicago, IL  60606 |
| (302) 658-9200 | (312) 655-1500 |
| jblumenfeld@mnat.com | rbbreisblatt@welshkatz.com |
| mnoreika@mnat.com | sefeldman@welshkatz.com |
| jparrett@mnat.com | srollo@welshkatz.com |
| *Counsel for Plaintiffs* | *Counsel for Defendants Sun Pharmaceutical Industries, Inc. and Sun Pharmaceuticals Industries, Ltd.* |

Dated:  October 15, 2007
1266776

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

>Mary B. Matterer
>MORRIS JAMES LLP
>
>Andre G. Bouchard
>Dominick T. Gattuso
>BOUCHARD, MARGULES & FRIEDLANDER, P.A.
>
>Richard L. Horwitz
>David E. Moore
>POTTER, ANDERSON & CORROON LLP
>
>Francis J. Murphy, Jr.
>MURPHY, SPADARO & LANDON

I further certify that I caused to be served copies of the foregoing document on October 15, 2007 upon the following in the manner indicated:

**VIA ELECTRONIC MAIL:**

| | |
|---|---|
| Mary B. Matterer, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue<br>Suite 1500<br>Wilmington, DE 19801<br>*Counsel for Aurobindo Pharma LTD and Aurobindo Pharma USA Inc.* | Robert B. Breisblatt, Esquire<br>Steven E. Feldman, Esquire<br>Sherry L. Rollo, Esquire<br>WELSH & KATZ LTD.<br>120 S. Riverside Plaza<br>22nd Floor<br>Chicago, IL 60606<br>*Counsel for Sun Pharmaceutical Industries, Inc. and Sun Pharmaceuticals Industries, Ltd.* |
| Christopher J. Sorenson, Esquire<br>MERCHANT & GOULD<br>An Intellectual Property Law Firm<br>80 South 8th Street<br>3200 IDS Center<br>Minneapolis, MN 55402<br>*Counsel for Teva Pharmaceuticals USA, Inc.* | Andre G. Bouchard, Esquire<br>Dominick T. Gattuso, Esquire<br>BOUCHARD, MARGULES & FRIEDLANDER, P.A.<br>222 Delaware Avenue<br>Suite 1400<br>Wilmington, DE 19801<br>*Counsel for Actavis South Atlantic LLC* |

- 2 -

John Will Ongman, Esquire
Sanjay B. Sitlani, Esquire
AXINN, VELTROP & HARKRIDER LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
*Counsel for Actavis South Atlantic LLC*

Chad A. Landmon, Esquire
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103-3702
*Counsel for Actavis South Atlantic LLC*

Timothy H. Kratz, Esquire
Robert J. Waddell Jr., Esquire
Robert L. Florence
MCGUIRE WOODS LLP
1170 Peachtree Street, Suite 2100
Atlanta, GA 30309
*Counsel for Mylan Pharmaceuticals Inc.*

Lynn E. Eccleston, Esquire
MCGUIRE WOODS LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA 22102-4215
*Counsel for Mylan Pharmaceuticals Inc.*

Richard L. Horwitz, Esquire
David E. Moore, Esquire
POTTER, ANDERSON & CORROON LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
*Counsel for Mylan Pharmaceuticals Inc.*

Keith D. Parr, Esquire
Kevin M. Nelson, Esquire
David B. Abramowitz, Esquire
LOCKE LORD BISSELL & LIDDELL LLP
*Counsel for Torrent Pharma Inc. and
Torrent Pharmaceuticals, Ltd.*

Francis J. Murphy, Jr., Esquire
MURPHY, SPADARO & LANDON
1011 Centre Road, Suite 210
Wilmington, DE 19805
*Counsel for Torrent Pharma Inc. and
Torrent Pharmaceuticals, Ltd.*

*/s/ James W. Parrett, Jr.*
_____
James W. Parrett, Jr. (#4292
jparrett@mnat.com