AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ Delaware

sanofi-aventis and sanofi-aventis U.S. LLC,

               Plaintiffs,

V.

Actavis South Atlantic LLC, et al.,

               Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: — 0 7 - 5 7 2 -

TO: (Name and address of Defendant)

    Aurobindo Pharma Ltd.
    c/o Secretary of State
    Division of Corporations
    John G. Townsend Building
    401 Federal Street
    Suite 4
    Dover, DE  19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Jack B. Blumenfeld
    Morris, Nichols, Arsht & Tunnell LLP
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE  19899

an answer to the complaint which is served on you with this summons, within __20 (twenty)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

SEP 2 1 2007

CLERK                                         DATE

_Beth Duran_

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE September 28, 2007 |
| NAME OF SERVER (PRINT) Michael Jenson | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): by hand delivering a copy of the summons and complaint to Aurobindo Pharma Ltd., c/o Christine J. Siwik, Esquire, Rakoczy Molino Mazzochi Siwik LLP, 6 West Hubbard Street, Suite 500, Chicago, IL 60610, the person authorized to accept service of process for Aurobindo pursuant to Aurobindo's August 29, 2007*

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/11/07
             Date                    Signature of Server

LaSalle Process Servers L.P.

Address of Server
29 S. LaSalle Street, Suite 956
Chicago, IL  60603

**     Paragraph IV certification letter.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.