IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANOFI-AVENTIS and SANOFI-AVENTIS U.S. LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>ACTAVIS SOUTH ATLANTIC LLC, AUROBINDO PHARMA LTD., AUROBINDO PHARMA USA INC., MYLAN PHARMACEUTICALS INC., PAR PHARMACEUTICAL, INC., RANBAXY INC., RANBAXY LABORATORIES LIMITED, SUN PHARMACEUTICAL INDUSTRIES, INC., SUN PHARMACEUTICAL INDUSTRIES LTD, TEVA PHARMACEUTICALS USA, INC., TORRENT PHARMA INC. and TORRENT PHARMACEUTICALS LIMITED,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 07-572 (GMS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**TORRENT PHARMA INC.'S *AMENDED* CORPORATE DISCLOSURE STATEMENT
PURSUANT TO FED. R. CIV. P. 7.1(a)**

The undersigned counsel for Torrent Pharma Inc. certifies that Torrent Pharma Inc. is a wholly-owned subsidiary of a publicly held corporation. Torrent Pharmaceuticals Ltd. is the parent company of Torrent Pharma Inc. No other public corporation holds more than 10% of Torrent Pharmaceutical Ltd.'s common stock.

Dated: October 17, 2007

                                              Respectfully Submitted,

                                              /s/ Francis J. Murphy
                                              Francis J. Murphy, DE I.D. No. 223
                                              **MURPHY & LANDON**
                                              1011 Centre Road, Suite 210

        Wilmington, DE  19805
        Tel:  (302) 472-8100
        Fax:  (302) 472-8135
        fmurphy@msllaw.com
        Attorneys for Defendants Torrent Pharma
        Inc. and Torrent Pharmaceuticals Ltd.

*Of counsel:*
Keith D. Parr
Kevin M. Nelson
David B. Abramowitz
**LOCKE LORD BISSELL & LIDDELL LLP**
Attorneys for Defendants Torrent Pharma
Inc. and Torrent Pharmaceuticals Ltd.
(312) 443-0261 (SBF)
(312) 896-6261 (SBF) (fax)
kparr@lockelord.com

147084

## CERTIFICATE OF SERVICE

I, Francis J. Murphy, do hereby certify that the foregoing **TORRENT PHARMA INC.'S** *AMENDED* **CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1(a)** was served on the following counsel by electronic filing with the Court's ECF system and by placing a true and correct copy in the U.S. Mail on this 17th day of October, 2007.

Jack B. Blumenfeld
Maryellen Noreika
James W. Parrett, Jr.
1201 North Market St.
P.O. Box 1347
Wilmington, DE 19899-1347
jblumenfeld@mnat.com
mnoreika@mnat.com
jparrett@mnat.com

John Desmaris
Gerald J. Flattmann, Jr.
William T. Vuk
KIRKLAND & ELLIS, LLP
Citigroup Center
153 E. 53rd Street
New York, NY 10022
(212) 446-4800

**Attorneys for Plaintiffs
sanofi-aventis and
sanofi-aventis U.S. LLC**

                    **MURPHY & LANDON**

                    /s/ Francis J. Murphy
                    Francis J. Murphy, DE I.D. No. 223
                    1011 Centre Road, Suite 210
                    Wilmington, DE 19805
                    Tel: (302) 472-8100
                    Fax: (302) 472-8135
                    fmurphy@msllaw.com
                    Attorneys for Defendants Torrent Pharma
                    Inc. and Torrent Pharmaceuticals Ltd.

147084

*Of counsel:*
Keith D. Parr
Kevin M. Nelson
David B. Abramowitz
**LOCKE LORD BISSELL & LIDDELL LLP**
Attorneys for Defendants Torrent Pharma
Inc. and Torrent Pharmaceuticals Ltd.
(312) 443-0261 (SBF)
(312) 896-6261 (SBF) (fax)
kparr@lockelord.com

147084