IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Sanofi-Aventis and Sanofi-Aventis U.S. LLC, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> Actavis South Atlantic LLC, Aurobindo Pharma ) <br> Ltd., Aurobindo Pharma USA Inc., mylan ) <br> Pharmaceuticals Inc., Par Pharmaceutical, Inc., ) <br> Ranbaxy Inc., Ranbaxy Laboratories Limited, Sun ) <br> Pharmaceutical Industries, Inc., Sun Pharmaceutical ) <br> Industries Ltd., Teva Pharmaceuticals USA, Inc., ) <br> Torrent Pharma Inc. and Torrent Pharmaceuticals ) <br> Limited ) <br> ) <br> Defendants. ) <br> ) | C. A. No. 07-572-GMS |

## ENTRY OF APPEARANCE

Please enter the appearance of Frederick L. Cottrell, III and the firm of Richards, Layton & Finger, P.A. in the above captioned action as counsel to Defendants Ranbaxy Inc. and Ranbaxy Laboratories Limited

/s/ Frederick L. Cottrell, III
_____
Frederick L. Cottrell, III (#2555)

Of Counsel:

Darrell L. Olson
William R. Zimmerman
Knobbe, Martens, Olson 7 Bear
2040 Main Street, 14th Floor
Irvine, CA 92614

Dated: October 17, 2007

cottrell@rlf.com
Jameson A.L. Tweedie (#4927)
tweedie@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
Attorneys for Defendants
Ranbaxy Inc. and Ranbaxy Laboratories Limited

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### BY HAND

Jack B. Blumenfeld
James W. Parrett, Jr.
Morris Nichols Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899

Richard L. Horwitz
Potter Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P. O. Box 951
Wilmington, DE 19899-0951

Mary Matterer
Morris James LLP
500 Delaware Avenue, Suite 1500
P. O. Box 2306
Wilmington, DE 19899-2306

Francis J. Murphy, Jr.
Murphy, Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805

_____
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com

RLF1-3213771-1