IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SANOFI-AVENTIS and<br>SANOFI-AVENTIS U.S. LLC,<br><br>              Plaintiffs,<br><br>    vs.<br><br>ACTAVIS SOUTH ATLANTIC LLC,<br>AUROBINDO PHARMA LTD.,<br>AUROBINDO PHARMA USA INC.,<br>MYLAN PHARMACEUTICALS INC., PAR<br>PHARMACEUTICALS INC., RANBAXY<br>INC., RANBAXY LABORATORIES<br>LIMITED, SUN PHARMACEUTICAL<br>INDUSTRIES, INC., SUN<br>PHARMACEUTICAL INDUSTRIES LTD,<br>TEVA PHARMACEUTICALS USA, INC.<br>TORRENT PHARMA INC. and TORRENT<br>PHARMACEUTICALS LIMITED,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 07-572-GMS |

## TEVA PHARMACEUTICALS USA, INC.'S AND TEVA PHARMACEUTICAL INDUSTRIES LTD.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, defendant Teva Pharmaceuticals USA, Inc. hereby discloses that (1) the parent companies of Teva Pharmaceuticals USA, Inc. are: Orvet UK Ltd., Teva Pharmaceuticals Europe B. V. (Holland) and Teva Pharmaceutical Industries Ltd. (Israel); and (2) Teva Pharmaceutical Industries Ltd. is

the only publicly-traded company that directly or indirectly owns 10% or more of Teva Pharmaceuticals USA, Inc.

                                                   Respectfully submitted,

                                                   TEVA PHARMACEUTICALS USA, INC.

*/s/ John W. Shaw*

Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899
(302) 571-6600
jshaw@ycst.com

Mark D. Schuman
Christopher J. Sorenson
Merchant & Gould LLC
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402

Attorneys for Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries, Ltd.

Dated: October 22, 2007

## CERTIFICATE OF SERVICE

I, John W. Shaw, hereby certify that October 22, 2007, I caused a copy of the foregoing document to be served on the counsel listed by the following in the manner:

### BY CM/ECF, E-MAIL & HAND DELIVERY

Jack B. Blumenfeld, Esquire
James Walter Parrett, Jr., Esquire
Morris, Nichols, Arsht &Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jbbefiling@mnat.com
jparrett@mnat.com

Mary Matterer, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
mmatterer@morrisjames.com

Richard L. Horwitz, Esquire
Potter Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899-0951
rhorwitz@potteranderson.com

Frederick L. Cottrell, III
Jameson A.L. Tweedie
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
cottrell@rlf.com
tweedie@rlf.com

Francis J. Murphy, Jr.
Murphy, Spardo & Landon
1011 Centre Road
Suite 210
Wilmington, DE 19805
fmurphy@msllaw.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com