IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANOFI-AVENTIS and <br> SANOFI-AVENTIS U.S. LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> ACTAVIS SOUTH ATLANTIC LLC, <br> AUROBINDO PHARMA LTD., <br> AUROBINDO PHARMA USA INC., <br> MYLAN PHARMACEUTICALS INC., PAR <br> PHARMACEUTICAL, INC., RANBAXY <br> INC., RANBAXY LABORATORIES <br> LIMITED, SUN PHARMACEUTICAL <br> INDUSTRIES, INC., SUN <br> PHARMACEUTICAL INDUSTRIES LTD, <br> TEVA PHARMACEUTICALS USA, INC., <br> TORRENT PHARMA INC. and TORRENT <br> PHARMACEUTICALS LIMITED, <br><br> Defendants. | C.A. No. 07-572 |

## DECLARATION OF MAILING

James W. Parrett, Jr. declares as follows:

1. I am an associate at the law firm of Morris, Nichols, Arsht & Tunnell LLP, counsel to plaintiffs in this action.

2. Defendant Sun Pharmaceutical Industries, Ltd. ("Sun Ltd.") is an Indian corporation having a place of business at Acme Plaza, Andheri - Kurla Rd, Andheri (E), Mumbai - 400 059.

3. The Summons and Complaint in this action were served on defendant Sun Ltd. on September 24, 2007, pursuant to 10 *Del. C.* § 3104, by hand delivery to the Delaware

Secretary of State, together with the statutory fee of $2.00. A copy of the Summons, showing the service on the Secretary of State, was filed with the Court on September 25, 2007.

4. On September 25, 2007, copies of the Summons and Complaint were sent by registered mail to Sun Ltd., Acme Plaza, Andheri - Kurla Rd, Andheri (E), Mumbai - 400 05, together with a notice stating that the service of the originals of such process had been made upon the Delaware Secretary of State, and that under 10 *Del. C.* § 3104, such service is as effectual to all intents and purposes as if it had been made upon Sun Ltd. personally within this state. *See* Exhibit A.

5. The registered mail return receipt that I received on October 26, 2007, shows that Sun Ltd. received and accepted the Summons, Complaint and notice. *See* Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.

_____
James W. Parrett, Jr. (#4292)

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

>Mary B. Matterer
>MORRIS JAMES LLP
>
>Andre G. Bouchard, Esquire
>Dominick T. Gattuso, Esquire
>BOUCHARD, MARGULES & FRIEDLANDER, P.A.
>
>Francis J. Murphy, Esquire
>MURPHY & LANDON
>
>Richard L. Horwitz, Esquire
>David E. Moore, Esquire
>POTTER ANDERSON & CORROON LLP
>
>Frederick L. Corrtell, II, Esquire
>Jameson A.L. Tweedie, Esquire
>RICHARDS, LAYTON & FINGER, P.A.
>
>Josy W. Ingersoll, Esquire
>John W. Shaw, Esquire
>YOUNG CONAWAY STARGATT & TAYLOR, LLP

I further certify that I caused to be served copies of the foregoing document on October 26, 2007 upon the following in the manner indicated:

Mary B. Matterer, Esquire                                             *VIA ELECTRONIC MAIL*
MORRIS JAMES LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801
*Counsel for Aurobindo Pharma LTD and*
*Aurobindo Pharma USA Inc.*

Richard L. Horwitz, Esquire                           *VIA ELECTRONIC MAIL*
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza – 6th Floor
1313 North Market Street
Wilmington, DE 19801
*Counsel for Mylan Pharmaceuticals Inc.*

Timothy H. Kratz, Esquire                             *VIA ELECTRONIC MAIL*
Robert J. Waddell Jr., Esquire
Robert L. Florence, Esquire
MCGUIRE WOODS LLP
1170 Peachtree Street
Suite 2100
Atlanta, GA 30309
*Counsel for Mylan Pharmaceuticals Inc.*

Lynn E. Eccleston, Esquire                            *VIA ELECTRONIC MAIL*
MCGUIRE WOODS LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA 22102-4215
*Counsel for Mylan Pharmaceuticals Inc.*

Francis J. Murphy, Esquire                            *VIA ELECTRONIC MAIL*
MURPHY & LANDON
1011 Centre Road
Suite 210
Wilmington, DE 19805
*Counsel for Torrent Pharma Inc. and Torrent Pharmaceuticals Ltd.*

