IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANOFI-AVENTIS and <br> SANOFI-AVENTIS U.S. LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> ACTAVIS SOUTH ATLANTIC LLC, *et al.*, <br><br> Defendants. | ) <br> ) <br> )  C.A. No. 07-572 (GMS) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUN PHARMACEUTICAL INDUSTRIES, INC.'S RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Sun Pharmaceutical Industries Inc., hereby states that it is a wholly owned subsidiary of Sun Pharmaceutical Industries Ltd.

POTTER ANDERSON & CORROON LLP

By: _____
Philip A. Rovner (#3215)
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
E-mail: provner@potteranderson.com

Eric C. Cohen
Manotti L. Jenkins
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661-3693
(312) 902-5200

Dated: October 29, 2007
828231

*Attorneys for Defendants*
*Sun Pharmaceutical Industries, Inc.*
*and Sun Pharmaceutical Industries Ltd.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on October 29, 2007, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY E-MAIL**

Jack B. Blumenfeld, Esq.
Maryellen Noreika, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
mnoreika@mnat.com

Mary B. Matterer, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
mmatterer@morrisjames.com

Frederick L. Cottrell, III, Esq.
Jameson A. L. Tweedie, Esq.
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19899
cotrell@rlf.com
tweedie@rlf.com

**BY E-MAIL**

Andre G. Bouchard, Esq.
Dominick T. Gattuso, Esq.
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
abouchard@bmf-law.com
dgattuso@bmf-law.com

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLC
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Josy W. Ingersoll, Esq.
John W. Shaw, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899
jingersoll@ycst.com
jshaw@ycst.com

Francis J. Murphy, Esq.
Murphy, Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805
fmurphy@msllaw.com

       I hereby certify that on October 29, 2007 I have sent by E-mail the foregoing document to the following non-registered participants:

| | |
|---|---|
| John M. Desmarais, Esq.<br>Gerald J. Flattmann, Jr., Esq.<br>William T. Vuk, Esq.<br>Kirkland & Ellis, L.L.P.<br>Citigroup Center<br>153 E. 53rd Street<br>New York, NY 10022<br>jdesmarais@kirkland.com<br>gflattmann@kirkland.com<br>wvuk@kirkland.com | John Will Ongman, Esq.<br>Sanjay B. Sitlani, Esq.<br>Axinn, Veltrop & Hardrider LLP<br>1330 Connecticut Avenue, NW<br>Washington, DC 20036<br>jwo@avhlaw.com<br>jbs@avhlaw.com |
| Timothy H. Kratz, Esq.<br>Robert J. Waddell, Jr., Esq.<br>Robert L. Florence, Esq.<br>McGuire Woods LLP<br>1170 Peachtree Street, Suite 2100<br>Atlanta, GA 30309<br>tkratz@mcguirewoods.com<br>rwaddell@mcguirewoods.com<br>rflorence@mcguirewoods.com | Darrell L. Olson, Esq.<br>William R. Zimmerman, Esq.<br>Knobbe, Martens, Olson & Bear<br>2040 Main Street, 14th Floor<br>Irvine, CA 92614<br>dolson@kmob.com<br>bzimmerman@kmob.com |
| Mark D. Shuman, Esq.<br>Christopher J. Sorenson, Esq.<br>Merchant & Gould LLC<br>80 South 8th Street<br>3200 IDS Center<br>Minneapolis, MN 55402<br>csorenson@merchantgould.com<br>mshuman@merchantgould.com | Keith D. Parr, Esq.<br>Kevin M. Nelson, Esq.<br>David B. Abramowitz, Esq.<br>Lock Lord Bissell & Liddell LLP<br>111 South Wacker Drive<br>Chicago, IL 60606<br>kparr@lordbissell.com<br>knelson@lordbissell.com<br>dabramowitz@lordbissell.com |

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com

827705

-3-

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com

827705