# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

SANOFI-AVENTIS and )
SANOFI-AVENTIS U.S. LLC, )
                              )    C.A. No. 07-572 (GMS)
       Plaintiffs, )
                              )
       vs. )
                              )
ACTAVIS SOUTH ATLANTIC LLC, *et al.*, )
                              )
       Defendants. )

## <u>SUN PHARMACEUTICAL INDUSTRIES LTD.'S RULE 7.1 STATEMENT</u>

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Sun

Pharmaceutical Industries Ltd., hereby states that it has no parent corporation and that there are

no publicly held corporations which own 10% or more of its stock.

                                     POTTER ANDERSON & CORROON LLP

                         By: _____
                              Philip A. Rovner (#3215)
                              Hercules Plaza
                              P.O. Box 951
                              Wilmington, DE 19899
                              (302) 984-6000
                              E-mail: provner@potteranderson.com

                              Eric C. Cohen
                              Manotti L. Jenkins
                              KATTEN MUCHIN ROSENMAN LLP
                              525 West Monroe Street
                              Chicago, IL 60661-3693
                              (312) 902-5200

Dated:  October 29, 2007
828219
                              *Attorneys for Defendants*
                              *Sun Pharmaceutical Industries, Inc.*
                              *and Sun Pharmaceutical Industries Ltd.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on October 29, 2007, the within document

was filed with the Clerk of the Court using CM/ECF which will send notification of such

filing(s) to the following; that the document was served on the following counsel as

indicated; and that the document is available for viewing and downloading from

CM/ECF.

**BY E-MAIL**

Jack B. Blumenfeld, Esq.
Maryellen Noreika, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
jblumenfeld@mnat.com
mnoreika@mnat.com

Mary B. Matterer, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
mmatterer@morrisjames.com

Frederick L. Cottrell, III, Esq.
Jameson A. L. Tweedie, Esq.
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE  19899
cotrell@rlf.com
tweedie@rlf.com

**BY E-MAIL**

Andre G. Bouchard, Esq.
Dominick T. Gattuso, Esq.
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE  19801
abouchard@bmf-law.com
dgattuso@bmf-law.com

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLC
Hercules Plaza
P.O. Box 951
Wilmington, DE  19899
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Josy W. Ingersoll, Esq.
John W. Shaw, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19899
jingersoll@ycst.com
jshaw@ycst.com

Francis J. Murphy, Esq.
Murphy, Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805
fmurphy@msllaw.com


I hereby certify that on October 29, 2007 I have sent by E-mail the

foregoing document to the following non-registered participants:

John M. Desmarais, Esq.
Gerald J. Flattmann, Jr., Esq.
William T. Vuk, Esq.
Kirkland & Ellis, L.L.P.
Citigroup Center
153 E. 53rd Street
New York, NY 10022
jdesmarais@kirkland.com
gflattmann@kirkland.com
wvuk@kirkland.com

John Will Ongman, Esq.
Sanjay B. Sitlani, Esq.
Axinn, Veltrop & Hardrider LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
jwo@avhlaw.com
jbs@avhlaw.com

Timothy H. Kratz, Esq.
Robert J. Waddell, Jr., Esq.
Robert L. Florence, Esq.
McGuire Woods LLP
1170 Peachtree Street, Suite 2100
Atlanta, GA 30309
tkratz@mcguirewoods.com
rwaddell@mcguirewoods.com
rflorence@mcguirewoods.com

Darrell L. Olson, Esq.
William R. Zimmerman, Esq.
Knobbe, Martens, Olson & Bear
2040 Main Street, 14th Floor
Irvine, CA 92614
dolson@kmob.com
bzimmerman@kmob.com

Mark D. Shuman, Esq.
Christopher J. Sorenson, Esq.
Merchant & Gould LLC
80 South 8th Street
3200 IDS Center
Minneapolis, MN 55402
csorenson@merchantgould.com
mshuman@merchantgould.com

Keith D. Parr, Esq.
Kevin M. Nelson, Esq.
David B. Abramowitz, Esq.
Lock Lord Bissell & Liddell LLP
111 South Wacker Drive
Chicago, IL 60606
kparr@lordbissell.com
knelson@lordbissell.com
dabramowitz@lordbissell.com

Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com

827705