IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANOFI-AVENTIS and<br>SANOFI-AVENTIS U.S. LLC,<br><br>            Plaintiffs,<br><br>vs.<br><br>ACTAVIS SOUTH ATLANTIC LLC,<br>AUROBINDO PHARMA LTD.,<br>AUROBINDO PHARMA USA INC.,<br>MYLAN PHARMACEUTICALS INC., PAR<br>PHARMACEUTICALS INC., RANBAXY<br>INC., RANBAXY LABORATORIES<br>LIMITED, SUN PHARMACEUTICAL<br>INDUSTRIES, INC., SUN<br>PHARMACEUTICAL INDUSTRIES LTD,<br>TEVA PHARMACEUTICALS USA, INC.<br>TORRENT PHARMA INC. and TORRENT<br>PHARMACEUTICALS LIMITED,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 07-572-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Christopher J. Sorenson, Esquire, Samuel T. Lockner, Esquire, and Aaron M. Johnson, Esquire of Merchant & Gould P.C. to represent Teva Pharmaceuticals USA, Inc., in this matter. In accordance with Standing Order for District Court Fund, I further certify that the annual fee of $25.00 has been or will be submitted to the Clerk's Office for Christopher J. Sorenson, Esquire, Samuel T. Lockner, Esquire, and Aaron M. Johnson, Esquire upon the filing of this motion.

Respectfully submitted,

TEVA PHARMACEUTICALS USA, INC.

By its attorneys:

Dated: October 30, 2007

_____
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
(302) 571-6600
jshaw@ycst.com

Mark D. Schuman
Christopher J. Sorenson
Merchant & Gould LLC
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402

Attorneys for Teva Pharmaceuticals USA, Inc. and
Teva Pharmaceutical Industries, Ltd.

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I, Christopher J. Sorenson, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Minnesota, the Eighth Circuit Court of Appeals, the Seventh Circuit Court of Appeals, the First Circuit Court of Appeals, and Federal Circuit Court of Appeals and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: 10/26/07

Christopher J. Sorenson

Christopher J. Sorenson
Merchant & Gould LLC
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 332-5300

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Samuel T. Lockner, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Minnesota and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: 10/26/07

_____
Samuel T. Lockner

Samuel T. Lockner
Merchant & Gould LLC
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 332-5300

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Aaron M. Johnson, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Minnesota and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: 10/25/2007

Aaron M. Johnson

Aaron M. Johnson
Merchant & Gould LLC
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 332-5300

## ORDER

IT IS HEREBY ORDERED that counsel's motion is granted, and that *Samuel T. Lockner, Christopher J. Sorenson, and Aaron M. Johnson* are admitted *pro hac vice*.

Dated:_____          _____
                                                                    United Stated District Judge

## CERTIFICATE OF SERVICE

I, John W. Shaw, Esquire, hereby certify that on October 30, 2007, I caused to be electronically filed a true and correct copies of *Motions to Appear Pro Hac Vice of Attorneys, Samuel T. Lockner, Christopher J. Sorenson, and Aaron M. Johnson,* with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the counsel of record:

### BY HAND DELIVERY, E-MAIL & CM/ECF

Jack B. Blumenfeld, Esquire
James Walter Parrett, Jr., Esquire
Morris, Nichols, Arsht & Tunnell LLP
PO Box 1347
Wilmington, DE 19899
jbbefiling@mnat.com
jparrett@mnat.com
*Attorneys for Plaintiffs Sanofi-Aventis and Sanofi-Aventis US LLC*

Mary B. Matterer, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
PO Box 2306
Wilmington, DE 19899-2306
mmatterer@morrisjames.com
*Attorneys for Defendants Aurobindo Pharma Ltd. and Aurobindo Pharma USA Inc.*

Richard L. Horwitz, Esquire
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza 6th Floor
PO Box 951
Wilmington, DE 19899-0951
rhorwitz@potteranderson.com
*Attorneys for Defendant Mylan Pharmaceuticals Inc.*

Dominick T. Gattuso, Esquire
Bouchard, Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
dgattuso@BMF-LAW.com
*Attorneys for Defendant Par Pharmaceuticals Inc.*

Frederick L. Cottrell, III, Esquire
Jameson A.L. Tweedie, Esquire
Richards, Layton & Finger
One Rodney Square
PO Box 551
Wilmington, DE 19899
cottrell@rlf.com
tweedie@rlf.com
*Attorneys for Defendants Ranbaxy, Inc. and Ranbaxy Laboratories Ltd. .*

Philip A. Rovner, Esquire
Potter, Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Floor
PO Box 951
Wilmington, DE 19899-0951
provner@potteranderson.com
*Attorneys for Defendants and Sun Pharmaceuticals Industries Inc. and Sun Pharmaceuticals Industries Ltd.*

Francis J. Murphy, Jr., Esquire
Murphy, Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805
fmurphy@msllaw.com
*Attorneys for Defendants Torrent Pharma Inc.*
*and Torrent Pharmaceuticals Ltd.*

I further certify that on October 30, 2007, I caused a copy of the foregoing document to be served on the above-listed counsel of record in the manner indicated.

        YOUNG CONAWAY STARGATT
        & TAYLOR, LLP

        /s/ John W. Shaw
        Josy W. Ingersoll (No. 1088)
        John W. Shaw (No. 3362)
        Young Conaway Stargatt & Taylor, LLP
        The Brandywine Building
        1000 West Street, 17th Floor
        P.O. Box 391
        Wilmington, DE 19899
        (302) 571-6600
        jshaw@ycst.com

Of Counsel:

Mark D. Schuman
Christopher J. Sorenson
Merchant & Gould LLC
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402

*Attorneys for Teva Pharmaceuticals USA, Inc.*
*and Teva Pharmaceutical Industries, Ltd.*