IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANOFI-AVENTIS and<br>SANOFI-AVENTIS U.S. LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>ACTAVIS SOUTH ATLANTIC LLC,<br>AUROBINDO PHARMA LTD.,<br>AUROBINDO PHARMA USA INC.,<br>MYLAN PHARMACEUTICALS INC.,<br>PAR PHARMACEUTICAL, INC.,<br>RANBAXY INC., RANBAXY<br>LABORATORIES LIMITED, SUN<br>PHARMACEUTICAL INDUSTRIES,<br>INC., SUN PHARMACEUTICAL<br>INDUSTRIES, LTD., TEVA<br>PHARMACEUTICALS USA, INC.,<br>TORRENT PHARMA INC. and<br>TORRENT PHARMACEUTICALS<br>LIMITED<br><br>    Defendants. | C.A. No. 1:07-cv-00572-GMS |

## DEFENDANT'S MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE OF SANJAY B. SITLANI

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of the following attorney to represent defendant Actavis South Atlantic LLC and Par Pharmaceutical, Inc.: Sanjay B. Sitlani, Axinn, Veltrop & Harkrider LLP, 1330 Connecticut Avenue, NW, Washington, D.C. 06103-3702. Payment in the amount of $25.00 has been submitted to the Clerk's office upon the filing of this motion.

                                  BOUCHARD MARGULES & FRIEDLANDER, P.A.

                                  /s/ Dominick Gattuso
                                Andre G. Bouchard (I.D. No. 2504)
                                Dominick T. Gattuso (No. 3630)
                                222 Delaware Avenue, Suite 1400
                                Wilmington, DE 19801
                                Telephone: 302.573.3500
                                abouchard@bmf-law.com
                                dgattuso@bmf-law.com

                                *Attorneys for Defendants Actavis South Atlantic LLC*
                                *and Par Pharmaceutical, Inc.*

OF COUNSEL:

John Will Ongman
Sanjay B. Sitlani
AXINN, VELTROP &
  HARKRIDER LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 912-4700

Chad A. Landmon
AXINN, VELTROP &
  HARKRIDER LLP
90 State House Square
Hartford, CT 06103-3702
(860) 275-8100

*Attorneys for Defendants Actavis*
*South Atlantic LLC*
*and Par Pharmaceutical, Inc.*
DATED: November 1, 2007

## ORDER GRANTING MOTION

      IT IS HEREBY ORDERED this _____ day of _____, 2007, that counsel's motion for admission *pro hac vice* is granted.

                                                    _____
                                                    United States District Judge

## CERTIFICATE OF SERVICE

I, Dominick T. Gattuso, hereby certify that on November 1, 2007, I caused to be electronically filed a true and correct copy of Defendant's Motion and Order for Admission Pro Hac Vice of Sanjay B. Sitlani with the Clerk of the Court using CM/ECF that will send notification of such filing to the following counsel of record:

> Jack. B. Blumenfeld
> Maryellen Noreika
> MORRIS, NICHOLS, ARSHT AND TUNNELL LLP
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899
> *jbbefiling@mnat.com*
> *mnoreika@mnat.com*

I further certify that on November 1, 2007, I caused copies of the foregoing document to be served by e-mail on the above-listed counsel and on the following non-registered participants

John Desmarais
Gerald J. Flattmann, Jr.
William T. Vuk
KIRKLAND & ELLIS LLP
Citigroup Center
153 E. 53rd Street
New York, NY 10022
*jdesmarais@kirkland.com*
*gflattmann@kirkland.com*
*wvuk@kirkland.com*

> /s/ Dominick T. Gattuso
> Andre G. Bouchard (No. 2504)
> Dominick T. Gattuso (No. 3630)
> BOUCHARD, MARGULES & FRIEDLANDER, P.A.
> 222 Delaware Avenue, Suite 1400
> Wilmington, DE 19801
> Telephone: (302) 573-3500
> abouchard@bmf-law.com
> dgattuso@bmf-law.com
> *Attorneys for Defendant*
> *Actavis South Atlantic LLC*

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to local rule 83.5, I, Sanjay B. Sitlani, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the District of Columbia Bar, and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: October 31, 2007

Sanjay B. Sitlani
AXINN, VELTROP &
HARKRIDER LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 912-4700

{BMF-W0072121.}