IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANOFI-AVENTIS and<br>SANOFI-AVENTIS U.S. LLC,<br><br>        Plaintiffs,<br><br>vs.<br><br>ACTAVIS SOUTH ATLANTIC LLC, *et al.*,<br><br>        Defendants. | C.A. No. 07-572 (GMS) |

**MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*** 

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Gerald J. Flattmann, Jr., William Thomas Vuk and Alexis Gorton of KIRKLAND & ELLIS LLP, Citigroup Center, 153 East 53rd Street, New York, NY 10022-4611, to represent plaintiffs sanofi-aventis and sanofi-aventis U.S. LLC in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika*

Jack B. Blumenfeld (# 1014)
Maryellen Noreika (# 3208)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com
jparrett@mnat.com

*Attorneys for Plaintiffs
sanofi-aventis and sanofi-aventis U.S. LLC*

November 2, 2007

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and the District of Columbia pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date: October 12, 2007

Gerald J. Flattmann, Jr.
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611
(212) 446-4800

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date: October 15, 2007

William Thomas Vuk
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611
(212) 446-4800

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: October 12, 2007

Alexis Gorton
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611
(212) 446-4800

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

> Mary B. Matterer
> MORRIS JAMES LLP
>
> Andre G. Bouchard, Esquire
> Dominick T. Gattuso, Esquire
> BOUCHARD, MARGULES & FRIEDLANDER, P.A.
>
> Francis J. Murphy, Esquire
> MURPHY & LANDON
>
> Richard L. Horwitz, Esquire
> David E. Moore, Esquire
> POTTER ANDERSON & CORROON LLP
>
> Frederick L. Corrtell, II, Esquire
> Jameson A.L. Tweedie, Esquire
> RICHARDS, LAYTON & FINGER, P.A.
>
> Josy W. Ingersoll, Esquire
> John W. Shaw, Esquire
> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> Philip A. Rovner, Esquire
> POTTER ANDERSON & CORROON LLP

I further certify that I caused to be served copies of the foregoing document on November 2, 2007 upon the following in the manner indicated:

Mary B. Matterer, Esquire                                                          *VIA ELECTRONIC MAIL*
MORRIS JAMES LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE  19801
*Counsel for Aurobindo Pharma LTD and*
*Aurobindo Pharma USA Inc.*

Richard L. Horwitz, Esquire                              *VIA ELECTRONIC MAIL*
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza – 6th Floor
1313 North Market Street
Wilmington, DE 19801
*Counsel for Mylan Pharmaceuticals Inc.*

Timothy H. Kratz, Esquire                                *VIA ELECTRONIC MAIL*
Robert J. Waddell Jr., Esquire
Robert L. Florence, Esquire
MCGUIRE WOODS LLP
1170 Peachtree Street
Suite 2100
Atlanta, GA 30309
*Counsel for Mylan Pharmaceuticals Inc.*

Lynn E. Eccleston, Esquire                               *VIA ELECTRONIC MAIL*
MCGUIRE WOODS LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA 22102-4215
*Counsel for Mylan Pharmaceuticals Inc.*

Francis J. Murphy, Esquire                               *VIA ELECTRONIC MAIL*
MURPHY & LANDON
1011 Centre Road
Suite 210
Wilmington, DE 19805
*Counsel for Torrent Pharma Inc. and Torrent Pharmaceuticals Ltd.*

Keith D. Parr, Esquire                                   *VIA ELECTRONIC MAIL*
Kevin M. Nelson, Esquire
David B. Abramowitz, Esquire
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, IL 60606
*Counsel for Torrent Pharma Inc. and Torrent Pharmaceuticals Ltd.*

| | |
|---|---|
| Robert B. Breisblatt, Esquire<br>Steven E. Feldman, Esquire<br>Sherry L. Rollo, Esquire<br>WELSH & KATZ LTD.<br>120 S. Riverside Plaza<br>22nd Floor<br>Chicago, IL  60606<br>*Counsel for Sun Pharmaceutical Industries,*<br>*Inc. and Sun Pharmaceuticals Industries, Ltd.* | *VIA ELECTRONIC MAIL* |
| Josy W. Ingersoll, Esquire<br>John W. Shaw, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>The Brandywine Building<br>1000 West Street<br>17th Floor<br>Wilmington, DE  19801<br>*Counsel for Teva Pharmaceuticals USA, Inc.* | *VIA ELECTRONIC MAIL* |
| Christopher J. Sorenson, Esquire<br>MERCHANT & GOULD<br>An Intellectual Property Law Firm<br>80 South 8th Street<br>3200 IDS Center<br>Minneapolis, MN  55402<br>*Counsel for Teva Pharmaceuticals USA, Inc.* | *VIA ELECTRONIC MAIL* |
| Andre G. Bouchard, Esquire<br>Dominick T. Gattuso, Esquire<br>BOUCHARD, MARGULES & FRIEDLANDER, P.A.<br>222 Delaware Avenue<br>Suite 1400<br>Wilmington, DE  19801<br>*Counsel for Actavis South Atlantic LLC and*<br>*Par Pharmaceutical, Inc.* | *VIA ELECTRONIC MAIL* |
| John Will Ongman, Esquire<br>Sanjay B. Sitlani, Esquire<br>AXINN, VELTROP & HARKRIDER LLP<br>1330 Connecticut Avenue, NW<br>Washington, DC  20036<br>*Counsel for Actavis South Atlantic LLC and*<br>*Par Pharmaceutical, Inc.* | *VIA ELECTRONIC MAIL* |

Chad A. Landmon, Esquire                                             VIA ELECTRONIC MAIL
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103-3702
*Counsel for Actavis South Atlantic LLC and*
*Par Pharmaceutical, Inc.*

Frederick L. Cottrell, III, Esquire                                  VIA ELECTORNIC MAIL
Jameson A.L. Tweedie, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
*Counsel for Ranbaxy Inc. and Ranbaxy*
*Laboratories Limited*

Darrell L. Olson, Esquire                                            VIA ELECTRONIC MAIL
William R. Zimmerman, Esquire
KNOBBE, MARTENS, OLSON & BEAR
2040 Main Street
14th Floor
Irvine, CA 29614
*Counsel for Ranbaxy Inc. and Ranbaxy*
*Laboratories Limited*

Philip A. Rovner, Esquire                                            VIA ELECTRONIC MAIL
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE 19801
*Counsel for Sun Pharmaceutical Industries,*
*Inc. and Sun Pharmaceutical Industries Ltd.*

Eric C. Cohen, Esquire                                               VIA ELECTRONIC MAIL
Manotti L. Jenkins, Esquire
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661-3693
*Counsel for Sun Pharmaceutical Industries,*
*Inc. and Sun Pharmaceutical Industries Ltd.*

*/s/ Maryellen Noreika*
Maryellen Noreika (#3208)