## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANOFI-AVENTIS and SANOFI-AVENTIS U.S. LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ACTAVIS SOUTH ATLANTIC LLC, AUROBINDO PHARMA LTD., AUROBINDO PHARMA USA INC., MYLAN PHARMACEUTICALS INC., PAR PHARMACEUTICAL, INC., RANBAXY INC., RANBAXY LABORATORIES LIMITED, SUN PHARMACEUTICAL INDUSTRIES, INC., SUN PHARMACEUTICAL INDUSTRIES LTD, TEVA PHARMACEUTICALS USA, INC., TORRENT PHARMA INC. and TORRENT PHARMACEUTICALS LIMITED, <br><br> Defendants. | CIVIL ACTION NO. 07-572 GMS |

## CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1 OF AUROBINDO PHARMA USA INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Aurobindo Pharma USA Inc. hereby states that it is a wholly-owned subsidiary of Aurobindo Pharma Ltd., an Indian corporation. No publicly held company owns 10% or more of Aurobindo Pharma Ltd.'s stock.

2

Dated: November 5, 2007.                    Respectfully submitted,

                                            AUROBINDO PHARMA LTD.


                                            By:      */s/ Mary B. Matterer*
                                                  Mary B. Matterer (I.D. No. 2696)
                                                  MORRIS JAMES LLP
                                                  500 Delaware Ave., Ste. 1500
                                                  Wilmington, DE 19801
                                                  Telephone: (302) 888-6800
                                                  Facsimile: (302) 571-1750
                                                  mmatterer@morrisjames.com


Of Counsel (*pro hac vice*):
Christine J. Siwik
Paul J. Molino
Deanne M. Mazzochi
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60610
Telephone: (312) 527-2157
Facsimile: (312) 527-4205

*Attorneys for Defendant*
*Aurobindo Pharma Ltd.*