## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANOFI-AVENTIS and SANOFI-AVENTIS U.S. LLC, | : : : : |
| Plaintiffs, | : : |
| v. | CIVIL ACTION NO. 07-572 GMS : : |
| ACTAVIS SOUTH ATLANTIC LLC, AUROBINDO PHARMA LTD., AUROBINDO PHARMA USA INC., MYLAN PHARMACEUTICALS INC., PAR PHARMACEUTICAL, INC., RANBAXY INC., RANBAXY LABORATORIES LIMITED, SUN PHARMACEUTICAL INDUSTRIES, INC., SUN PHARMACEUTICAL INDUSTRIES LTD, TEVA PHARMACEUTICALS USA, INC., TORRENT PHARMA INC. and TORRENT PHARMACEUTICALS LIMITED, | : : : : : : : : : : : : : |
| Defendants. | : |

## CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1 OF
## **AUROBINDO PHARMA LTD.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Aurobindo Pharma Ltd. hereby states that it has no parent company and no publicly held company owns 10% or more of its stock.

2

Dated:  November 5, 2007.	Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　AUROBINDO PHARMA LTD.


By:	        */s/ Mary B. Matterer*
　　　Mary B. Matterer (I.D. No. 2696)
　　　MORRIS JAMES LLP
　　　500 Delaware Ave., Ste. 1500
　　　Wilmington, DE 19801
　　　Telephone:  (302) 888-6800
　　　Facsimile:  (302) 571-1750
　　　mmatterer@morrisjames.com


Of Counsel (*pro hac vice*):
Christine J. Siwik
Paul J. Molino
Deanne M. Mazzochi
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois  60610
Telephone:  (312) 527-2157
Facsimile:  (312) 527-4205

*Attorneys for Defendant*
*Aurobindo Pharma Ltd.*

2