IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANOFI-AVENTIS and<br>SANOFI-AVENTIS U.S. LLC,<br><br>            Plaintiffs,<br><br>    vs.<br><br>ACTAVIS SOUTH ATLANTIC LLC, *et al.*,<br><br>            Defendants. | )<br>)<br>)<br>)  C.A. No. 07-572 (GMS)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Eric C. Cohen, Esq. and Manotti L. Jenkins, Esq., Katten Muchin Rosenman LLP, 525 West Monroe Street, Chicago, IL 60661 to represent defendants Sun Pharmaceutical Industries, Inc. and Sun Pharmaceutical Industries Ltd., in this matter.

                                                POTTER ANDERSON & CORROON LLP

                                                By: _____
                                                    Philip A. Rovner (# 3215)
                                                    Hercules Plaza
                                                    P.O. Box 951
                                                    Wilmington, DE 19899-0951
                                                    (302) 984-6000
                                                    Email: provner@potteranderson.com

Dated: November 7, 2007                                  *Attorneys for Defendants*
                                                                   *Sun Pharmaceutical Industries, Inc.*
                                                                   *and Sun Pharmaceutical Industries Ltd.*

828611

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____                         _____
                                            United States District Judge

## CERTIFICATION

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court; or

☒ will be submitted to the Clerk's Office upon the filing of this motion.

Date: _November 6, 2007_

_/s/ Eric C. Cohen_
Eric C. Cohen
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661
(312) 902-5200
Eric.cohen@kattenlaw.com

CERTIFICATION

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of Illinois and Indiana, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court; or

☒ will be submitted to the Clerk's Office upon the filing of this motion.

Date: 11/6/07

Manotti L. Jenkins
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661
(312) 902-5200
Manotti.jenkins@kattenlaw.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on November 7, 2007, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY E-MAIL**

Jack B. Blumenfeld, Esq.
Maryellen Noreika, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
mnoreika@mnat.com

Mary B. Matterer, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
mmatterer@morrisjames.com

Frederick L. Cottrell, III, Esq.
Jameson A. L. Tweedie, Esq.
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19899
cottrell@rlf.com
tweedie@rlf.com

**BY E-MAIL**

Andre G. Bouchard, Esq.
Dominick T. Gattuso, Esq.
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
abouchard@bmf-law.com
dgattuso@bmf-law.com

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLC
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Josy W. Ingersoll, Esq.
John W. Shaw, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899
jingersoll@ycst.com
jshaw@ycst.com

Francis J. Murphy, Esq.
Murphy, Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805
fmurphy@msllaw.com

    I hereby certify that on November 7, 2007 I have sent by E-mail the foregoing document to the following non-registered participants:

| | |
|---|---|
| John M. Desmarais, Esq.<br>Gerald J. Flattmann, Jr., Esq.<br>William T. Vuk, Esq.<br>Kirkland & Ellis, L.L.P.<br>Citigroup Center<br>153 E. 53rd Street<br>New York, NY 10022<br>jdesmarais@kirkland.com<br>gflattmann@kirkland.com<br>wvuk@kirkland.com | John Will Ongman, Esq.<br>Sanjay B. Sitlani, Esq.<br>Axinn, Veltrop & Hardrider LLP<br>1330 Connecticut Avenue, NW<br>Washington, DC 20036<br>jwo@avhlaw.com<br>jbs@avhlaw.com |
| Timothy H. Kratz, Esq.<br>Robert J. Waddell, Jr., Esq.<br>Robert L. Florence, Esq.<br>McGuire Woods LLP<br>1170 Peachtree Street, Suite 2100<br>Atlanta, GA 30309<br>tkratz@mcguirewoods.com<br>rwaddell@mcguirewoods.com<br>rflorence@mcguirewoods.com | Darrell L. Olson, Esq.<br>William R. Zimmerman, Esq.<br>Knobbe, Martens, Olson & Bear<br>2040 Main Street, 14th Floor<br>Irvine, CA 92614<br>dolson@kmob.com<br>bzimmerman@kmob.com |
| Mark D. Schuman, Esq.<br>Christopher J. Sorenson, Esq.<br>Merchant & Gould LLC<br>80 South 8th Street<br>3200 IDS Center<br>Minneapolis, MN 55402<br>csorenson@merchantgould.com<br>mschuman@merchantgould.com | Keith D. Parr, Esq.<br>Kevin M. Nelson, Esq.<br>David B. Abramowitz, Esq.<br>Lock Lord Bissell & Liddell LLP<br>111 South Wacker Drive<br>Chicago, IL 60606<br>kparr@lordbissell.com<br>knelson@lordbissell.com<br>dabramowitz@lordbissell.com |

William A. Rakocy, Esq.
Paul J. Molino, Esq.
Deanne M. Mazzochi, Esq.
Christine J. Siwik, Esq.
Rakoczy Molino Mazzochi Siwik LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60610
wrakocy@rmmslegal.com
pmolino@rmmslegal.com
dmazzochi@rmmslegal.com
csiwik@rmmslegal.com

/s/ Philip A. Rovner

Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com

827705

-3-