IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SANOFI-AVENTIS and<br>SANOFI-AVENTIS U.S. LLC,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>ACTAVIS SOUTH ATLANTIC LLC,<br>AUROBINDO PHARMA LTD.,<br>AUROBINDO PHARMA USA INC.,<br>MYLAN PHARMACEUTICALS INC., PAR<br>PHARMACEUTICAL, INC., RANBAXY<br>INC., RANBAXY LABORATORIES<br>LIMITED, SUN PHARMACEUTICAL<br>INDUSTRIES, INC., SUN<br>PHARMACEUTICAL INDUSTRIES LTD,<br>TEVA PHARMACEUTICALS USA, INC.,<br>TORRENT PHARMA INC. and TORRENT<br>PHARMACEUTICALS LIMITED,<br><br>　　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 07-572 (GMS) |

**PLAINTIFFS' REPLY TO DEFENDANT ACTAVIS
SOUTH ATLANTIC LLC'S COUNTERCLAIMS**

Plaintiffs sanofi-aventis and sanofi-aventis U.S. LLC ("sanofi-aventis U.S."), for their Reply to the numbered paragraphs of the Counterclaims of Defendant Actavis South Atlantic LLC ("Actavis"), hereby state as follows:

　　　　1.　　Admitted, upon information and belief.

　　　　2.　　Admitted.

　　　　3.　　Admitted.

　　　　4.　　Plaintiffs restate and incorporate by reference their responses to the allegations contained in Counterclaim Paragraphs 1-3 as though set forth specifically herein.

　　　　5.　　Admitted that this Court has subject matter jurisdiction and that Actavis purports to state declaratory judgment counterclaims that arise under the Patent Laws of the

United States, 35 U.S.C. § 1 *et seq.*, and the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, but denied that there is any factual or legal basis for these counterclaims.

6.   Denied that Plaintiffs' Complaint asserts infringement of either United States Patent No. 6,322,491 or United States Patent No. 6,605,940. Admitted, assuming that Actavis intended to allege that Plaintiffs' Complaint asserts infringement of United States Patent No. 4,661,491 and United States Patent No. 6,149,940.[1]

7.   Admitted that Actavis seeks a declaration that the '491 and '940 patents are not infringed and are invalid, but denied that the '491 and '940 patents are not infringed and/or are invalid.

8.   Admitted.

9.   Admitted that the Complaint contains the allegations recited in Counterclaim Paragraph 9 and that Actavis has denied those allegations.

10.   Denied.

11.   Denied.

12.   Admitted.

13.   Admitted that the Complaint contains the allegations recited in Counterclaim Paragraph 13 and that Actavis has denied those allegations.

14.   Denied.

15.   Denied.

16.   Admitted.

17.   Denied.

---

[1] Plaintiffs will respond to all additional allegations made by Actavis as if the allegations were directed to United States Patent No. 4,661,491 and United States Patent No. 6,149,940 instead of United States Patent No. 6,322,491 and United States Patent No. 6,605,940.

18. Denied.

Wherefore, Plaintiffs deny that Actavis is entitled to any relief, either as prayed for in its Counterclaims or otherwise.

Plaintiffs further deny each allegation contained in Actavis' Counterclaims that was not specifically admitted, denied, or otherwise responded to in this Reply to Defendants Actavis South Atlantic LLC's Counterclaims.

                                                         MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                         */s/ Jack B. Blumenfeld*

                                                         Jack B. Blumenfeld (# 1014)
                                                         Maryellen Noreika (# 3208)
                                                         James W. Parrett, Jr. (#4292)
                                                         1201 North Market Street
                                                         P.O. Box 1347
                                                         Wilmington, DE  19899-1347
                                                         (302) 658-9200
                                                         jblumenfeld@mnat.com
                                                         mnoreika@mnat.com
                                                         jparrett@mnat.com

                                                         *Attorneys for Plaintiffs*
                                                         *sanofi-aventis and sanofi-aventis U.S. LLC*

*Of Counsel*:

John Desmarais
Gerald J. Flattmann, Jr.
William T. Vuk
KIRKLAND & ELLIS, LLP
Citigroup Center
153 E. 53rd Street
New York, NY  10022
(212) 446-4800

November 7, 2007
1307793.1

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

> Mary B. Matterer
> MORRIS JAMES LLP
>
> Andre G. Bouchard, Esquire
> Dominick T. Gattuso, Esquire
> BOUCHARD, MARGULES & FRIEDLANDER, P.A.
>
> Francis J. Murphy, Esquire
> MURPHY & LANDON
>
> Richard L. Horwitz, Esquire
> David E. Moore, Esquire
> POTTER ANDERSON & CORROON LLP
>
> Frederick L. Corrtell, II, Esquire
> Jameson A.L. Tweedie, Esquire
> RICHARDS, LAYTON & FINGER, P.A.
>
> Josy W. Ingersoll, Esquire
> John W. Shaw, Esquire
> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> Philip A. Rovner, Esquire
> POTTER ANDERSON & CORROON LLP

