IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANOFI-AVENTIS and SANOFI-AVENTIS U.S. LLC,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>ACTAVIS SOUTH ATLANTIC LLC, AUROBINDO PHARMA LTD., AUROBINDO PHARMA USA INC., MYLAN PHARMACEUTICALS INC., PAR PHARMACEUTICAL, INC., RANBAXY INC., RANBAXY LABORATORIES LIMITED, SUN PHARMACEUTICAL INDUSTRIES, INC., SUN PHARMACEUTICAL INDUSTRIES LTD, TEVA PHARMACEUTICALS USA, INC., TORRENT PHARMA INC. and TORRENT PHARMACEUTICALS LIMITED,<br><br>　　　　　　Defendants. | C.A. No. 07-572 (GMS) |

**PLAINTIFFS' REPLY TO DEFENDANTS TORRENT PHARMA INC.'S
AND TORRENT PHARMACEUTICALS, LTD.'S COUNTERCLAIMS**

Plaintiffs sanofi-aventis and sanofi-aventis U.S. LLC ("sanofi-aventis U.S."), for their Reply to the numbered paragraphs of the Counterclaims of Defendants Torrent Pharma Inc. and Torrent Pharmaceuticals, Ltd. (collectively "Torrent"), hereby state as follows:

　　　　1.　　Admitted, upon information and belief.

　　　　2.　　Admitted, upon information and belief.

　　　　3.　　Admitted.

　　　　4.　　Admitted.

　　　　5.　　Admitted, except denied that there is any justiciable controversy as to the enforceability of the '491 and '940 patents.

　　　　6.　　Admitted.

7. Admitted, except denied that the patents asserted by Plaintiffs against Torrent are not infringed and/or are invalid.

8. Plaintiffs do not contest venue in this Court for this Action.

9. Denied.

10. Denied.

11. Denied.

12. Denied.

Wherefore, Plaintiffs deny that Torrent is entitled to any relief, either as prayed for in its Counterclaims or otherwise.

Plaintiffs further deny each allegation contained in Torrent's Counterclaims that was not specifically admitted, denied, or otherwise responded to in this Reply to Defendants Torrent Pharma Inc.'s And Torrent Pharmaceuticals, Ltd.'s Counterclaims.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld

Jack B. Blumenfeld (# 1014)
Maryellen Noreika (# 3208)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com
jparrett@mnat.com

*Attorneys for Plaintiffs*
*sanofi-aventis and sanofi-aventis U.S. LLC*

2

*Of Counsel*:

John Desmarais
Gerald J. Flattmann, Jr.
William T. Vuk
KIRKLAND & ELLIS, LLP
Citigroup Center
153 E. 53rd Street
New York, NY 10022
(212) 446-4800

November 7, 2007
1307791.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

>Mary B. Matterer
>MORRIS JAMES LLP
>
>Andre G. Bouchard, Esquire
>Dominick T. Gattuso, Esquire
>BOUCHARD, MARGULES & FRIEDLANDER, P.A.
>
>Francis J. Murphy, Esquire
>MURPHY & LANDON
>
>Richard L. Horwitz, Esquire
>David E. Moore, Esquire
>POTTER ANDERSON & CORROON LLP
>
>Frederick L. Corrtell, II, Esquire
>Jameson A.L. Tweedie, Esquire
>RICHARDS, LAYTON & FINGER, P.A.
>
>Josy W. Ingersoll, Esquire
>John W. Shaw, Esquire
>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>Philip A. Rovner, Esquire
>POTTER ANDERSON & CORROON LLP

I further certify that I caused to be served copies of the foregoing document on November 7, 2007 upon the following in the manner indicated:

Mary B. Matterer, Esquire                                                                                   *VIA ELECTRONIC MAIL*
MORRIS JAMES LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801
*Counsel for Aurobindo Pharma LTD and*
*Aurobindo Pharma USA Inc.*

Christine J. Siwik, Esquire — *VIA ELECTRONIC MAIL*
Paul J. Molino, Esquire
Deanne M. Mazzochi, Esquire
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street
Suite 500
Chicago, IL 60610
*Counsel for Aurobindo Pharma LTD and Aurobindo Pharma USA Inc.*

Richard L. Horwitz, Esquire — *VIA ELECTRONIC MAIL*
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza – 6th Floor
1313 North Market Street
Wilmington, DE 19801
*Counsel for Mylan Pharmaceuticals Inc.*

