IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANOFI-AVENTIS and<br>SANOFI-AVENTIS U.S. LLC,<br><br>    Plaintiffs/Counterclaim Defendants<br><br>    v.<br><br>ACTAVIS SOUTH ATLANTIC LLC,<br>AUROBINDO PHARMA LTD.,<br>MYLAN PHARMACEUTICALS INC.,<br>PAR PHARMACEUTICAL, INC.,<br>RANBAXY INC., RANBAXY<br>LABORATORIES LIMITED, SUN<br>PHARMACEUTICALS INDUSTRIES<br>LTD., TEVA PHARMACEUTICALS<br>USA, INC., TORRENT PHARMA INC.<br>and TORRENT PHARMACEUTICALS<br>LIMITED,<br><br>    Defendants,<br><br>MYLAN PHARMACEUTICALS INC.<br><br>    Counterclaim Plaintiff. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 07-572-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Timothy H. Kratz, Robert J. Waddell Jr., and Robert L. Florence of McGuire Woods LLP, The Proscenium, 170 Peachtree Street, Suite 2100, Atlanta, Georgia 30309-7649 and Lynn E. Eccleston of McGuire Woods LLP, 1750 Tyson Boulevard, Suite 1800, McLean, Virginia, 22102-4215 to represent for Defendant/Counterclaim Plaintiff, Mylan Pharmaceuticals Inc. in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19899
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

Dated: November 8, 2007
827375/32339

*Attorneys for Defendant/Counterclaim Plaintiff Mylan Pharmaceuticals Inc.*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____              _____
                                                United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Georgia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: November 8, 2007        Signed: /s/ Timothy H. Kratz
                                      Timothy H. Kratz
                                      McGuire Woods LLP
                                      The Proscenium
                                      1170 Peachtree Street
                                      Suite 2100
                                      Atlanta, Georgia 30309-7649
                                      Telephone: (404) 443-5730
                                      tkratz@mcguirewoods.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Georgia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: November 8, 2007     Signed: */s/ Robert J. Waddell, Jr.*
　　　　　　　　　　　　　　　　　Robert J. Waddell, Jr.
　　　　　　　　　　　　　　　　　McGuire Woods LLP
　　　　　　　　　　　　　　　　　The Proscenium
　　　　　　　　　　　　　　　　　1170 Peachtree Street
　　　　　　　　　　　　　　　　　Suite 2100
　　　　　　　　　　　　　　　　　Atlanta, Georgia 30309
　　　　　　　　　　　　　　　　　Telephone: (404) 443-5704
　　　　　　　　　　　　　　　　　rwaddell@mcguirewoods.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Georgia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: November 8, 2007     Signed: /s/ Robert L. Florence
                                    Robert L. Florence
                                    McGuire Woods LLP
                                    The Proscenium
                                    1170 Peachtree Street
                                    Suite 2100
                                    Atlanta, Georgia 30309
                                    Telephone: (404) 443-5726
                                    rflorence@mcguirewoods.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: November 8, 2007       Signed: */s/ Lynn E. Eccleston*
                                     Lynn E. Eccleston
                                     McGuireWoods LLP
                                     1750 Tysons Boulevard
                                     Suite 1800
                                     McLean, Virginia 22102-4215
                                     Telephone: (703) 712-5427
                                     leccleston@mcguirewoods.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on November 8, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on November 8, 2007, I have Electronically Mailed the document to the following person(s):

