IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANOFI-AVENTIS and<br>SANOFI-AVENTIS U.S. LLC,<br><br>              Plaintiffs,<br>   v.<br><br>ACTAVIS SOUTH ATLANTIC LLC,<br>AUROBINDO PHARMA LTD.,<br>AUROBINDO PHARMA USA INC.,<br>MYLAN PHARMACEUTICALS INC., PAR<br>PHARMACEUTICAL, INC., RANBAXY<br>INC., RANBAXY LABORATORIES<br>LIMITED, SUN PHARMACEUTICAL<br>INDUSTRIES, INC., SUN<br>PHARMACEUTICAL INDUSTRIES LTD,<br>TEVA PHARMACEUTICALS USA, INC.,<br>TORRENT PHARMA INC. and TORRENT<br>PHARMACEUTICALS LIMITED,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 07-572 (GMS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' REPLY TO DEFENDANT TEVA
PHARMACEUTICALS USA, INC.'S COUNTERCLAIMS**

Plaintiffs sanofi-aventis and sanofi-aventis U.S. LLC ("sanofi-aventis U.S."), for their Reply to the numbered paragraphs of the Counterclaims of Defendant Teva Pharmaceuticals USA, Inc. ("Teva"), hereby state as follows:

    1.    Admitted that Teva purports to state declaratory judgment counterclaims that arise under the Patent Laws of the United States, 35 U.S.C. § 1 *et seq.*, the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202 and the Food and Drug Laws of the United States, 21 U.S.C. § 355, but denied that there is any factual or legal basis for these counterclaims.

    2.    Admitted.

    3.    Plaintiffs do not contest venue in this Court for this Action.

    4.    Admitted.

5. Admitted, upon information and belief.

6. Admitted.

7. Admitted.

8. Denied that Plaintiff sanofi-aventis U.S. is the current assignee of the '491 patent. Admitted, based upon the assumption that Teva intended to allege that Plaintiff sanofi-aventis is the current assignee of the '491 patent.

9. Admitted.

10. Admitted.

11. Admitted.

12. Admitted, except denied that Jagotec is a Counterclaim Defendant.

13. Denied that the '491 and '940 patents were listed in connection with NDA No. 20-468. Admitted, based upon the assumption that Teva intended to allege that the '491 and '940 patents were listed in connection with NDA No. 21-287.

14. Admitted that Teva seeks FDA approval to market its generic ANDA drug product prior to the expiration of the '491 patent and the '940 patent and that Teva's ANDA includes a certification under 21 U.S.C. § 355(j)(2)(A)(vii)(IV). Denied as to Teva's reasoning for including a certification under 21 U.S.C. § 355(j)(2)(A)(vii)(IV).

15. Admitted that Teva sent Plaintiffs a notice letter of its paragraph IV certifications, but denied that the letter contained a detailed factual and legal statement as to the basis of Teva's ANDA certification.

16. Admitted.

17. Plaintiffs restate and incorporate by reference their responses to the allegations contained in Counterclaim Paragraphs 1-16 as though set forth specifically herein.

18. Admitted.

19. Denied.

20. Denied.

21. Plaintiffs restate and incorporate by reference their responses to the allegations contained in Counterclaim Paragraphs 1-16 as though set forth specifically herein.

22. Admitted.

23. Denied.

24. Denied.

25. Plaintiffs restate and incorporate by reference their responses to the allegations contained in Counterclaim Paragraphs 1-16 as though set forth specifically herein.

26. Admitted.

27. Denied.

28. Denied.

Wherefore, Plaintiffs deny that Teva is entitled to any relief, either as prayed for in its Counterclaims or otherwise.

Plaintiffs further deny each allegation contained in Teva's Counterclaims that was not specifically admitted, denied, or otherwise responded to in this Reply to Defendant Teva Pharmaceuticals USA Inc.'s Counterclaims.

                          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                          /s/ Jack B. Blumenfeld
                          Jack B. Blumenfeld (# 1014)
                          Maryellen Noreika (# 3208)
                          James W. Parrett, Jr. (#4292)
                          1201 North Market Street
                          P.O. Box 1347
                          Wilmington, DE  19899-1347
                          (302) 658-9200
                          jblumenfeld@mnat.com
                          mnoreika@mnat.com
                          jparrett@mnat.com

                          *Attorneys for Plaintiffs*
                          *sanofi-aventis and sanofi-aventis U.S. LLC*

*Of Counsel*:

John Desmarais
Gerald J. Flattmann, Jr.
William T. Vuk
KIRKLAND & ELLIS, LLP
Citigroup Center
153 E. 53rd Street
New York, NY  10022
(212) 446-4800

November 14, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

> Mary B. Matterer
> MORRIS JAMES LLP
>
> Andre G. Bouchard, Esquire
> Dominick T. Gattuso, Esquire
> BOUCHARD, MARGULES & FRIEDLANDER, P.A.
>
> Francis J. Murphy, Esquire
> MURPHY & LANDON
>
> Richard L. Horwitz, Esquire
> David E. Moore, Esquire
> POTTER ANDERSON & CORROON LLP
>
> Frederick L. Corrtell, II, Esquire
> Jameson A.L. Tweedie, Esquire
> RICHARDS, LAYTON & FINGER, P.A.
>
> Josy W. Ingersoll, Esquire
> John W. Shaw, Esquire
> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> Philip A. Rovner, Esquire
> POTTER ANDERSON & CORROON LLP

