UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANOFI-AVENTIS and SANOFI-AVENTIS U.S. LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> ACTAVIS SOUTH ATLANTIC LLC, AUROBINDO PHARMA LTD., AUROBINDO PHARMA USA INC., MYLAN PHARMACEUTICALS INC., PAR PHARMACEUTICAL, INC., RANBAXY INC., RANBAXY LABORATORIES LIMITED, SUN PHARMACEUTICAL INDUSTRIES, INC., SUN PHARMACEUTICAL INDUSTRIES LTD, TEVA PHARMACEUTICALS USA, INC., TORRENT PHARMA INC. and TORRENT PHARMACEUTICALS LIMITED, <br><br> Defendants. | C.A. No. 07-572 (GMS) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of David B. Abramowitz, Esquire, Keith D. Parr, Esquire, and Kevin M. Nelson, Esquire, to represent Torrent Pharma Inc., and Torrent Pharmaceuticals Ltd. in this matter.

**MURPHY & LANDON**

/s/ Francis J. Murphy
Francis J. Murphy, DE I.D. No. 223
1011 Centre Road, Suite 210
Wilmington, DE 19805
Tel: (302) 472-8100
Fax: (302) 472-8135
E-mail: Fmurphy@msllaw.com
*Attorneys for Defendants Torrent Pharma Inc., and Torrent Pharmaceuticals Ltd.*

Date: November 20, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____          _____
                                 United States District Judge

147631

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ■ to the Clerk's Office upon filing of this motion.

Date: 11/16/07

Signed: _____
David B. Abramowitz, Esquire
Locke Lord Bissell & Liddell, LLP
111 South Wacker Drive
Chicago, IL  60606-4410
dabramowitz@lockelord.com

147014

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ■ to the Clerk's Office upon filing of this motion.

Date: *November 7, 2007*      Signed: _____

Keith D. Parr, Esquire
Locke Lord Bissell & Liddell, LLP
111 South Wacker Drive
Chicago, IL 60606-4410
kparr@lockelord.com

147043

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ■ to the Clerk's Office upon filing of this motion.

Date: November 7, 2007

Signed: _____
Kevin M. Nelson, Esquire
Locke Lord Bissell & Liddell, LLP
111 South Wacker Drive
Chicago, IL 60606-4410
knelson@lockelord.com

147044

## CERTIFICATE OF SERVICE

I, Francis J. Murphy, Esq., do hereby certify that on this 20th day of November, 2007, I have caused the foregoing MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF Kevin M. Nelson, Keith D. Parr, and David B. Abramowitz, along with their Certifications and this Certificate of Service, to be served in the manner indicated on the following counsel of record:

**MURPHY & LANDON**

/s/ Francis J. Murphy
Francis J. Murphy, DE I.D. No. 223
1011 Centre Road, Suite 210
Wilmington, DE 19805
Tel: (302) 472-8100
Fax: (302) 472-8135
E-mail: Fmurphy@msllaw.com
*Attorneys for Defendants Torrent Pharma Inc., and Torrent Pharmaceuticals Ltd.*

147630

VIA CM/CEF ELECTRONIC SERVICE

Mary B. Matterer, Esquire
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
*Counsel for Aurobindo Pharma LTD and Aurobindo Pharma USA Inc.*

Andre G. Bouchard, Esquire
Dominick T. Gattuso, Esquire
BOUCHARD, MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
*Counsel for Actavis South Atlantic LLC and Par Pharmaceutical, Inc.*

Francis J. Murphy, Esquire
MURPHY & LANDON
1011 Centre Road, Suite 210
Wilmington, DE 19805
*Counsel for Torrent Pharma Inc. and Torrent Pharmaceuticals Ltd.*

Richard L. Horwitz, Esquire
David B. Moore, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
*Counsel for Mylan Pharmaceuticals Inc.*

Frederick L. Cottrell, III, Esquire
Jameson A.L. Tweedie, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
*Counsel for Ranbaxy Inc. and Ranbaxy Laboratories Limited*

