IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANOFI-AVENTIS and SANOFI-AVENTIS U.S. LLC,<br><br>   Plaintiffs,<br><br>   v.<br><br>ACTAVIS SOUTH ATLANTIC LLC, AUROBINDO PHARMA LTD., AUROBINDO PHARMA USA INC., MYLAN PHARMACEUTICALS INC., PAR PHARMACEUTICAL, INC., RANBAXY INC., RANBAXY LABORATORIES LIMITED, SUN PHARMACEUTICAL INDUSTRIES, INC., SUN PHARMACEUTICAL INDUSTRIES LTD, TEVA PHARMACEUTICALS USA, INC., TORRENT PHARMA INC. and TORRENT PHARMACEUTICALS LIMITED,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 07-572 (GMS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' REPLY TO DEFENDANT AUROBINDO
PHARMA USA INC.'S COUNTERCLAIMS**

   Plaintiffs sanofi-aventis and sanofi-aventis U.S. LLC, for their reply to the numbered paragraphs of the counterclaims of defendant Aurobindo Pharma USA, Inc. ("Aurobindo Inc."), hereby state as follows:

   1.  Admitted, upon information and belief.

   2.  Admitted, upon information and belief.

   3.  Admitted.

   4.  Admitted.

   5.  Admitted that Aurobindo Ltd. purports to state declaratory judgment counterclaims that arise under the Patent Laws of the United States, 35 U.S.C. § 1 *et seq.*, the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, and the Medicare Prescription Drug,

Improvement, and Modernization Act of 2003, Pub. L. No 108-173, 117 Stat. 2066 (2003) (21 U.S.C. § 355(j) and 35 U.S.C. § 271(e)(5)), but denied that there is any factual or legal basis for these counterclaims.

6. Admitted.

7. Plaintiffs do not contest personal jurisdiction in this Court for this Action; to the extent that Paragraph 6 contains any other or further allegations, they are superfluous allegations to which no response is required.

8. Plaintiffs do not contest venue in this Court for this Action.

9. Admitted.

10. Admitted that sanofi-aventis is the assignee of the '491 patent and has a right to enforce the '491 patent.

11. Admitted, except denied that the '940 patent issued to anyone named Busto Arisizio.

12. Admitted that sanofi-aventis is an assignee and exclusive licensee of the '940 patent and has a right to enforce the '940 patent.

13. Admitted.

14. Admitted.

15. Plaintiffs restate and incorporate by reference their responses to the allegations contained in Paragraphs 1-14 as though set forth specifically herein.

16. Admitted, except denied that there is any justiciable controversy as to the enforceability of the '491 patent.

17. Denied.

18. Denied.

19. Plaintiffs restate and incorporate by reference their responses to the allegations contained in Paragraphs 1-18 as though set forth specifically herein.

20. Admitted.

21. Denied.

22. Denied.

23. Plaintiffs restate and incorporate by reference their responses to the allegations contained in Paragraphs 1-22 as though set forth specifically herein.

24. Admitted, except denied that there is any justiciable controversy as to the enforceability of the '940 patent.

25. Denied.

26. Denied.

27. Plaintiffs restate and incorporate by reference their responses to the allegations contained in Paragraphs 1-26 as though set forth specifically herein.

28. Admitted.

29. Denied.

30. Denied.

Wherefore, Plaintiffs deny that Aurobindo Inc. is entitled to any relief, either as prayed for in its Counterclaims or otherwise.

Plaintiffs further deny each allegation contained in Aurobindo Inc.'s Counterclaims that was not specifically admitted, denied, or otherwise responded to in this Reply to Defendant Aurobindo Pharma USA Inc.'s Counterclaims.

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          */s/ Jack B. Blumenfeld*
          _____
          Jack B. Blumenfeld (# 1014)
          Maryellen Noreika (# 3208)
          James W. Parrett, Jr. (#4292)
          1201 North Market Street
          P.O. Box 1347
          Wilmington, DE  19899-1347
          (302) 658-9200
          jblumenfeld@mnat.com
          mnoreika@mnat.com
          jparrett@mnat.com

          *Attorneys for Plaintiffs*
          *sanofi-aventis and sanofi-aventis U.S. LLC*

*Of Counsel*:

John Desmarais
Gerald J. Flattmann, Jr.
William T. Vuk
KIRKLAND & ELLIS, LLP
Citigroup Center
153 E. 53rd Street
New York, NY  10022
(212) 446-4800

Dated: November 28, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

>Mary B. Matterer
>MORRIS JAMES LLP
>
>Andre G. Bouchard, Esquire
>Dominick T. Gattuso, Esquire
>BOUCHARD, MARGULES & FRIEDLANDER, P.A.
>
>Francis J. Murphy, Esquire
>MURPHY & LANDON
>
>Richard L. Horwitz, Esquire
>David E. Moore, Esquire
>POTTER ANDERSON & CORROON LLP
>
>Frederick L. Corrtell, II, Esquire
>Jameson A.L. Tweedie, Esquire
>RICHARDS, LAYTON & FINGER, P.A.
>
>Josy W. Ingersoll, Esquire
>John W. Shaw, Esquire
>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>Philip A. Rovner, Esquire
>POTTER ANDERSON & CORROON LLP

