IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANOFI-AVENTIS and SANOFI-AVENTIS U.S. LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ACTAVIS SOUTH ATLANTIC LLC, AUROBINDO PHARMA LTD., AUROBINDO PHARMA USA INC., MYLAN PHARMACEUTICALS INC., PAR PHARMACEUTICAL, INC., RANBAXY INC., RANBAXY LABORATORIES LIMITED, SUN PHARMACEUTICAL INDUSTRIES, INC., SUN PHARMACEUTICAL INDUSTRIES LTD, TEVA PHARMACEUTICALS USA, INC., TORRENT PHARMA INC. and TORRENT PHARMACEUTICALS LIMITED,<br><br>Defendants. | C.A. No. 07-572 (GMS) |

**PLAINTIFFS' REPLY TO DEFENDANT PAR
PHARMACEUTICAL, INC.'S AMENDED COUNTERCLAIMS**

Plaintiffs sanofi-aventis and sanofi-aventis U.S. LLC, for their Reply to the numbered paragraphs of the Amended Counterclaims of Defendant Par Pharmaceutical, Inc. ("Par"), hereby state as follows:

1. Admitted, upon information and belief.

2. Admitted.

3. Admitted.

4. Plaintiffs restate and incorporates by reference their responses to the allegations contained in Counterclaim Paragraphs 1-3 as though set forth specifically herein.

5. Admitted that this Court has subject matter jurisdiction and that Par purports to state declaratory judgment counterclaims that arise under the Patent Laws of the

United States, 35 U.S.C. § 1 *et seq.*, and the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, but denied that there is any factual or legal basis for these counterclaims.

  6. Admitted.

  7. Admitted that Par seeks a declaration that the '491 and '940 patents are not infringed and are invalid, but denied that the '491 and '940 patents are not infringed and/or are invalid.

  8. Admitted.

  9. Admitted that the Complaint contains the allegations recited in Counterclaim Paragraph 9 and that Par has denied those allegations.

  10. Denied.

  11. Denied.

  12. Admitted.

  13. Admitted that the Complaint contains the allegations recited in Counterclaim Paragraph 13 and that Par has denied those allegations.

  14. Denied.

  15. Denied.

  16. Admitted.

  17. Denied.

  18. Denied.

Wherefore, Plaintiffs deny that Par is entitled to any relief, either as prayed for in its Amended Counterclaims or otherwise.

Plaintiffs further deny each allegation contained in Par's Amended Counterclaims that was not specifically admitted, denied, or otherwise responded to in this Reply to Defendant Par's Amended Counterclaims.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Jack B. Blumenfeld*

———————————————————
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
James W. Parrett (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com
jparrett@mnat.com
*Attorneys for Plaintiffs*
*sanofi-aventis and sanofi-aventis U.S. LLC*

*Of Counsel*:

John Desmarais
Gerald J. Flattmann, Jr.
William T. Vuk
KIRKLAND & ELLIS, LLP
Citigroup Center
153 E. 53rd Street
New York, NY  10022
(212) 446-4800

December 3, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

        Mary B. Matterer
        MORRIS JAMES LLP

        Andre G. Bouchard, Esquire
        Dominick T. Gattuso, Esquire
        BOUCHARD, MARGULES & FRIEDLANDER, P.A.

        Francis J. Murphy, Esquire
        MURPHY & LANDON

        Richard L. Horwitz, Esquire
        David E. Moore, Esquire
        POTTER ANDERSON & CORROON LLP

        Frederick L. Corrtell, II, Esquire
        Jameson A.L. Tweedie, Esquire
        RICHARDS, LAYTON & FINGER, P.A.

        Josy W. Ingersoll, Esquire
        John W. Shaw, Esquire
        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        Philip A. Rovner, Esquire
        POTTER ANDERSON & CORROON LLP

I further certify that I caused to be served copies of the foregoing document on December 3, 2007 upon the following in the manner indicated:

Mary B. Matterer, Esquire                                           *VIA ELECTRONIC MAIL*
MORRIS JAMES LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801
*Counsel for Aurobindo Pharma LTD and*
*Aurobindo Pharma USA Inc.*

Christine J. Siwik, Esquire  VIA ELECTRONIC MAIL
Paul J. Molino, Esquire
Deanne M. Mazzochi, Esquire
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street
Suite 500
Chicago, IL 60610
*Counsel for Aurobindo Pharma LTD and*
*Aurobindo Pharma USA Inc.*

