IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANOFI-AVENTIS and<br>SANOFI-AVENTIS U.S. LLC,<br><br>            Plaintiffs,<br><br>    v.<br><br>ACTAVIS SOUTH ATLANTIC LLC,<br>AUROBINDO PHARMA LTD.,<br>AUROBINDO PHARMA USA INC.,<br>MYLAN PHARMACEUTICALS INC., PAR<br>PHARMACEUTICAL, INC., RANBAXY<br>INC., RANBAXY LABORATORIES<br>LIMITED, SUN PHARMACEUTICAL<br>INDUSTRIES, INC., SUN<br>PHARMACEUTICAL INDUSTRIES LTD,<br>TEVA PHARMACEUTICALS USA, INC.,<br>TORRENT PHARMA INC. and TORRENT<br>PHARMACEUTICALS LIMITED,<br><br>            Defendants. | C.A. No. 07-572 (GMS) |

**STIPULATION AND ORDER REGARDING EXTENSION OF TIME FOR
DEFENDANTS RANBAXY LABORATORIES LIMITED
AND RANBAXY INC. TO FILE THEIR ANSWER**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the Plaintiffs, and counsel for Defendants Ranbaxy Inc. and Ranbaxy Laboratories Limited (collectively, "Ranbaxy"), subject to the approval of the Court, that the time for Ranbaxy to answer, move or otherwise respond to Plaintiffs' complaint shall be extended through and including January 7, 2008. The stipulation is for a four-week extension, and is made to permit Plaintiffs and Ranbaxy to continue discussions toward resolving their dispute.

| | |
|---|---|
| /s/ Jack B. Blumenfeld | [signature] |
| Jack B. Blumenfeld (#1014) | Frederick L. Cottrell III (#2555) |
| jbbefiling@mnat.com | cottrell@rlf.com |
| Maryellen Noreika (#3208) | Jameson A.L. Tweedie (#4927) |
| mnoreika@mnat.com | tweedie@rlf.com |
| James W. Parrett (#4292) | RICHARDS, LAYTON & FINGER |
| jparrett@mnat.com | One Rodney Square |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | 920 N. King Street |
| 1201 North Market Street | Wilmington, DE 19899 |
| P.O. Box 1347 | Tel: (302) 651-7700 |
| Wilmington, DE 19899-1347 | |
| | Attorneys for Defendants, |
| Attorneys for Plaintiffs, | *Ranbaxy Laboratories Limited and* |
| *sanofi-aventis and sanofi-aventis U.S. LLC* | *Ranbaxy Inc.* |

SO ORDERED this _____ day of December, 2007.

_____
United States District Judge