IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SANOFI-AVENTIS and
SANOFI-AVENTIS U.S. LLC,

Plaintiffs,

vs.

ACTAVIS SOUTH ATLANTIC LLC, AUROBINDO PHARMA LTD., AUROBINDO PHARMA USA INC., MYLAN PHARMACEUTICALS INC., PAR PHARMACEUTICAL, INC., RANBAXY INC., RANBAXY LABORATORIES LIMITED, SUN PHARMACEUTICAL INDUSTRIES, INC., SUN PHARMACEUTICAL INDUSTRIES LTD, TEVA PHARMACEUTICALS USA, INC., TORRENT PHARMA INC. and TORRENT PHARMACEUTICALS LIMITED,

Defendants.

C.A. No. 07-572 (GMS)

**DECLARATION OF MAILING**

James W. Parrett, Jr. declares as follows:

1. I am an associate at the law firm of Morris, Nichols, Arsht & Tunnell LLP, counsel to plaintiffs in this action.

2. Defendant Torrent Pharmaceuticals Limited ("Torrent Ltd.") is an Indian corporation having a place of business at Torrent House, Off Ashram Road, Ahmedabad - 380 009, Gujarat, India.

3. The Summons and Complaint in this action were served on defendant Torrent Ltd. on September 24, 2007, pursuant to 10 *Del. C.* § 3104, by hand delivery to the

Delaware Secretary of State, together with the statutory fee of $2.00. A copy of the Summons, showing the service on the Secretary of State, was filed with the Court on September 25, 2007.

4. On September 25, 2007, copies of the Summons and Complaint were sent by registered mail to Torrent Ltd., Torrent House, Off Ashram Road, Ahmedabad - 380 009, Gujarat, India, together with a notice stating that the service of the originals of such process had been made upon the Delaware Secretary of State, and that under 10 *Del. C.* § 3104, such service is as effectual to all intents and purposes as if it had been made upon Torrent Ltd. personally within this state. *See* Exhibit A.

5. The registered mail return receipt that I received on December 10, 2007, shows that Torrent Ltd. received and accepted the Summons, Complaint and notice. *See* Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ James W. Parrett, Jr.*

James W. Parrett, Jr. (#4292)

**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

Mary B. Matterer
MORRIS JAMES LLP

Andre G. Bouchard, Esquire
Dominick T. Gattuso, Esquire
BOUCHARD, MARGULES & FRIEDLANDER, P.A.

Francis J. Murphy, Esquire
MURPHY & LANDON

Richard L. Horwitz, Esquire
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP

Frederick L. Corrtell, II, Esquire
Jameson A.L. Tweedie, Esquire
RICHARDS, LAYTON & FINGER, P.A.

Josy W. Ingersoll, Esquire
John W. Shaw, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP

Philip A. Rovner, Esquire
POTTER ANDERSON & CORROON LLP

I further certify that I caused to be served copies of the foregoing document on December 19, 2007 upon the following in the manner indicated:

Mary B. Matterer, Esquire *VIA ELECTRONIC MAIL*
MORRIS JAMES LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801
*Counsel for Aurobindo Pharma LTD and Aurobindo Pharma USA Inc.*

Christine J. Siwik, Esquire
Paul J. Molino, Esquire
Deanne M. Mazzochi, Esquire
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street
Suite 500
Chicago, IL 60610
*Counsel for Aurobindo Pharma LTD and Aurobindo Pharma USA Inc.*

*VIA ELECTRONIC MAIL*

Richard L. Horwitz, Esquire
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza – 6th Floor
1313 North Market Street
Wilmington, DE 19801
*Counsel for Mylan Pharmaceuticals Inc.*

*VIA ELECTRONIC MAIL*

Timothy H. Kratz, Esquire
Robert J. Waddell Jr., Esquire
Robert L. Florence, Esquire
MCGUIRE WOODS LLP
1170 Peachtree Street
Suite 2100
Atlanta, GA 30309
*Counsel for Mylan Pharmaceuticals Inc.*

