IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Sanofi-Aventis and Sanofi-Aventis U.S. LLC, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C. A. No. 07-572 |
| ) | |
| Actavis South Atlantic LLC, Aurobindo Pharma ) | |
| Ltd., Aurobindo Pharma USA Inc., mylan ) | |
| Pharmaceuticals Inc., Par Pharmaceutical, Inc., ) | |
| Ranbaxy Inc., Ranbaxy Laboratories Limited, Sun ) | |
| Pharmaceutical Industries, Inc., Sun Pharmaceutical ) | |
| Industries Ltd., Teva Pharmaceuticals USA, Inc., ) | |
| Torrent Pharma Inc. and Torrent Pharmaceuticals ) | |
| Limited ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

**PLEASE TAKE NOTICE** that Jameson A.L. Tweedie of Richards, Layton & Finger, P.A. hereby withdraws his appearance in this action on behalf of Defendants Ranbaxy Laboratories Limited and Ranbaxy Inc. Counsel from Knobbe, Martens, Olson & Bear and Richards, Layton & Finger, P.A. continue to represent defendants Ranbaxy Laboratories Limited and Ranbaxy Inc.

Of Counsel:

Darrell L. Olson
William R. Zimmerman
Knobbe, Martens, Olson 7 Bear
2040 Main Street, 14th Floor
Irvine, CA 92614

Dated: December 21, 2007

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Jameson A.L. Tweedie (#4927)
tweedie@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
Attorneys for Defendants Ranbaxy Laboratories Limited and Ranbaxy Inc.

RLF1-3237174-1

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

**BY HAND**

Jack B. Blumenfeld
James W. Parrett, Jr.
Morris Nichols Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899

Richard L. Horwitz
Potter Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P. O. Box 951
Wilmington, DE 19899-0951

Mary Matterer
Morris James LLP
500 Delaware Avenue, Suite 1500
P. O. Box 2306
Wilmington, DE 19899-2306

Francis J. Murphy, Jr.
Murphy, Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805

_____
Jameson A.L. Tweedie (#4927)
tweedie@rlf.com