# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANOFI-AVENTIS and SANOFI-AVENTIS U.S. LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ACTAVIS SOUTH ATLANTIC LLC, AUROBINDO PHARMA LTD., AUROBINDO PHARMA USA INC., MYLAN PHARMACEUTICALS INC., PAR PHARMACEUTICAL, INC., RANBAXY INC., RANBAXY LABORATORIES LIMITED, SUN PHARMACEUTICAL INDUSTRIES, INC., SUN PHARMACEUTICAL INDUSTRIES, LTD., TEVA PHARMACEUTICALS USA, INC., TORRENT PHARMA INC. and TORRENT PHARMACEUTICALS LIMITED<br><br>Defendants. | C.A. No. 1:07-cv-00572-GMS |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that the appearance of Dominick T. Gattuso, Esquire (Delaware Bar ID No. 3630) on behalf of defendant, Actavis South Atlantic LLC, is hereby withdrawn. The appearance of David J. Margules (Delaware Bar ID No. 2254) is hereby entered in substitution. The admissions *pro hac vice* for the defendant are unchanged.

{BMF-W0074511.}

/s/ David J. Margules
Andre G. Bouchard (No. 2504)
David J. Margules (No. 2254)
BOUCHARD, MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Telephone: (302) 573-3500
abouchard@bmf-law.com
dgattuso@bmf-law.com
*Attorneys for Defendant*
*Actavis South Atlantic LLC*

OF COUNSEL:

John Will Ongman
Sanjay B. Sitlani
AXINN, VELTROP &
 HARKRIDER LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 912-4700

Chad A. Landmon
AXINN, VELTROP &
 HARKRIDER LLP
90 State House Square
Hartford, CT 06103-3702
(860) 275-8100

*Attorneys for Defendant*
*Actavis South Atlantic LLC*

Dated: December 27, 2007

**CERTIFICATE OF SERVICE**

I, David J. Margules, hereby certify that on December 27, 2007, I caused to be electronically filed a true and correct copy of the First Amended Answer and Counterclaims with the Clerk of the Court using CM/ECF that will send notification of such filing to the following counsel of record:

    Jack. B. Blumenfeld, Esquire
    Maryellen Noreika, Esquire
    James W. Parrett, Jr., Esquire
    MORRIS, NICHOLS, ARSHT AND TUNNELL LLP

    Mary B. Matterer, Esquire
    MORRIS JAMES LLP

    Richard L. Horwitz, Esquire
    David E. Moore, Esquire
    POTTER, ANDERSON & CORROON LLP

    Phillip A. Rovner, Esquire
    POTTER, ANDERSON & CORROON LLP

    Francis J. Murphy, Jr., Esquire
    MURPHY, SPADARO & LANDON

    Josy W. Ingersoll, Esquire
    John W. Shaw, Esquire
    YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

    Frederick L. Cortell, II, Esquire
    Jameson A.L. Tweedie, Esquire
    RICHARDS, LAYTON & FINGER, P.A.

I further certify that on December 27, 2007, I caused copies of the foregoing document to be served by e-mail on the following.

Christine J. Siwik, Esquire
Paul J. Molino, Esquire
Deanne M. Mazzochi, Esquire
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60610
*Counsel for Aurobindo Pharma USA Inc.*

Mary B. Matterer, Esquire
MORRIS JAMES LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801
*Counsel for Aurobindo Pharma USA Inc.*

Christopher J. Sorenson, Esquire
MERCHANT & GOULD
An Intellectual Property Law Firm
80 South 8th Street
3200 IDS Center
Minneapolis, MN 55402
*Counsel for Teva Pharmaceuticals USA, Inc.*

Josy W. Ingersoll, Esquire
John W. Shaw, Esquire
The Brandywine Building
1000 West Street
17th Floor
Wilmington, DE 19801
YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
*Counsel for Teva Pharmaceuticals USA, Inc.*

John Will Ongman, Esquire
Sanjay B. Sitlani, Esquire
AXINN, VELTROP & HARKRIDER LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
*Counsel for Actavis South Atlantic LLC and Par Pharmaceutical, Inc.*

Chad A. Landmon, Esquire
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103-3702
*Counsel for Actavis South Atlantic LLC and Par Pharmaceutical, Inc.*

Timothy H. Kratz, Esquire
Robert J. Waddell Jr., Esquire
Robert L. Florence, Esquire
MCGUIRE WOODS LLP
1170 Peachtree Street, Suite 2100
Atlanta, GA 30309
*Counsel for Mylan Pharmaceuticals Inc.*

Richard L. Horwitz, Esquire
David E. Moore, Esquire
POTTER, ANDERSON & CORROON LLP
Hercules Plaza
1313 North Market St.
Wilmington, DE 19801
*Counsel for Mylan Pharmaceuticals Inc.*

Lynn E. Eccleston, Esquire
MCGUIRE WOODS LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA 22102-4215
*Counsel for Mylan Pharmaceuticals Inc.*

| | |
|---|---|
| Keith D. Parr, Esquire<br>Kevin M. Nelson, Esquire<br>David B. Abramowitz, Esquire<br>LOCKE LORD BISSELL & LIDDELL LLP<br>111 South Wacker Drive,<br>Chicago, IL 60606<br>*Counsel for Torrent Pharma Inc. and Torrent Pharmaceuticals, Ltd.* | Francis J. Murphy, Jr., Esquire<br>MURPHY, SPADARO & LANDON<br>1011 Centre Road, Suite 210<br>Wilmington, DE 19805<br>*Counsel for Torrent Pharma Inc. and Torrent Pharmaceuticals, Ltd.* |
| Robert B. Breisblatt, Esquire<br>Steven E. Feldman, Esquire<br>Sherry L. Rollo, Esquire<br>WELSH & KATZ LTD.<br>120 S. Riverside Plaza, 22$_{nd}$ Floor<br>Chicago, IL 60606<br>*Counsel for Sun Pharmaceutical Industries, Inc. and Sun Pharmaceuticals Industries, Ltd.* | Phillip A. Rovner, Esquire<br>POTTER, ANDERSON & CORROON LLP<br>Hercules Plaza<br>1313 North Market St.<br>Wilmington, DE 19801<br>*Counsel for Sun Pharmaceutical Industries, Inc. and Sun Pharmaceuticals Industries, Ltd.* |
| Darrell L. Olson, Esquire<br>William R. Zimmerman, Esquire<br>KNOBBE, MARTENS, OLSON & BEAR<br>2040 Main Street, 14th Floor<br>Irvine, CA 29614<br>*Counsel for Ranbaxy, Inc. and Ranbaxy Laboratories Limited.* | Frederick L. Cortell, II, Esquire<br>Jameson A.L. Tweedie, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>*Counsel for Ranbaxy, Inc. and Ranbaxy Laboratories Limited.* |
| John Desmarais, Esquire<br>Gerald J. Flattmann, Jr., Esquire<br>William T. Vuk, Esquire<br>KIRKLAND & ELLIS LLP<br>Citigroup Center<br>153 E. 53rd Street<br>New York, NY 10022<br>*Counsel for sanofi-aventis and sanofi-aventis U.S. LLC* | |

5

{BMF-W0074511.}

/s/ David J. Margules
Andre G. Bouchard (No. 2504)
David J. Margules (No. 2254)
BOUCHARD, MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Telephone: (302) 573-3500
abouchard@bmf-law.com
dgattuso@bmf-law.com
*Attorneys for Defendant*
*Actavis South Atlantic LLC*

6

{BMF-W0074511.}