**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SANOFI-AVENTIS, et al., : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> ACTAVIS SOUTH ATLANTIC LLC, et al., : <br> : <br> Defendants. : | CIVIL ACTION NO. 07-572 GMS |

**NOTICE OF SERVICE**

Please take notice that on the 21st day of December 2007, copies of the following documents, **(1) AUROBINDO PHARMA LTD.'S AND AUROBINDO PHARMA USA INC.'S FIRST SET OF INTERROGATORIES and (2) AUROBINDO PHARMA LTD.'S AND AUROBINDO PHARMA USA INC.'S FIRST SET OF DOCUMENT REQUESTS**, were served on counsel as indicated:

**VIA EMAIL & FEDERAL EXPRESS**
Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801
jblumenfeld@mnat.com

**VIA EMAIL & FEDERAL EXPRESS**
Gerald J. Flattmann, Jr.
Kirkland & Ellis
Citigroup Center
153 E. 53rd Street
New York, NY 10022
gflattmann@kirkland.com

**VIA EMAIL**
Maryellen Noreika
James W. Parrett, Jr.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801
mnoreika@mnat.com
jparrett@mnat.com

**VIA EMAIL**
John Desmarais
William T. Vuk
Alexis Gorton
Kathryn Mary Liberatore
Kirkland & Ellis
153 E. 53rd Street
New York, NY 10022
jdesmarais@kirkland.com
wvuk@kirkland.com
agorton@kirkland.com
kliberatore@kirkland.com

**VIA EMAIL**
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com

**VIA EMAIL**
Timothy H. Kratz
Robert J. Waddell, Jr.
Robert L. Florence
McGuireWoods LLP
1170 Peachtree Street, Suite 2100
Atlanta, GA 30309
tkratz@mcguirewoods.com
rwaddell@mcguirewoods.com
rflorence@mcguire woods.com

Lynn E. Eccleston
McGuireWoods LLP
1750 Tysons Boulevard, Suite 1800
McLean, VA 22102-4215
leccleston@mcguirewoods.com

Francis J. Murphy
Murphy & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805
fmurphy@msllaw.com

Keith D. Parr
Kevin M. Nelson
David B. Abramowitz
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive
Chicago, IL 60606
kparr@lockelord.com
knelson@lockelord.com
dabramowitz@lockelord.com

Dominick T. Gattuso
Bouchard, Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
dgattuso@bmf-law.com

John Will Ongman
Jay B. Sitlani
Axinn, Veltrop & Harkrider LLP
1330 Connecticut Avenue, NW
Washington, D.C. 20036
jwo@avhlaw.com
jbs@avhlaw.com

Chad A. Landmon
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT 06103-3702
cal@avhlaw.com

Frederick L. Cottrell, III
Jameson A.L. Tweedie
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
cottrell@rlf.com
tweedie@rlf.com

Darrell L. Olson
William R. Zimmerman
Knobbe, Martens, Olson & Bear
2040 Main Street, 14th Floor
Irvine, CA 92614
dolson@kmob.com
bzimmerman@kmob.com

2

<table>
<tr><td>

**VIA EMAIL**
John W. Shaw
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
jshaw@ycst.com

</td><td>

**VIA EMAIL**
Mark D. Schuman
Christopher J. Sorenson
Samuel T. Lockner
Merchant & Gould LLC
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
mschuman@merchantgould.com
csorenson@merchantgould.com
slockner@merchantgould.com

</td></tr>
</table>

Philip A. Rovner
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
provner@potteranderson.com

Eric C. Cohen
Manotti L. Jenkins
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661-3693
eric.cohen@kattenlaw.com
manotti.jenkins@kattenlaw.com

Dated: December 27, 2007

By: _____ */s/ Mary B. Matterer* _____
    Mary B. Matterer (I.D. No. 2696)
    MORRIS JAMES LLP
    500 Delaware Ave., Ste. 1500
    Wilmington, DE 19801
    Telephone: (302) 888-6800
    mmatterer@morrisjames.com

Of Counsel (*pro hac vice*):
William A. Rakoczy
Christine J. Siwik
Paul J. Molino
Theodore J. Chiacchio
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60610
Telephone: (312) 527-2157

*Attorneys for Defendants*
*AUROBINDO PHARMA LTD. and*
*AUROBINDO PHARMA USA INC.*