# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SANOFI-AVENTIS and<br>SANOFI-AVENTIS U.S. LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>ACTAVIS SOUTH ATLANTIC LLC,<br>AUROBINDO PHARMA LTD.,<br>AURBINDO PHARMA USA INC., MYLAN<br>PHARMACEUTICALS INC., PAR<br>PHARMACEUTICAL, INC., RANBAXY<br>INC., RANBAXY LABORATORIES<br>LIMITED, SUN PHARMACEUTICAL<br>INDUSTRIES, INC., SUN<br>PHARMACEUTICAL INDUSTRIES LTD.,<br>TEVA PHARMACEUTICALS USA, INC.,<br>TORRENT PHARMA INC., and TORRENT<br>PHARMACEUTICALS LIMITED,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 07-572 (GMS) |

## DEFENDANTS RANBAXY LABORATORIES LIMITED AND RANBAXY INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants/ Counterclaimants Ranbaxy Laboratories Limited and Ranbaxy Inc. submit the following Corporate Disclosure Statement:

1. Ranbaxy Laboratories Limited is a publicly held entity. Its shares are listed on the Stock Exchanges in India, viz. National Stock Exchange and The Stock Exchange, Mumbai. Its Global Depository shares are listed on the Luxembourg Stock Exchange. It does not have a parent corporation. No publicly held corporation owns 10 percent or more of Ranbaxy Laboratories Limited's stock.

2.    Ranbaxy Inc. is a wholly-owned subsidiary of Ranbaxy Holdings (UK) Limited, which is a wholly-owned subsidiary of Ranbaxy (Netherlands) B.V., which is a wholly-owned subsidiary of Ranbaxy Laboratories Limited.    No other publicly held corporation owns 10 percent or more of Ranbaxy Inc.'s stock.

*Of Counsel*:
Darrell L. Olson
William R. Zimmerman
KNOBBE MARTENS OLSON & BEAR LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Tel: (949) 760-0404

Frederick L. Cottrell III (#2555)
cottrell@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Tel: (302) 651-7700

Attorney for Defendants,
*Ranbaxy Laboratories Limited and
Ranbaxy Inc.*

Dated: January 7, 2008

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2008, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

**BY HAND**

Jack B. Blumenfeld
James W. Parrett, Jr.
Maryellen Noreika
Morris Nichols Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE   19899

David J. Margules
Dominick T. Gattuso
Bouchard, Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE   19801

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P. O. Box 951
Wilmington, DE   19899-0951

Mary Matterer
Morris James LLP
500 Delaware Avenue, Suite 1500
P. O. Box 2306
Wilmington, DE   19899-2306

Francis J. Murphy, Jr.
Murphy, Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE   19805

Philip A. Rovner
Potter Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P. O. Box 951
Wilmington, DE   19899-0951

John W. Shaw
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE   19899-0391

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com