IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SANOFI-AVENTIS and                          )
SANOFI-AVENTIS U.S. LLC,                     )
                                             )
                    Plaintiffs,              )
           v.                                )        C.A. No. 07-572 (GMS)
                                             )
ACTAVIS SOUTH ATLANTIC LLC,                  )
AUROBINDO PHARMA LTD.,                        )
AUROBINDO PHARMA USA INC.,                    )
MYLAN PHARMACEUTICALS INC., PAR              )
PHARMACEUTICAL, INC., RANBAXY                )
INC., RANBAXY LABORATORIES                   )
LIMITED, SUN PHARMACEUTICAL                  )
INDUSTRIES, INC., SUN                         )
PHARMACEUTICAL INDUSTRIES LTD,               )
TEVA PHARMACEUTICALS USA, INC.,              )
TORRENT PHARMA INC. and TORRENT              )
PHARMACEUTICALS LIMITED,                     )
                                             )
                    Defendants.              )

**PLAINTIFFS' REPLY TO DEFENDANTS RANBAXY LABORATORIES
LIMITED AND RANBAXY INC.'S COUNTERCLAIMS**

Plaintiffs sanofi-aventis and sanofi-aventis U.S. LLC ("sanofi-aventis U.S."), for

their Reply to the numbered paragraphs of the Counterclaims of Defendants Ranbaxy

Laboratories Limited and Ranbaxy Inc.'s (collectively "Ranbaxy"), hereby state as follows:

112.   Admitted that Ranbaxy purports to state declaratory judgment

counterclaims that arise pursuant to 28 U.S.C. §§ 2201 and 2202 and the Patent Laws of the

United States.

113.   Admitted, upon information and belief.

114.   Admitted.

115.   Admitted.

116.   Admitted.

117.   Admitted.

118.   Plaintiffs do not contest venue in this Court for this Action.

119.   Admitted.

120.   Sanofi-aventis is without information to form a belief as to the truth or falsity of the allegations in Paragraph 120 of Ranbaxy's Counterclaims, and on that basis denies such allegations.

121.   Admitted.

122.   Denied.

123.   The allegations of Paragraph 123 of Ranbaxy's Counterclaims set forth legal conclusions and characterizations to which no response from sanofi-aventis is required.  To the extent a response is necessary, sanofi-aventis denies the allegations of Paragraph 123.

124.   Plaintiffs restate and incorporate by reference their responses to the allegations contained in Paragraphs 112-123 as though set forth specifically herein.

125.   Denied.

126.   Plaintiffs restate and incorporate by reference their responses to the allegations contained in Paragraphs 112-123 as though set forth specifically herein.

127.   Denied.

Wherefore, Plaintiffs deny that Ranbaxy is entitled to any relief, either as prayed for in its Counterclaims or otherwise.

Plaintiffs further deny each allegation contained in Ranbaxy's Counterclaims that was not specifically admitted, denied, or otherwise responded to in this Reply to Defendants Ranbaxy Laboratories Ltd. and Ranbaxy Inc.'s Counterclaims.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ James W. Parrett, Jr.*

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
James W. Parrett (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200

*Attorneys for Plaintiffs*
*sanofi-aventis and sanofi-aventis U.S. LLC*

OF COUNSEL

John Desmarais
Gerald J. Flattmann, Jr.
William T. Vuk
KIRKLAND & ELLIS, LLP
Citigroup Center
153 E. 53rd Street
New York, NY 10022
(212) 446-4800

January 7, 2008
1376822

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2008 I electronically filed the foregoing with

the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

Mary B. Matterer
MORRIS JAMES LLP

Andre G. Bouchard, Esquire
Dominick T. Gattuso, Esquire
BOUCHARD, MARGULES & FRIEDLANDER, P.A.

Francis J. Murphy, Esquire
MURPHY & LANDON

Richard L. Horwitz, Esquire
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP

Frederick L. Cottrell, II, Esquire
Jameson A.L. Tweedie, Esquire
RICHARDS, LAYTON & FINGER, P.A.

