# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| SANOFI-AVENTIS and<br>SANOFI-AVENTIS U.S. LLC,<br><br>        Plaintiffs,<br><br>        v.<br><br>ACTAVIS SOUTH ATLANTIC LLC,<br>AUROBINDO PHARMA LTD.,<br>AUROBINDO PHARMA USA INC.,<br>MYLAN PHARMACEUTICALS INC.,<br>PAR PHARMACEUTICAL, INC.,<br>RANBAXY INC., RANBAXY<br>LABORATORIES LIMITED, SUN<br>PHARMACEUTICAL INDUSTRIES,<br>INC., SUN PHARMACEUTICAL<br>INDUSTRIES, LTD., TEVA<br>PHARMACEUTICALS USA, INC.,<br>TORRENT PHARMA INC. and<br>TORRENT PHARMACEUTICALS<br>LIMITED<br><br>        Defendants. | C.A. No. 1:07-cv-00572-GMS |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the appearance of Andre G. Bouchard, Esquire (Delaware Bar ID No. 2504) on behalf of defendant, Par Pharmaceutical, Inc., is hereby withdrawn. The admissions *pro hac vice* for the defendant are unchanged.

{BMF-W0078950.}

/s/ David J. Margules
David J. Margules (No. 2254)
BOUCHARD, MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Telephone: (302) 573-3500
dmargules@bmf-law.com
*Attorney for Defendant*
*Par Pharmaceutical, Inc.*

OF COUNSEL:

John Will Ongman
Sanjay B. Sitlani
AXINN, VELTROP &
 HARKRIDER LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 912-4700

Chad A. Landmon
AXINN, VELTROP &
 HARKRIDER LLP
90 State House Square
Hartford, CT 06103-3702
(860) 275-8100

*Attorneys for Defendant*
*Par Pharmaceutical, Inc.*

Dated: January 10, 2008

## CERTIFICATE OF SERVICE

I, David J. Margules, hereby certify that on January 10, 2008, I caused to be electronically filed a true and correct copy of the **Notice of Withdrawal of Counsel** with the Clerk of the Court using CM/ECF that will send notification of such filing to the following counsel of record:

Jack. B. Blumenfeld, Esquire
Maryellen Noreika, Esquire
James W. Parrett, Jr., Esquire
MORRIS, NICHOLS, ARSHT AND TUNNELL LLP

Mary B. Matterer, Esquire
MORRIS JAMES LLP

Richard L. Horwitz, Esquire
David E. Moore, Esquire
POTTER, ANDERSON & CORROON LLP

Phillip A. Rovner, Esquire
POTTER, ANDERSON & CORROON LLP

Francis J. Murphy, Jr., Esquire
MURPHY, SPADARO & LANDON

Josy W. Ingersoll, Esquire
John W. Shaw, Esquire
YOUNG, CONAWAY, STARGATT & TAYLOR , LLP

Frederick L. Cortell, II, Esquire
Jameson A.L. Tweedie, Esquire
RICHARDS, LAYTON & FINGER, P.A.

I further certify that on January 10, 2008, I caused copies of the foregoing document to be served by e-mail on the following.

