# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANOFI-AVENTIS and SANOFI-AVENTIS U.S. LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ACTAVIS SOUTH ATLANTIC LLC, AUROBINDO PHARMA LTD., AUROBINDO PHARMA USA INC., MYLAN PHARMACEUTICALS INC., PAR PHARMACEUTICAL, INC., RANBAXY INC., RANBAXY LABORATORIES LIMITED, SUN PHARMACEUTICAL INDUSTRIES, INC., SUN PHARMACEUTICAL INDUSTRIES, LTD., TEVA PHARMACEUTICALS USA, INC., TORRENT PHARMA INC. and TORRENT PHARMACEUTICALS LIMITED <br><br> Defendants. | C.A. No. 1:07-cv-00572-GMS |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the appearance of Andre G. Bouchard, Esquire (Delaware Bar ID No. 2504) on behalf of defendant, Actavis South Atlantic LLC, is hereby withdrawn. The admissions *pro hac vice* for the defendant are unchanged.

{BMF-W0078948.}

        /s/ David J. Margules
        David J. Margules (No. 2254)
        BOUCHARD, MARGULES & FRIEDLANDER, P.A.
        222 Delaware Avenue, Suite 1400
        Wilmington, DE 19801
        Telephone: (302) 573-3500
        dmargules@bmf-law.com
        *Attorney for Defendant*
        *Actavis South Atlantic LLC*

OF COUNSEL:

John Will Ongman
Sanjay B. Sitlani
AXINN, VELTROP &
  HARKRIDER LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 912-4700

Chad A. Landmon
AXINN, VELTROP &
  HARKRIDER LLP
90 State House Square
Hartford, CT 06103-3702
(860) 275-8100

*Attorneys for Defendant*
*Actavis South Atlantic LLC*


Dated: January 10, 2008

2

# CERTIFICATE OF SERVICE

I, David J. Margules, hereby certify that on January 10, 2008, I caused to be electronically filed a true and correct copy of the **Notice of Withdrawal of Counsel** with the Clerk of the Court using CM/ECF that will send notification of such filing to the following counsel of record:

    Jack. B. Blumenfeld, Esquire
    Maryellen Noreika, Esquire
    James W. Parrett, Jr., Esquire
    MORRIS, NICHOLS, ARSHT AND TUNNELL LLP

    Mary B. Matterer, Esquire
    MORRIS JAMES LLP

    Richard L. Horwitz, Esquire
    David E. Moore, Esquire
    POTTER, ANDERSON & CORROON LLP

    Phillip A. Rovner, Esquire
    POTTER, ANDERSON & CORROON LLP

    Francis J. Murphy, Jr., Esquire
    MURPHY, SPADARO & LANDON

    Josy W. Ingersoll, Esquire
    John W. Shaw, Esquire
    YOUNG, CONAWAY, STARGATT & TAYLOR , LLP

    Frederick L. Cortell, II, Esquire
    Jameson A.L. Tweedie, Esquire
    RICHARDS, LAYTON & FINGER, P.A.

I further certify that on January 10, 2008, I caused copies of the foregoing document to be served by e-mail on the following.

