IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SANOFI-AVENTIS and<br>SANOFI-AVENTIS U.S. LLC, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | C.A. No. 07-572-GMS-MPT |
| ACTAVIS SOUTH ATLANTIC LLC,<br>AUROBINDO PHARMA LTD.,<br>AUROBINDO PHARMA USA INC.,<br>MYLAN PHARMACEUTICALS INC., PAR<br>PHARMACEUTICALS INC., RANBAXY<br>INC., RANBAXY LABORATORIES<br>LIMITED, SUN PHARMACEUTICAL<br>INDUSTRIES, INC., SUN<br>PHARMACEUTICAL INDUSTRIES LTD,<br>TEVA PHARMACEUTICALS USA, INC.<br>TORRENT PHARMA INC. and TORRENT<br>PHARMACEUTICALS LIMITED, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF WITHDRAWAL OF CERTAIN *PRO HAC VICE* COUNSEL

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7, the following attorneys

withdraw from their representation *pro hac vice* of defendant Teva Pharmaceuticals USA, Inc.

("Teva") in this matter:

> Christopher J. Sorenson
> Aaron M. Johnson
> MERCHANT & GOULD P.C.
> 3200 IDS Center
> 80 South 8th Street
> Minneapolis, MN 55402

The remaining attorneys of record, including Mark D. Schuman and Samuel T. Lockner (now affiliated with the firm of Carlson, Caspers, Vandenburgh & Lindquist, 225 South Sixth Street, Suite 3200, Minneapolis, MN 55402), continue their representation of Teva.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen L. Pascale*

February 7, 2008

John W. Shaw (No. 3362) [jshaw@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
Telephone: (302) 571-6600
*Attorneys for Teva Pharmaceuticals USA, Inc.*

OF COUNSEL:

Mark D. Schuman
Samuel T. Lockner
CARLSON, CASPERS, VANDENBURGH & LINDQUIST
225 South Sixth Street, Suite 3200
Minneapolis, MN 55402
Telephone: (612) 436-9600

2

058956.1024

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on February 7, 2008, I caused to be electronically filed a true and correct copies of the foregoing with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to following the counsel of record:

| | |
|---|---|
| Jack B. Blumenfeld | jbbefiling@mnat.com |
| Eric Cohen | eric.cohen@kattenlaw.com |
| Frederick L. Cottrell , III | cottrell@rlf.com, cathers@rlf.com, garvey@rlf.com |
| Robert L. Florence | rflorence@mcguirewoods.com |
| Richard L. Horwitz | rhorwitz@potteranderson.com, iplitigation@potteranderson.com, iplitigation2@potteranderson.com, mbaker@potteranderson.com, nmcmenamin@potteranderson.com |
| Manotti L. Jenkins | manotti.jenkins@kattenlaw.com |
| Timothy H. Kratz | tkratz@mcguirewoods.com |
| Chad A. Landmon | CAL@avhlaw.com, ECF@avhlaw.com |
| Samuel T. Lockner | slockner@merchantgould.com |
| David J. Margules | dmargules@BMF-law.com, lheritage@bmf-law.com |
| Mary Matterer | mmatterer@morrisjames.com, shadley@morrisjames.com, tpullan@morrisjames.com |
| David Ellis Moore | dmoore@potteranderson.com, ntarantino@potteranderson.com |
| Francis J. Murphy , Jr | fmurphy@msllaw.com |
| Maryellen Noreika | menefiling@mnat.com |
| Darrell L. Olson | dolson@kmob.com |
| John Will Ongman | jwo@avhlaw.com |
| James Walter Parrett , Jr | jparrett@mnat.com |
| Philip A. Rovner | iplitigation@potteranderson.com, mstackel@potteranderson.com, nmcmenamin@potteranderson.com, provner@potteranderson.com |
| Mark D. Schuman | mschuman@merchantgould.com |
| John W. Shaw | jshaw@ycst.com, corpcal@ycst.com, corporate@ycst.com |
| Sanjay B. Sitlani | JBS@avhlaw.com |
| Christopher J. Sorenson | csorenson@merchantgould.com, areuter@merchantgould.com |
| William R. Zimmerman | bzimmerman@kmob.com, linda.garcia@kmob.com |

I further certify that on February 7, 2008, I caused a copy of the foregoing document to

be served on the below-listed counsel of record in the manner indicated:

## BY E-MAIL

Jack B. Blumenfeld          *jblumenfeld@mnat.com*
Maryellen Noreika           *mnoreika@mnat.com*
James W. Parrett, Jr.       *JParrett@mnat.com*
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
PO Box 1347
Wilmington, DE 19899
*Attorneys for Plaintiffs sanofi-aventis*
*And sanofi-aventis US LLC*