Keith D. Parr, Esquire                                *VIA ELECTRONIC MAIL*
Kevin M. Nelson, Esquire
David B. Abramowitz, Esquire
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, IL 60606
*Counsel for Torrent Pharma Inc. and Torrent Pharmaceuticals Ltd.*

Robert B. Breisblatt, Esquire                                    *VIA ELECTRONIC MAIL*
Steven E. Feldman, Esquire
Sherry L. Rollo, Esquire
WELSH & KATZ LTD.
120 S. Riverside Plaza
22nd Floor
Chicago, IL 60606
*Counsel for Sun Pharmaceutical Industries,*
*Inc. and Sun Pharmaceuticals Industries, Ltd.*

Josy W. Ingersoll, Esquire                                       *VIA ELECTRONIC MAIL*
John W. Shaw, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street
17th Floor
Wilmington, DE 19801
*Counsel for Teva Pharmaceuticals USA, Inc.*

Christopher J. Sorenson, Esquire                                 *VIA ELECTRONIC MAIL*
MERCHANT & GOULD
An Intellectual Property Law Firm
80 South 8th Street
3200 IDS Center
Minneapolis, MN 55402
*Counsel for Teva Pharmaceuticals USA, Inc.*

Andre G. Bouchard, Esquire                                       *VIA ELECTRONIC MAIL*
Dominick T. Gattuso, Esquire
BOUCHARD, MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801
*Counsel for Actavis South Atlantic LLC and*
*Par Pharmaceutical, Inc.*

John Will Ongman, Esquire                                        *VIA ELECTRONIC MAIL*
Sanjay B. Sitlani, Esquire
AXINN, VELTROP & HARKRIDER LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
*Counsel for Actavis South Atlantic LLC and*
*Par Pharmaceutical, Inc.*

| | |
|---|---|
| Chad A. Landmon, Esquire<br>AXINN, VELTROP & HARKRIDER LLP<br>90 State House Square<br>Hartford, CT 06103-3702<br>*Counsel for Actavis South Atlantic LLC and*<br>*Par Pharmaceutical, Inc.* | *VIA ELECTRONIC MAIL* |
| Frederick L. Cottrell, III, Esquire<br>Jameson A.L. Tweedie, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>*Counsel for Ranbaxy Inc. and Ranbaxy*<br>*Laboratories Limited* | *VIA ELECTORNIC MAIL* |
| Darrell L. Olson, Esquire<br>William R. Zimmerman, Esquire<br>KNOBBE, MARTENS, OLSON & BEAR<br>2040 Main Street<br>14th Floor<br>Irvine, CA 29614<br>*Counsel for Ranbaxy Inc. and Ranbaxy*<br>*Laboratories Limited* | *VIA ELECTRONIC MAIL* |

*/s/ James W. Parrett, Jr.*
James W. Parrett, Jr. (#4292)

# EXHIBIT A

# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. Box 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

JAMES W. PARRETT, JR.
302 351 9678
302 425 3083 Fax
jparrett@mnat.com

September 25, 2007

**REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

Sun Pharmaceutical Industries, Ltd.
Acme Plaza
Andheri – Kurla Rd
Andheri (E), Mumbai 400 059

       Re:    Service of Process
                   *sanofi-aventis and sanofi-aventis U.S. LLC v. Actavis South Atlantic LLC, Aurobindo Pharma Ltd., Aurobindo Pharma USA Inc., Mylan Pharmaceuticals Inc., Par Pharmaceutical, Inc., Ranbaxy Inc., Ranbaxy Laboratories Limited, Sun Pharmaceutical Industries, Inc., Sun Pharmaceutical Industries Ltd, Teva Pharmaceuticals USA, Inc., Torrent Pharma Inc. and Torrent Pharmaceuticals Limited*
                   C.A. No. 07-572

To whom it may concern:

       Enclosed are copies of the Summons, Complaint for Patent Infringement against Sun Pharmaceutical Industries, Ltd., Notice of Availability of a United States Magistrate Judge and Plaintiffs' Fed. R. Civ. P. 7.1 Statement in this action, which were served on the Delaware Secretary of State on September 24, 2007, pursuant to 10 *Del. C* § 3104(d). Under 10 *Del. C.* § 3104(d), such service is as effectual for all intents and purposes as if it had been made upon Sun Pharmaceutical Industries, Ltd. personally within the State of Delaware.

                                               Sincerely,

                                               James W. Parrett, Jr.

JWP/dlb
Enclosures



# EXHIBIT B