I further certify that I caused to be served copies of the foregoing document on November 7, 2007 upon the following in the manner indicated:

Mary B. Matterer, Esquire                                                                 *VIA ELECTRONIC MAIL*
MORRIS JAMES LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE  19801
*Counsel for Aurobindo Pharma LTD and*
*Aurobindo Pharma USA Inc.*

Christine J. Siwik, Esquire                                    *VIA ELECTRONIC MAIL*
Paul J. Molino, Esquire
Deanne M. Mazzochi, Esquire
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street
Suite 500
Chicago, IL 60610
*Counsel for Aurobindo Pharma LTD and*
*Aurobindo Pharma USA Inc.*

Richard L. Horwitz, Esquire                                    *VIA ELECTRONIC MAIL*
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza – 6th Floor
1313 North Market Street
Wilmington, DE 19801
*Counsel for Mylan Pharmaceuticals Inc.*

Timothy H. Kratz, Esquire                                      *VIA ELECTRONIC MAIL*
Robert J. Waddell Jr., Esquire
Robert L. Florence, Esquire
MCGUIRE WOODS LLP
1170 Peachtree Street
Suite 2100
Atlanta, GA 30309
*Counsel for Mylan Pharmaceuticals Inc.*

Lynn E. Eccleston, Esquire                                     *VIA ELECTRONIC MAIL*
MCGUIRE WOODS LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA 22102-4215
*Counsel for Mylan Pharmaceuticals Inc.*

Francis J. Murphy, Esquire                                     *VIA ELECTRONIC MAIL*
MURPHY & LANDON
1011 Centre Road
Suite 210
Wilmington, DE 19805
*Counsel for Torrent Pharma Inc. and Torrent*
*Pharmaceuticals Ltd.*

Keith D. Parr, Esquire							*VIA ELECTRONIC MAIL*
Kevin M. Nelson, Esquire
David B. Abramowitz, Esquire
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, IL 60606
*Counsel for Torrent Pharma Inc. and Torrent Pharmaceuticals Ltd.*

Robert B. Breisblatt, Esquire						*VIA ELECTRONIC MAIL*
Steven E. Feldman, Esquire
Sherry L. Rollo, Esquire
WELSH & KATZ LTD.
120 S. Riverside Plaza
22nd Floor
Chicago, IL 60606
*Counsel for Sun Pharmaceutical Industries, Inc. and Sun Pharmaceuticals Industries, Ltd.*

Josy W. Ingersoll, Esquire						*VIA ELECTRONIC MAIL*
John W. Shaw, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street
17th Floor
Wilmington, DE 19801
*Counsel for Teva Pharmaceuticals USA, Inc.*

Christopher J. Sorenson, Esquire					*VIA ELECTRONIC MAIL*
MERCHANT & GOULD
An Intellectual Property Law Firm
80 South 8th Street
3200 IDS Center
Minneapolis, MN 55402
*Counsel for Teva Pharmaceuticals USA, Inc.*

Andre G. Bouchard, Esquire						*VIA ELECTRONIC MAIL*
Dominick T. Gattuso, Esquire
BOUCHARD, MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801
*Counsel for Actavis South Atlantic LLC and Par Pharmaceutical, Inc.*

John Will Ongman, Esquire                                                         *VIA ELECTRONIC MAIL*
Sanjay B. Sitlani, Esquire
AXINN, VELTROP & HARKRIDER LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
*Counsel for Actavis South Atlantic LLC and*
*Par Pharmaceutical, Inc.*

Chad A. Landmon, Esquire                                                          *VIA ELECTRONIC MAIL*
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT  06103-3702
*Counsel for Actavis South Atlantic LLC and*
*Par Pharmaceutical, Inc.*

Frederick L. Cottrell, III, Esquire                                               *VIA ELECTORNIC MAIL*
Jameson A.L. Tweedie, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
*Counsel for Ranbaxy Inc. and Ranbaxy*
*Laboratories Limited*

Darrell L. Olson, Esquire                                                          *VIA ELECTRONIC MAIL*
William R. Zimmerman, Esquire
KNOBBE, MARTENS, OLSON & BEAR
2040 Main Street
14th Floor
Irvine, CA  29614
*Counsel for Ranbaxy Inc. and Ranbaxy*
*Laboratories Limited*

Philip A. Rovner, Esquire                                                          *VIA ELECTRONIC MAIL*
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE  19801
*Counsel for Sun Pharmaceutical Industries,*
*Inc. and Sun Pharmaceutical Industries Ltd.*

Eric C. Cohen, Esquire  
Manotti L. Jenkins, Esquire  
KATTEN MUCHIN ROSENMAN LLP  
525 West Monroe Street  
Chicago, IL 60661-3693  
*Counsel for Sun Pharmaceutical Industries,  
Inc. and Sun Pharmaceutical Industries Ltd.*

*VIA ELECTRONIC MAIL*

/s/ *Jack B. Blumenfeld*
_____
Jack B. Blumenfeld (#1014)