Timothy H. Kratz, Esquire — *VIA ELECTRONIC MAIL*
Robert J. Waddell Jr., Esquire
Robert L. Florence, Esquire
MCGUIRE WOODS LLP
1170 Peachtree Street
Suite 2100
Atlanta, GA 30309
*Counsel for Mylan Pharmaceuticals Inc.*

Lynn E. Eccleston, Esquire — *VIA ELECTRONIC MAIL*
MCGUIRE WOODS LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA 22102-4215
*Counsel for Mylan Pharmaceuticals Inc.*

Francis J. Murphy, Esquire — *VIA ELECTRONIC MAIL*
MURPHY & LANDON
1011 Centre Road
Suite 210
Wilmington, DE 19805
*Counsel for Torrent Pharma Inc. and Torrent Pharmaceuticals Ltd.*

| | |
|---|---|
| Keith D. Parr, Esquire<br>Kevin M. Nelson, Esquire<br>David B. Abramowitz, Esquire<br>LOCKE LORD BISSELL & LIDDELL LLP<br>111 South Wacker Drive<br>Chicago, IL 60606<br>*Counsel for Torrent Pharma Inc. and Torrent Pharmaceuticals Ltd.* | *VIA ELECTRONIC MAIL* |
| Robert B. Breisblatt, Esquire<br>Steven E. Feldman, Esquire<br>Sherry L. Rollo, Esquire<br>WELSH & KATZ LTD.<br>120 S. Riverside Plaza<br>22nd Floor<br>Chicago, IL 60606<br>*Counsel for Sun Pharmaceutical Industries, Inc. and Sun Pharmaceuticals Industries, Ltd.* | *VIA ELECTRONIC MAIL* |
| Josy W. Ingersoll, Esquire<br>John W. Shaw, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>The Brandywine Building<br>1000 West Street<br>17th Floor<br>Wilmington, DE 19801<br>*Counsel for Teva Pharmaceuticals USA, Inc.* | *VIA ELECTRONIC MAIL* |
| Christopher J. Sorenson, Esquire<br>MERCHANT & GOULD<br>An Intellectual Property Law Firm<br>80 South 8th Street<br>3200 IDS Center<br>Minneapolis, MN 55402<br>*Counsel for Teva Pharmaceuticals USA, Inc.* | *VIA ELECTRONIC MAIL* |
| Andre G. Bouchard, Esquire<br>Dominick T. Gattuso, Esquire<br>BOUCHARD, MARGULES & FRIEDLANDER, P.A.<br>222 Delaware Avenue<br>Suite 1400<br>Wilmington, DE 19801<br>*Counsel for Actavis South Atlantic LLC and Par Pharmaceutical, Inc.* | *VIA ELECTRONIC MAIL* |

John Will Ongman, Esquire                                              *VIA ELECTRONIC MAIL*
Sanjay B. Sitlani, Esquire
AXINN, VELTROP & HARKRIDER LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
*Counsel for Actavis South Atlantic LLC and*
*Par Pharmaceutical, Inc.*

Chad A. Landmon, Esquire                                               *VIA ELECTRONIC MAIL*
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT  06103-3702
*Counsel for Actavis South Atlantic LLC and*
*Par Pharmaceutical, Inc.*

Frederick L. Cottrell, III, Esquire                                    *VIA ELECTORNIC MAIL*
Jameson A.L. Tweedie, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
*Counsel for Ranbaxy Inc. and Ranbaxy*
*Laboratories Limited*

Darrell L. Olson, Esquire                                              *VIA ELECTRONIC MAIL*
William R. Zimmerman, Esquire
KNOBBE, MARTENS, OLSON & BEAR
2040 Main Street
14th Floor
Irvine, CA  29614
*Counsel for Ranbaxy Inc. and Ranbaxy*
*Laboratories Limited*

Philip A. Rovner, Esquire                                              *VIA ELECTRONIC MAIL*
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE  19801
*Counsel for Sun Pharmaceutical Industries,*
*Inc. and Sun Pharmaceutical Industries Ltd.*

Eric C. Cohen, Esquire
Manotti L. Jenkins, Esquire
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661-3693
*Counsel for Sun Pharmaceutical Industries,
Inc. and Sun Pharmaceutical Industries Ltd.*

*VIA ELECTRONIC MAIL*

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)