| | |
|---|---|
| Jack B. Blumenfeld<br>Maryellen Noreika<br>James W. Parrett, Jr.<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com<br>jparrett@mnat.com<br>*Counsel for Sanofi-Aventis and Sanofi-Aventis US LLC* | John M. Desmarais<br>Gerald J. Flattmann, Jr.<br>William T. Vuk<br>Kirkland & Ellis, L.L.P.<br>Citigroup Center<br>153 E. 53rd Street<br>New York, NY 10022<br>jdesmarais@kirkland.com<br>gflattmann@kirkland.com<br>wvuk@kirkland.com<br>*Counsel for Sanofi-Aventis and Sanofi-Aventis US LLC* |
| Andre G. Bouchard<br>Dominick T. Gattuso<br>Bouchard Margules & Friedlander, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801<br>abouchard@bmf-law.com<br>dgattuso@bmf-law.com<br>*Counsel for Actavis South Atlantic LLC and Par Pharmaceutical Inc.* | John Will Ongman<br>Sanjay B. Sitlani<br>Axinn, Veltrop & Harkrider LLP<br>1330 Connecticut Avenue, NW<br>Washington, DC 20036<br>jwo@avhlaw.com<br>jbs@avhlaw.com<br>*Counsel for Actavis South Atlantic LLC and Par Pharmaceutical Inc.* |

Chad A. Landmon
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT  06102-3702
cal@avhlaw.com
*Counsel for Actavis South Atlantic LLC and Par Pharmaceutical Inc.*

William A. Rakoczy, Esq.
Paul J. Molino, Esq.
Deanne M. Mazzochi, Esq.
Christine J. Siwik, Esq.
Theodore J. Chiacchio, Esq.
Tara M. Raghavan, Esq.
Rakoczy Molino Mazzochi Siwik LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60610
wrakoczy@rmmslegal.com
pmolino@rmmslegal.com
dmazzochi@rmmslegal.com
csiwik@rmmslegal.com
tchiacchio@rmmslegal.com
traghavan@rmmslegal.com
*Counsel for Aurobindo Pharma Ltd., Aurobindo Pharma USA Inc.*

Darrell L. Olson
William R. Zimmerman
Knobbe, Martens, Olson & Bear
2040 Main Street, 14th Street
Irvine, CA 92614
dolson@kmob.com
bzimmerman@kmob.com
*Counsel for Ranbaxy Inc., Ranbaxy Laboratories Limited*

Mary Matterer
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
mmatterer@morrisjames.com
*Counsel for Aurobindo Pharma Ltd., Aurobindo Pharma USA Inc.*

Frederick L. Cottrell, III
Jameson A.L. Tweedie
Richards, Layton & Finger
One Rodney Square
PO Box 551
Wilmington, DE  19899
cottrell@rlf.com
tweedie@rlf.com
*Counsel for Ranbaxy Inc., Ranbaxy Laboratories Limited*

Philip A. Rovner
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
provner@potteranderson.com
*Counsel for Sun Pharmaceutical Industries Inc. and Sun Pharmaceutical Industries Ltd.*

Robert B. Breisblatt
Steven E. Feldman
Sherry L. Rollo
Welsh & Katz Ltd.
120 S. Riverside Plaza
22nd Floor
Chicago, IL 60606
rbbreisblatt@welshkatz.com
sefeldman@welshkatz.com
srollo@welshkatz.com
*Counsel for Sun Pharmaceutical Industries Inc. and Sun Pharmaceutical Industries Ltd.*

Mark D. Schuman, Esq.
Christopher J. Sorenson, Esq.
Merchant & Gould LLC
80 South 8th Street
3200 IDS Center
Minneapolis, MN 55402
csorenson@merchantgould.com
mschuman@merchantgould.com
*Counsel for Teva Pharmaceuticals USA Inc.*

Keith D. Parr
Kevin M. Nelson
David B. Abramowitz
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive
Chicago, IL 60606
kparr@lockelord.com
knelson@lordbissell.com
dabramowitz@lordbissell.com
*Counsel for Torrent Pharma Inc. and Torrent Pharmaceuticals Limited*

Josy W. Ingersoll, Esq.
John W. Shaw, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899
jingersoll@ycst.com
jshaw@ycst.com
*Counsel for Teva Pharmaceuticals USA Inc. and Teva Pharmaceutical Industries, Ltd.*

Francis J. Murphy, Jr.
Murphy, Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805
fmurphy@msllaw.com
*Counsel for Torrent Pharma Inc. and Torrent Pharmaceuticals Limited*

By: */s/ David E. Moore*
    Richard L. Horwitz
    David E. Moore
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

825494 / 32339