I further certify that I caused to be served copies of the foregoing document on November 14, 2007 upon the following in the manner indicated:

Mary B. Matterer, Esquire                                                  *VIA ELECTRONIC MAIL*
MORRIS JAMES LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE  19801
*Counsel for Aurobindo Pharma LTD and*
*Aurobindo Pharma USA Inc.*

| | |
|---|---|
| Christine J. Siwik, Esquire<br>Paul J. Molino, Esquire<br>Deanne M. Mazzochi, Esquire<br>RAKOCZY MOLINO MAZZOCHI SIWIK LLP<br>6 West Hubbard Street<br>Suite 500<br>Chicago, IL 60610<br>*Counsel for Aurobindo Pharma LTD and*<br>*Aurobindo Pharma USA Inc.* | *VIA ELECTRONIC MAIL* |
| Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza – 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801<br>*Counsel for Mylan Pharmaceuticals Inc.* | *VIA ELECTRONIC MAIL* |
| Timothy H. Kratz, Esquire<br>Robert J. Waddell Jr., Esquire<br>Robert L. Florence, Esquire<br>MCGUIRE WOODS LLP<br>1170 Peachtree Street<br>Suite 2100<br>Atlanta, GA 30309<br>*Counsel for Mylan Pharmaceuticals Inc.* | *VIA ELECTRONIC MAIL* |
| Lynn E. Eccleston, Esquire<br>MCGUIRE WOODS LLP<br>1750 Tysons Boulevard<br>Suite 1800<br>McLean, VA 22102-4215<br>*Counsel for Mylan Pharmaceuticals Inc.* | *VIA ELECTRONIC MAIL* |
| Francis J. Murphy, Esquire<br>MURPHY & LANDON<br>1011 Centre Road<br>Suite 210<br>Wilmington, DE 19805<br>*Counsel for Torrent Pharma Inc. and Torrent*<br>*Pharmaceuticals Ltd.* | *VIA ELECTRONIC MAIL* |

Keith D. Parr, Esquire                                              *VIA ELECTRONIC MAIL*
Kevin M. Nelson, Esquire
David B. Abramowitz, Esquire
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, IL 60606
*Counsel for Torrent Pharma Inc. and Torrent*
*Pharmaceuticals Ltd.*

Robert B. Breisblatt, Esquire                                       *VIA ELECTRONIC MAIL*
Steven E. Feldman, Esquire
Sherry L. Rollo, Esquire
WELSH & KATZ LTD.
120 S. Riverside Plaza
22nd Floor
Chicago, IL 60606
*Counsel for Sun Pharmaceutical Industries,*
*Inc. and Sun Pharmaceuticals Industries, Ltd.*

Josy W. Ingersoll, Esquire                                          *VIA ELECTRONIC MAIL*
John W. Shaw, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street
17th Floor
Wilmington, DE 19801
*Counsel for Teva Pharmaceuticals USA, Inc.*

Christopher J. Sorenson, Esquire                                    *VIA ELECTRONIC MAIL*
MERCHANT & GOULD
An Intellectual Property Law Firm
80 South 8th Street
3200 IDS Center
Minneapolis, MN 55402
*Counsel for Teva Pharmaceuticals USA, Inc.*

Andre G. Bouchard, Esquire                                          *VIA ELECTRONIC MAIL*
Dominick T. Gattuso, Esquire
BOUCHARD, MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801
*Counsel for Actavis South Atlantic LLC and*
*Par Pharmaceutical, Inc.*

John Will Ongman, Esquire                                   *VIA ELECTRONIC MAIL*
Sanjay B. Sitlani, Esquire
AXINN, VELTROP & HARKRIDER LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
*Counsel for Actavis South Atlantic LLC and*
*Par Pharmaceutical, Inc.*

Chad A. Landmon, Esquire                                    *VIA ELECTRONIC MAIL*
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103-3702
*Counsel for Actavis South Atlantic LLC and*
*Par Pharmaceutical, Inc.*

Frederick L. Cottrell, III, Esquire                         *VIA ELECTORNIC MAIL*
Jameson A.L. Tweedie, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
*Counsel for Ranbaxy Inc. and Ranbaxy*
*Laboratories Limited*

Darrell L. Olson, Esquire                                   *VIA ELECTRONIC MAIL*
William R. Zimmerman, Esquire
KNOBBE, MARTENS, OLSON & BEAR
2040 Main Street
14th Floor
Irvine, CA 29614
*Counsel for Ranbaxy Inc. and Ranbaxy*
*Laboratories Limited*

Philip A. Rovner, Esquire                                   *VIA ELECTRONIC MAIL*
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE 19801
*Counsel for Sun Pharmaceutical Industries,*
*Inc. and Sun Pharmaceutical Industries Ltd.*

Eric C. Cohen, Esquire
Manotti L. Jenkins, Esquire
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661-3693
*Counsel for Sun Pharmaceutical Industries,
Inc. and Sun Pharmaceutical Industries Ltd.*

*VIA ELECTRONIC MAIL*

/s/ *Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)