Josy W. Ingersoll, Esquire
John W. Shaw, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
*Counsel for Teva Pharmaceuticals USA, Inc.*

Philip A. Rovner, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE 19801
*Counsel for Sun Pharmaceutical Industries, Inc. and Sun Pharmaceutical Industries Ltd.*

Jack B. Blumenfeld, Esquire
James Walter Parrett, Jr., Esquire
Maryellen Noreika, Esquire
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19801
*Counsel for Sanofi-Aventis and Sanofi-Aventis US LLC*

147630

VIA ELECTRONIC MAIL

Christine J. Siwik, Esquire
Paul J. Molino, Esquire
Deanne M. Mazzochi, Esquire
Willaim A. Rakoczy, Esquire
Theodore J. Cihiacchio, Esquire
Tara Ragnavan, Esquire
RAKOCZY MOLINO MAZZOCHI
SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60610
*Counsel for Aurobindo Pharma LTD and Aurobindo Pharma USA Inc.*

Timothy H. Kratz, Esquire
Robert J, Waddell Jr., Esquire
Robert L. Florence, Esquire
McGUIRE WOODS LLP
1170 Peachtree Street, Suite 2100
Atlanta, GA 30309
*Counsel for Mylan Pharmaceuticals Inc.*

Lynn B. Eccleston, Esquire
McGUIRE WOODS LLP
1750 Tysons Boulevard, Suite 1800
McLean, VA 22102-4215
*Counsel for Mylan Pharmaceuticals Inc.*

Keith D. Parr, Esquire
Kevin M. Nelson, Esquire
David B. Abramowitz, Esquire
LOCKE LORD BISSELL &
LIDDELL LLP
111 South Wacker Drive
Chicago, IL 60606
Counsel for Torrent Pharma Inc. and Torrent Pharmaceuticals Ltd.

Christopher J. Sorenson, Esquire
Samuel T. Lockner, Esquire
Aaron M. Johnson, Esquire
MERCHANT & GOULD
An Intellectual Property Law Fiim
80 South 8th Street
3200 IDS Center
Minneapolis, MN 55402
*Counsel for Teva Pharmaceuticals USA, Inc.*

John Will Ongman, Esquire
Sanjay B. Sitlani, Esquire
AXINN, VELTROP & HARKRIDER LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
*Counsel for Actavis South Atlantic LLC and Par Pharmaceutical, Inc.*

Chad A. Landmon, Esquire
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103-3702
*Counsel for Actavis South Atlantic LLC and Par Pharmaceutical, Inc.*

Darrell L. Olson, Esquire
William R. Zimmeman, Esquire
KNOBBE, MARTENS, OLSON & BEAR
2040 Main Street, 14th Floor
Irvine, CA 29614
*Counsel for Ranbaxy Inc. and Ranbaxy Laboratories Limited*

147630

John Desmarais, Esquire
Gerald J. Flattmann, Jr., Esquire
William T. Vuk, Esquire
Alexis Gorton, Esquire
Kathryn M. Liberatore, Esquire
KIRKLAND & ELLIS LLP
Citigroup Center
153 E. 53rd Street
New York, NY 10022
*Counsel for Sanofi-Aventis &*
*Sanofi-Aventis U.S. LLC*

Robert B. Breisblatt, Esquire
Steven E. Feldman, Esquire
Sherry L. Rollo, Esquire
WELSH & KATZ LTD.
120 S. Riverside Plaza, 22nd Floor
Chicago, IL 60606
*Counsel for Sun Pharmaceutical Industries,*
*Inc. & Sun Pharmaceuticals Industries, Ltd.*

Eric C. Cohen, Esquire
Manotti L. Jenkins, Esquire
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661-3693
*Counsel for Sun Pharmaceutical Industries,*
*Inc. and Sun Pharmaceutical Industries Ltd.*

147630