I further certify that I caused to be served copies of the foregoing document on November 28, 2007 upon the following in the manner indicated:

Mary B. Matterer, Esquire                                                                                   *VIA ELECTRONIC MAIL*
MORRIS JAMES LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801
*Counsel for Aurobindo Pharma LTD and*
*Aurobindo Pharma USA Inc.*

Christine J. Siwik, Esquire                                    *VIA ELECTRONIC MAIL*
Paul J. Molino, Esquire
Deanne M. Mazzochi, Esquire
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street
Suite 500
Chicago, IL 60610
*Counsel for Aurobindo Pharma LTD and*
*Aurobindo Pharma USA Inc.*

Richard L. Horwitz, Esquire                                    *VIA ELECTRONIC MAIL*
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza – 6th Floor
1313 North Market Street
Wilmington, DE 19801
*Counsel for Mylan Pharmaceuticals Inc.*

Timothy H. Kratz, Esquire                                      *VIA ELECTRONIC MAIL*
Robert J. Waddell Jr., Esquire
Robert L. Florence, Esquire
MCGUIRE WOODS LLP
1170 Peachtree Street
Suite 2100
Atlanta, GA 30309
*Counsel for Mylan Pharmaceuticals Inc.*

Lynn E. Eccleston, Esquire                                     *VIA ELECTRONIC MAIL*
MCGUIRE WOODS LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA 22102-4215
*Counsel for Mylan Pharmaceuticals Inc.*

Francis J. Murphy, Esquire                                     *VIA ELECTRONIC MAIL*
MURPHY & LANDON
1011 Centre Road
Suite 210
Wilmington, DE 19805
*Counsel for Torrent Pharma Inc. and Torrent*
*Pharmaceuticals Ltd.*

Keith D. Parr, Esquire  
Kevin M. Nelson, Esquire  
David B. Abramowitz, Esquire  
LOCKE LORD BISSELL & LIDDELL LLP  
111 South Wacker Drive  
Chicago, IL  60606  
*Counsel for Torrent Pharma Inc. and Torrent Pharmaceuticals Ltd.*

*VIA ELECTRONIC MAIL*

Robert B. Breisblatt, Esquire  
Steven E. Feldman, Esquire  
Sherry L. Rollo, Esquire  
WELSH & KATZ LTD.  
120 S. Riverside Plaza  
22nd Floor  
Chicago, IL  60606  
*Counsel for Sun Pharmaceutical Industries, Inc. and Sun Pharmaceuticals Industries, Ltd.*

*VIA ELECTRONIC MAIL*

Josy W. Ingersoll, Esquire  
John W. Shaw, Esquire  
YOUNG CONAWAY STARGATT & TAYLOR, LLP  
The Brandywine Building  
1000 West Street  
17th Floor  
Wilmington, DE  19801  
*Counsel for Teva Pharmaceuticals USA, Inc.*

*VIA ELECTRONIC MAIL*

Christopher J. Sorenson, Esquire  
MERCHANT & GOULD  
An Intellectual Property Law Firm  
80 South 8th Street  
3200 IDS Center  
Minneapolis, MN  55402  
*Counsel for Teva Pharmaceuticals USA, Inc.*

*VIA ELECTRONIC MAIL*

Andre G. Bouchard, Esquire  
Dominick T. Gattuso, Esquire  
BOUCHARD, MARGULES & FRIEDLANDER, P.A.  
222 Delaware Avenue  
Suite 1400  
Wilmington, DE  19801  
*Counsel for Actavis South Atlantic LLC and Par Pharmaceutical, Inc.*

*VIA ELECTRONIC MAIL*

John Will Ongman, Esquire  *VIA ELECTRONIC MAIL*
Sanjay B. Sitlani, Esquire
AXINN, VELTROP & HARKRIDER LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
*Counsel for Actavis South Atlantic LLC and
Par Pharmaceutical, Inc.*

Chad A. Landmon, Esquire  *VIA ELECTRONIC MAIL*
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103-3702
*Counsel for Actavis South Atlantic LLC and
Par Pharmaceutical, Inc.*

Frederick L. Cottrell, III, Esquire  *VIA ELECTORNIC MAIL*
Jameson A.L. Tweedie, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
*Counsel for Ranbaxy Inc. and Ranbaxy
Laboratories Limited*

Darrell L. Olson, Esquire  *VIA ELECTRONIC MAIL*
William R. Zimmerman, Esquire
KNOBBE, MARTENS, OLSON & BEAR
2040 Main Street
14th Floor
Irvine, CA 29614
*Counsel for Ranbaxy Inc. and Ranbaxy
Laboratories Limited*

Philip A. Rovner, Esquire  *VIA ELECTRONIC MAIL*
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE 19801
*Counsel for Sun Pharmaceutical Industries,
Inc. and Sun Pharmaceutical Industries Ltd.*

Eric C. Cohen, Esquire  *VIA ELECTRONIC MAIL*
Manotti L. Jenkins, Esquire
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661-3693
*Counsel for Sun Pharmaceutical Industries,
Inc. and Sun Pharmaceutical Industries Ltd.*

/s/ *Jack B. Blumenfeld*
_____
Jack B. Blumenfeld (#1014)