Richard L. Horwitz, Esquire  VIA ELECTRONIC MAIL
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza – 6th Floor
1313 North Market Street
Wilmington, DE 19801
*Counsel for Mylan Pharmaceuticals Inc.*

Timothy H. Kratz, Esquire  VIA ELECTRONIC MAIL
Robert J. Waddell Jr., Esquire
Robert L. Florence, Esquire
MCGUIRE WOODS LLP
1170 Peachtree Street
Suite 2100
Atlanta, GA 30309
*Counsel for Mylan Pharmaceuticals Inc.*

Lynn E. Eccleston, Esquire  VIA ELECTRONIC MAIL
MCGUIRE WOODS LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA 22102-4215
*Counsel for Mylan Pharmaceuticals Inc.*

Francis J. Murphy, Esquire  VIA ELECTRONIC MAIL
MURPHY & LANDON
1011 Centre Road
Suite 210
Wilmington, DE 19805
*Counsel for Torrent Pharma Inc. and Torrent*
*Pharmaceuticals Ltd.*

Keith D. Parr, Esquire                                              *VIA ELECTRONIC MAIL*
Kevin M. Nelson, Esquire
David B. Abramowitz, Esquire
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, IL 60606
*Counsel for Torrent Pharma Inc. and Torrent
Pharmaceuticals Ltd.*

Robert B. Breisblatt, Esquire                                       *VIA ELECTRONIC MAIL*
Steven E. Feldman, Esquire
Sherry L. Rollo, Esquire
WELSH & KATZ LTD.
120 S. Riverside Plaza
22nd Floor
Chicago, IL 60606
*Counsel for Sun Pharmaceutical Industries,
Inc. and Sun Pharmaceuticals Industries, Ltd.*

Josy W. Ingersoll, Esquire                                          *VIA ELECTRONIC MAIL*
John W. Shaw, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street
17th Floor
Wilmington, DE 19801
*Counsel for Teva Pharmaceuticals USA, Inc.*

Christopher J. Sorenson, Esquire                                    *VIA ELECTRONIC MAIL*
MERCHANT & GOULD
An Intellectual Property Law Firm
80 South 8th Street
3200 IDS Center
Minneapolis, MN 55402
*Counsel for Teva Pharmaceuticals USA, Inc.*

Andre G. Bouchard, Esquire                                          *VIA ELECTRONIC MAIL*
Dominick T. Gattuso, Esquire
BOUCHARD, MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801
*Counsel for Actavis South Atlantic LLC and
Par Pharmaceutical, Inc.*

| | |
|---|---|
| John Will Ongman, Esquire<br>Sanjay B. Sitlani, Esquire<br>AXINN, VELTROP & HARKRIDER LLP<br>1330 Connecticut Avenue, NW<br>Washington, DC  20036<br>*Counsel for Actavis South Atlantic LLC and*<br>*Par Pharmaceutical, Inc.* | *VIA ELECTRONIC MAIL* |
| Chad A. Landmon, Esquire<br>AXINN, VELTROP & HARKRIDER LLP<br>90 State House Square<br>Hartford, CT  06103-3702<br>*Counsel for Actavis South Atlantic LLC and*<br>*Par Pharmaceutical, Inc.* | *VIA ELECTRONIC MAIL* |
| Frederick L. Cottrell, III, Esquire<br>Jameson A.L. Tweedie, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>*Counsel for Ranbaxy Inc. and Ranbaxy*<br>*Laboratories Limited* | *VIA ELECTORNIC MAIL* |
| Darrell L. Olson, Esquire<br>William R. Zimmerman, Esquire<br>KNOBBE, MARTENS, OLSON & BEAR<br>2040 Main Street<br>14th Floor<br>Irvine, CA  29614<br>*Counsel for Ranbaxy Inc. and Ranbaxy*<br>*Laboratories Limited* | *VIA ELECTRONIC MAIL* |
| Philip A. Rovner, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza<br>1313 North Market Street<br>Wilmington, DE  19801<br>*Counsel for Sun Pharmaceutical Industries,*<br>*Inc. and Sun Pharmaceutical Industries Ltd.* | *VIA ELECTRONIC MAIL* |

Eric C. Cohen, Esquire
Manotti L. Jenkins, Esquire
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL  60661-3693
*Counsel for Sun Pharmaceutical Industries,
Inc. and Sun Pharmaceutical Industries Ltd.*

*VIA ELECTRONIC MAIL*

/s/ *Jack B. Blumenfeld*
_____
Jack B. Blumenfeld (#1014)