*VIA ELECTRONIC MAIL*

Lynn E. Eccleston, Esquire
MCGUIRE WOODS LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA 22102-4215
*Counsel for Mylan Pharmaceuticals Inc.*

*VIA ELECTRONIC MAIL*

Francis J. Murphy, Esquire
MURPHY & LANDON
1011 Centre Road
Suite 210
Wilmington, DE 19805
*Counsel for Torrent Pharma Inc. and Torrent Pharmaceuticals Ltd.*

*VIA ELECTRONIC MAIL*

Keith D. Parr, Esquire
Kevin M. Nelson, Esquire
David B. Abramowitz, Esquire
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, IL 60606
*Counsel for Torrent Pharma Inc. and Torrent Pharmaceuticals Ltd.*

*VIA ELECTRONIC MAIL*

Robert B. Breisblatt, Esquire
Steven E. Feldman, Esquire
Sherry L. Rollo, Esquire
WELSH & KATZ LTD.
120 S. Riverside Plaza
22nd Floor
Chicago, IL 60606
*Counsel for Sun Pharmaceutical Industries, Inc. and Sun Pharmaceuticals Industries, Ltd.*

*VIA ELECTRONIC MAIL*

Josy W. Ingersoll, Esquire
John W. Shaw, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street
17th Floor
Wilmington, DE 19801
*Counsel for Teva Pharmaceuticals USA, Inc.*

*VIA ELECTRONIC MAIL*

Christopher J. Sorenson, Esquire
MERCHANT & GOULD
An Intellectual Property Law Firm
80 South 8th Street
3200 IDS Center
Minneapolis, MN 55402
*Counsel for Teva Pharmaceuticals USA, Inc.*

*VIA ELECTRONIC MAIL*

Andre G. Bouchard, Esquire
Dominick T. Gattuso, Esquire
BOUCHARD, MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801
*Counsel for Actavis South Atlantic LLC and Par Pharmaceutical, Inc.*

*VIA ELECTRONIC MAIL*

John Will Ongman, Esquire
Sanjay B. Sitlani, Esquire
AXINN, VELTROP & HARKRIDER LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
*Counsel for Actavis South Atlantic LLC and Par Pharmaceutical, Inc.*

*VIA ELECTRONIC MAIL*

Chad A. Landmon, Esquire
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103-3702
*Counsel for Actavis South Atlantic LLC and Par Pharmaceutical, Inc.*

*VIA ELECTRONIC MAIL*

Frederick L. Cottrell, III, Esquire
Jameson A.L. Tweedie, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
*Counsel for Ranbaxy Inc. and Ranbaxy Laboratories Limited*

*VIA ELECTORNIC MAIL*

Darrell L. Olson, Esquire
William R. Zimmerman, Esquire
KNOBBE, MARTENS, OLSON & BEAR
2040 Main Street
14th Floor
Irvine, CA 29614
*Counsel for Ranbaxy Inc. and Ranbaxy Laboratories Limited*

*VIA ELECTRONIC MAIL*

Philip A. Rovner, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE 19801
*Counsel for Sun Pharmaceutical Industries, Inc. and Sun Pharmaceutical Industries Ltd.*

*VIA ELECTRONIC MAIL*

Eric C. Cohen, Esquire
Manotti L. Jenkins, Esquire
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661-3693
*Counsel for Sun Pharmaceutical Industries, Inc. and Sun Pharmaceutical Industries Ltd.*

*VIA ELECTRONIC MAIL*

*/s/ James W. Parrett, Jr.*

James W. Parrett, Jr. (#4292)

# EXHIBIT A

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

JAMES W. PARRETT, JR.
302 351 9678
302 425 3083 FAX
jparrett@mnat.com

September 25, 2007

**REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

Torrent Pharmaceuticals Limited
Torrent House
Off Ashram Road
Ahmedabad 380 009
Gujarat, India