Josy W. Ingersoll, Esquire
John W. Shaw, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP

Philip A. Rovner, Esquire
POTTER ANDERSON & CORROON LLP

I further certify that I caused to be served copies of the foregoing document on

January 7, 2008 upon the following in the manner indicated:

Mary B. Matterer, Esquire                                    *VIA ELECTRONIC MAIL*
MORRIS JAMES LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE  19801
*Counsel for Aurobindo Pharma LTD and*
*Aurobindo Pharma USA Inc.*

Christine J. Siwik, Esquire                                    *VIA ELECTRONIC MAIL*
Paul J. Molino, Esquire
Deanne M. Mazzochi, Esquire
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street
Suite 500
Chicago, IL  60610
*Counsel for Aurobindo Pharma LTD and*
*Aurobindo Pharma USA Inc.*

Richard L. Horwitz, Esquire                                   *VIA ELECTRONIC MAIL*
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza – 6th Floor
1313 North Market Street
Wilmington, DE  19801
*Counsel for Mylan Pharmaceuticals Inc.*

Timothy H. Kratz, Esquire                                     *VIA ELECTRONIC MAIL*
Robert J. Waddell Jr., Esquire
Robert L. Florence, Esquire
MCGUIRE WOODS LLP
1170 Peachtree Street
Suite 2100
Atlanta, GA  30309
*Counsel for Mylan Pharmaceuticals Inc.*

Lynn E. Eccleston, Esquire                                    *VIA ELECTRONIC MAIL*
MCGUIRE WOODS LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA  22102-4215
*Counsel for Mylan Pharmaceuticals Inc.*

Francis J. Murphy, Esquire                                    *VIA ELECTRONIC MAIL*
MURPHY & LANDON
1011 Centre Road
Suite 210
Wilmington, DE  19805
*Counsel for Torrent Pharma Inc. and Torrent*
*Pharmaceuticals Ltd.*

Keith D. Parr, Esquire                                    *VIA ELECTRONIC MAIL*
Kevin M. Nelson, Esquire
David B. Abramowitz, Esquire
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, IL  60606
*Counsel for Torrent Pharma Inc. and Torrent
Pharmaceuticals Ltd.*

Robert B. Breisblatt, Esquire                             *VIA ELECTRONIC MAIL*
Steven E. Feldman, Esquire
Sherry L. Rollo, Esquire
WELSH & KATZ LTD.
120 S. Riverside Plaza
22nd Floor
Chicago, IL  60606
*Counsel for Sun Pharmaceutical Industries,
Inc. and Sun Pharmaceuticals Industries, Ltd.*

Josy W. Ingersoll, Esquire                                *VIA ELECTRONIC MAIL*
John W. Shaw, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street
17th Floor
Wilmington, DE  19801
*Counsel for Teva Pharmaceuticals USA, Inc.*

Christopher J. Sorenson, Esquire                          *VIA ELECTRONIC MAIL*
MERCHANT & GOULD
An Intellectual Property Law Firm
80 South 8th Street
3200 IDS Center
Minneapolis, MN  55402
*Counsel for Teva Pharmaceuticals USA, Inc.*

Andre G. Bouchard, Esquire                                *VIA ELECTRONIC MAIL*
Dominick T. Gattuso, Esquire
BOUCHARD, MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue
Suite 1400
Wilmington, DE  19801
*Counsel for Actavis South Atlantic LLC and
Par Pharmaceutical, Inc.*

John Will Ongman, Esquire                                           *VIA ELECTRONIC MAIL*
Sanjay B. Sitlani, Esquire
AXINN, VELTROP & HARKRIDER LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
*Counsel for Actavis South Atlantic LLC and*
*Par Pharmaceutical, Inc.*

Chad A. Landmon, Esquire                                            *VIA ELECTRONIC MAIL*
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT  06103-3702
*Counsel for Actavis South Atlantic LLC and*
*Par Pharmaceutical, Inc.*

Frederick L. Cottrell, III, Esquire                                *VIA ELECTORNIC MAIL*
Jameson A.L. Tweedie, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
*Counsel for Ranbaxy Inc. and Ranbaxy*
*Laboratories Limited*

Darrell L. Olson, Esquire                                          *VIA ELECTRONIC MAIL*
William R. Zimmerman, Esquire
KNOBBE, MARTENS, OLSON & BEAR
2040 Main Street
14th Floor
Irvine, CA  29614
*Counsel for Ranbaxy Inc. and Ranbaxy*
*Laboratories Limited*

Philip A. Rovner, Esquire                                          *VIA ELECTRONIC MAIL*
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE  19801
*Counsel for Sun Pharmaceutical Industries,*
*Inc. and Sun Pharmaceutical Industries Ltd.*

Eric C. Cohen, Esquire                                      *VIA ELECTRONIC MAIL*
Manotti L. Jenkins, Esquire
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL  60661-3693
*Counsel for Sun Pharmaceutical Industries,*
*Inc. and Sun Pharmaceutical Industries Ltd.*


*/s/ James W. Parrett, Jr.*
_____
James W. Parrett, Jr. (#4292)