{BMF-W0078950.}

| | |
|---|---|
| Christine J. Siwik, Esquire<br>Paul J. Molino, Esquire<br>Deanne M. Mazzochi, Esquire<br>RAKOCZY MOLINO MAZZOCHI SIWIK LLP<br>6 West Hubbard Street, Suite 500<br>Chicago, IL 60610<br>*Counsel for Aurobindo Pharma USA Inc.* | Mary B. Matterer, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue<br>Suite 1500<br>Wilmington, DE 19801<br>*Counsel for Aurobindo Pharma USA Inc.* |
| Christopher J. Sorenson, Esquire<br>MERCHANT & GOULD<br>An Intellectual Property Law Firm<br>80 South 8th Street<br>3200 IDS Center<br>Minneapolis, MN 55402<br>*Counsel for Teva Pharmaceuticals USA, Inc.* | Josy W. Ingersoll, Esquire<br>John W. Shaw, Esquire<br>The Brandywine Building<br>1000 West Street<br>17th Floor<br>Wilmington, DE 19801<br>YOUNG, CONAWAY, STARGATT & TAYLOR , LLP<br>*Counsel for Teva Pharmaceuticals USA, Inc.* |
| John Will Ongman, Esquire<br>Sanjay B. Sitlani, Esquire<br>AXINN, VELTROP & HARKRIDER LLP<br>1330 Connecticut Avenue, NW<br>Washington, DC 20036<br>*Counsel for Actavis South Atlantic LLC and Par Pharmaceutical, Inc.* | Chad A. Landmon, Esquire<br>AXINN, VELTROP & HARKRIDER LLP<br>90 State House Square<br>Hartford, CT 06103-3702<br>*Counsel for Actavis South Atlantic LLC and Par Pharmaceutical, Inc.* |
| Timothy H. Kratz, Esquire<br>Robert J. Waddell Jr., Esquire<br>Robert L. Florence, Esquire<br>MCGUIRE WOODS LLP<br>1170 Peachtree Street, Suite 2100<br>Atlanta, GA 30309<br>*Counsel for Mylan Pharmaceuticals Inc.* | Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>POTTER, ANDERSON & CORROON LLP<br>Hercules Plaza<br>1313 North Market St.<br>Wilmington, DE 19801<br>*Counsel for Mylan Pharmaceuticals Inc.* |
| Lynn E. Eccleston, Esquire<br>MCGUIRE WOODS LLP<br>1750 Tysons Boulevard<br>Suite 1800<br>McLean, VA 22102-4215<br>*Counsel for Mylan Pharmaceuticals Inc.* | |

| | |
|---|---|
| Keith D. Parr, Esquire<br>Kevin M. Nelson, Esquire<br>David B. Abramowitz, Esquire<br>LOCKE LORD BISSELL & LIDDELL LLP<br>111 South Wacker Drive,<br>Chicago, IL 60606<br>*Counsel for Torrent Pharma Inc. and Torrent Pharmaceuticals, Ltd.* | Francis J. Murphy, Jr., Esquire<br>MURPHY, SPADARO & LANDON<br>1011 Centre Road, Suite 210<br>Wilmington, DE 19805<br>*Counsel for Torrent Pharma Inc. and Torrent Pharmaceuticals, Ltd.* |
| Robert B. Breisblatt, Esquire<br>Steven E. Feldman, Esquire<br>Sherry L. Rollo, Esquire<br>WELSH & KATZ LTD.<br>120 S. Riverside Plaza, 22nd Floor<br>Chicago, IL 60606<br>*Counsel for Sun Pharmaceutical Industries, Inc. and Sun Pharmaceuticals Industries, Ltd.* | Phillip A. Rovner, Esquire<br>POTTER, ANDERSON & CORROON LLP<br>Hercules Plaza<br>1313 North Market St.<br>Wilmington, DE 19801<br>*Counsel for Sun Pharmaceutical Industries, Inc. and Sun Pharmaceuticals Industries, Ltd.* |
| Darrell L. Olson, Esquire<br>William R. Zimmerman, Esquire<br>KNOBBE, MARTENS, OLSON & BEAR<br>2040 Main Street, 14th Floor<br>Irvine, CA 29614<br>*Counsel for Ranbaxy, Inc. and Ranbaxy Laboratories Limited.* | Frederick L. Cortell, II, Esquire<br>Jameson A.L. Tweedie, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>*Counsel for Ranbaxy, Inc. and Ranbaxy Laboratories Limited.* |
| John Desmarais, Esquire<br>Gerald J. Flattmann, Jr., Esquire<br>William T. Vuk, Esquire<br>KIRKLAND & ELLIS LLP<br>Citigroup Center<br>153 E. 53rd Street<br>New York, NY 10022<br>*Counsel for sanofi-aventis and sanofi-aventis U.S. LLC* | |

3

{BMF-W0078950.}

        /s/ David J. Margules
David J. Margules (No. 2254)
BOUCHARD, MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Telephone: (302) 573-3500
dmargules@bmf-law.com
*Attorney for Defendant*
*Par Pharmaceutical, Inc.*