| | |
|---|---|
| Christine J. Siwik, Esquire<br>Paul J. Molino, Esquire<br>Deanne M. Mazzochi, Esquire<br>RAKOCZY MOLINO MAZZOCHI SIWIK LLP<br>6 West Hubbard Street, Suite 500<br>Chicago, IL 60610<br>*Counsel for Aurobindo Pharma USA Inc.* | Mary B. Matterer, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue<br>Suite 1500<br>Wilmington, DE 19801<br>*Counsel for Aurobindo Pharma USA Inc.* |
| Christopher J. Sorenson, Esquire<br>MERCHANT & GOULD<br>An Intellectual Property Law Firm<br>80 South 8th Street<br>3200 IDS Center<br>Minneapolis, MN 55402<br>*Counsel for Teva Pharmaceuticals USA, Inc.* | Josy W. Ingersoll, Esquire<br>John W. Shaw, Esquire<br>The Brandywine Building<br>1000 West Street<br>17th Floor<br>Wilmington, DE 19801<br>YOUNG, CONAWAY, STARGATT & TAYLOR , LLP<br>*Counsel for Teva Pharmaceuticals USA, Inc.* |
| John Will Ongman, Esquire<br>Sanjay B. Sitlani, Esquire<br>AXINN, VELTROP & HARKRIDER LLP<br>1330 Connecticut Avenue, NW<br>Washington, DC 20036<br>*Counsel for Actavis South Atlantic LLC and Par Pharmaceutical, Inc.* | Chad A. Landmon, Esquire<br>AXINN, VELTROP & HARKRIDER LLP<br>90 State House Square<br>Hartford, CT 06103-3702<br>*Counsel for Actavis South Atlantic LLC and Par Pharmaceutical, Inc.* |
| Timothy H. Kratz, Esquire<br>Robert J. Waddell Jr., Esquire<br>Robert L. Florence, Esquire<br>MCGUIRE WOODS LLP<br>1170 Peachtree Street, Suite 2100<br>Atlanta, GA 30309<br>*Counsel for Mylan Pharmaceuticals Inc.* | Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>POTTER, ANDERSON & CORROON LLP<br>Hercules Plaza<br>1313 North Market St.<br>Wilmington, DE 19801<br>*Counsel for Mylan Pharmaceuticals Inc.* |
| Lynn E. Eccleston, Esquire<br>MCGUIRE WOODS LLP<br>1750 Tysons Boulevard<br>Suite 1800<br>McLean, VA 22102-4215<br>*Counsel for Mylan Pharmaceuticals Inc.* | |

4

Keith D. Parr, Esquire
Kevin M. Nelson, Esquire
David B. Abramowitz, Esquire
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive,
Chicago, IL 60606
*Counsel for Torrent Pharma Inc. and Torrent Pharmaceuticals, Ltd.*

Francis J. Murphy, Jr., Esquire
MURPHY, SPADARO & LANDON
1011 Centre Road, Suite 210
Wilmington, DE 19805
*Counsel for Torrent Pharma Inc. and Torrent Pharmaceuticals, Ltd.*

Robert B. Breisblatt, Esquire
Steven E. Feldman, Esquire
Sherry L. Rollo, Esquire
WELSH & KATZ LTD.
120 S. Riverside Plaza, 22$_{nd}$ Floor
Chicago, IL 60606
*Counsel for Sun Pharmaceutical Industries, Inc. and Sun Pharmaceuticals Industries, Ltd.*

Phillip A. Rovner, Esquire
POTTER, ANDERSON & CORROON LLP
Hercules Plaza
1313 North Market St.
Wilmington, DE 19801
*Counsel for Sun Pharmaceutical Industries, Inc. and Sun Pharmaceuticals Industries, Ltd.*

Darrell L. Olson, Esquire
William R. Zimmerman, Esquire
KNOBBE, MARTENS, OLSON & BEAR
2040 Main Street, 14th Floor
Irvine, CA 29614
*Counsel for Ranbaxy, Inc. and Ranbaxy Laboratories Limited.*

Frederick L. Cortell, II, Esquire
Jameson A.L. Tweedie, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
*Counsel for Ranbaxy, Inc. and Ranbaxy Laboratories Limited.*

John Desmarais, Esquire
Gerald J. Flattmann, Jr., Esquire
William T. Vuk, Esquire
KIRKLAND & ELLIS LLP
Citigroup Center
153 E. 53rd Street
New York, NY 10022
*Counsel for sanofi-aventis and sanofi-aventis U.S. LLC*

5

        /s/ David J. Margules
David J. Margules (No. 2254)
BOUCHARD, MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Telephone: (302) 573-3500
dmargules@bmf-law.com
*Attorney for Defendant
Actavis South Atlantic LLC*