John Desmarais           *jdesmarais@kirkland.com*
Gerald J. Flattmann, Jr.  *gflattmann@kirkland.com*
William T. Vuk              *wvuk@kirkland.com*
KIRKLAND & ELLIS LLP
Citigroup Center
153 E. 53rd Street
New York, NY 10022
*Attorneys for Plaintiffs sanofi-aventis*
*and sanofi-aventis US LLC*

David J. Margules          *dmargules@bmf-law.com*
BOUCHARD, MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
*Attorneys for Defendants Actavis South Atlantic LLC*
*and Par Pharmaceuticals Inc.*

AXINN, VELTROP & HARKRIDER LLP

John Will Ongman           *JWO@avhlaw.com*
Sanjay B. Sitlani            *JBS@avhlaw.com*
1330 Connecticut Avenue, NW
Washington, DC 20036

Chad A. Landmon            *CAL@avhlaw.com*
90 State House Square
Hartford, CT 06130-3702

*Attorneys for Defendants Actavis South Atlantic LLC*
*and Par Pharmaceuticals Inc.*

Mary B. Matterer          *mmatterer@morrisjames.com*
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
PO Box 2306
Wilmington, DE 19899-2306
*Attorneys for Defendants Aurobindo Pharma Ltd. and*
*Aurobindo Pharma USA Inc.*

Christine J. Siwik          *csiwik@rmmslegal.com*
Paul J. Molino             *pmolino@rmmslegal.com*
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60610
*Attorneys for Defendants Aurobindo Pharma Ltd. and*
*Aurobindo Pharma USA Inc.*

Richard L. Horwitz         *rhorwitz@potteranderson.com*
David E. Moore             *dmoore@potteranderson.com*
POTTER ANDERSON & CORROON, LLP
1313 N. Market St., Hercules Plaza 6th Floor
PO Box 951
Wilmington, DE 19899-0951
*Attorneys for Defendant Mylan Pharmaceuticals Inc.*

MCGUIRE WOODS LLP

Timothy H. Kratz           *tkratz@mcguirewoods.com*
Robert J. Waddell, Jr.    *rwaddell@mcguirewoods.com*
Robert L. Florence         *rflorence@mcguirewoods.com*
1170 Peachtree Street, Suite 2100
Atlanta, GA 30309

Lynn E. Eccleston          *lecclleston@mcguirewoods.com*
1750 Tysons Boulevard
Suite 1800
McLean, VA 22102-4215

*Attorneys for Defendant Mylan Pharmaceuticals Inc.*

2

058956.1024

Frederick L. Cottrell, III          *cottrell@rlf.com*
RICHARDS, LAYTON & FINGER
One Rodney Square
PO Box 551
Wilmington, DE 19899

*Attorneys for Defendants Ranbaxy, Inc. and Ranbaxy*
*Laboratories Ltd.*

Philip A. Rovner          *provner@potteranderson.com*
POTTER, ANDERSON & CORROON LLP
1313 N. Market St., Hercules Plaza, 6th Floor
PO Box 951
Wilmington, DE 19899-0951

*Attorneys for Defendants Sun Pharmaceuticals*
*Industries Inc. and Sun Pharmaceuticals Industries*
*Ltd.*

Francis J. Murphy, Jr.          *fmurphy@msllaw.com*
MURPHY, SPADARO & LANDON
1011 Centre Road, Suite 210
Wilmington, DE 19805

*Attorneys for Defendants Torrent Pharma Inc. and*
*Torrent Pharmaceuticals Ltd.*

Darrell L. Olson          *dolson@kmob.com*
William R. Zimmerman          *bzimmerman@kmob.com*
KNOBBE MARTENS OLSON & BEAR LLP
2040 Main Street, 14th Floor
Irvine, CA 29614

*Attorneys for Defendants Ranbaxy, Inc. and Ranbaxy*
*Laboratories Ltd.*

Eric C. Cohen          *eric.cohen@kattenlaw.com*
Manotti L. Jenkins          *mannotti.jenkins@kattenlaw.com*
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661-3693

*Attorneys for Defendants Sun Pharmaceuticals*
*Industries Inc. and Sun Pharmaceuticals Industries Ltd.*

Keith D. Parr          *kparr@lockelord.com*
Kevin M. Nelson          *knelson@lockelord.com*
David B. Abramowitz          *dabramowitz@lockelord.com*
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago IL 60606

*Attorneys for Defendants Torrent Pharma Inc. and*
*Torrent Pharmaceuticals Ltd.*

## YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*
_____

John W. Shaw (No. 3362) *[jshaw@ycst.com]*
Karen L. Pascale (No. 2903) *[kpascale@ycst.com]*
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Phone: 302-571-6600
*Attorneys for Teva Pharmaceuticals USA, Inc.*

OF COUNSEL:

Mark D. Schuman
Samuel T. Lockner
CARLSON CASPERS VANDENBURGH & LINDQUIST
225 South Sixth Street
Suite 3200
Minneapolis, MN 55402
Phone : 612-436-9600