Re: Service of Process
*sanofi-aventis and sanofi-aventis U.S. LLC v. Actavis South Atlantic LLC, Aurobindo Pharma Ltd., Aurobindo Pharma USA Inc., Mylan Pharmaceuticals Inc., Par Pharmaceutical, Inc., Ranbaxy Inc., Ranbaxy Laboratories Limited, Sun Pharmaceutical Industries, Inc., Sun Pharmaceutical Industries Ltd, Teva Pharmaceuticals USA, Inc., Torrent Pharma Inc. and Torrent Pharmaceuticals Limited*
C.A. No. 07-572

To whom it may concern:

Enclosed are copies of the Summons, Complaint for Patent Infringement against Torrent Pharmaceuticals Limited, Notice of Availability of a United States Magistrate Judge and Plaintiffs' Fed. R. Civ. P. 7.1 Statement in this action, which were served on the Delaware Secretary of State on September 24, 2007, pursuant to 10 *Del. C* § 3104(d). Under 10 *Del. C.* § 3104(d), such service is as effectual for all intents and purposes as if it had been made upon Torrent Pharmaceuticals Limited personally within the State of Delaware.

Sincerely,

James W. Parrett, Jr.

JWP/dlb
Enclosures

Registered No. RA 614 328680 US

Date Stamp

To Be Completed By Post Office

| Reg. Fee $ 9.50 | Special Delivery $ |
|---|---|
| Handling Charge $ | Return Receipt $ 2.15 |
| Postage $ 7.20 | Restricted Delivery $ |
| Received by | |

Customer Must Declare Full Value $ 18.85

With Postal Insurance
[X] Without Postal Insurance

WILMINGTON DE ... OCT 25 2007

Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse)

To Be Completed By Customer (Please Print) All Entries Must Be In Ballpoint or Typed

FROM: James W Parrett Jr., Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington DE 19801

TO: Torrent Pharm. Limited
Torrent House - Off Ashram Rd
Ahmedabad 380 009
Gujarat, India

PS Form 3806, June 2000

**Receipt for Registered Mail**

(Customer Copy) (See Information on Reverse)

# EXHIBIT B

Completed by the office of origin (A remplir par le bureau d'origine)

| Item Description (Nature de l'envoi) | Registered Article (Envoi recommandé) | Letter (Lettre) | Printed Matter (Imprimé) | Other (Autre) | Recorded Delivery (Envoi à livraison attestée) | Express Mail International |
|---|---|---|---|---|---|---|

| Insured Parcel (Colis avec valeur déclarée) | Insured Value (Valeur déclarée) | Article Number: RA 114 598 680 US |
|---|---|---|
| Office of Mailing (Bureau de dépôt) | | Date of Posting (Date de dépôt) |

Addressee Name or Firm (Nom ou raison sociale du destinataire): Torrent Pharmaceuticals Limited

Street and No. (Rue et No.): Torrent House Off Ashram Road Ahmedabad

Place and Country (Localité et pays): Gujarat India PTO 380-009

Completed at destination (A compléter à destination)

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à l'expéditeur.)

Postmark of the office of destination (Timbre du bureau de destination)

☐ The article mentioned above was duly delivered. (L'envoi mentionné ci-dessus a été dûment livré.)

Date

Signature of Addressee (Signature du destinataire)

Office of Destination Employee Signature (Signature de l'agent du bureau de destination)

PS Form **2865**, February 1997 (Reverse)



UNITED STATES POSTAL SERVICE

Return Receipt for International Mail

(Registered, Insured, Recorded Delivery, Express Mail)

Par Avion

The sender completes and indicates the address for the return of this receipt. (A remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis.)

Name or Firm (Nom ou raison sociale)

Localité et code postal

RECEIVED

UNITED STATES OF AMERICA

Etats-Unis d'Amérique

CN07 (Old C5)

PS Form 2865, February 1997

Avis de réception