IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANOFI-AVENTIS and<br>SANOFI-AVENTIS U.S. LLC,<br><br>           Plaintiffs,<br><br>vs.<br><br>ACTAVIS SOUTH ATLANTIC LLC,<br>AUROBINDO PHARMA LTD.,<br>AUROBINDO PHARMA USA INC.,<br>MYLAN PHARMACEUTICALS INC., PAR<br>PHARMACEUTICALS INC., RANBAXY<br>INC., RANBAXY LABORATORIES<br>LIMITED, SUN PHARMACEUTICAL<br>INDUSTRIES, INC., SUN<br>PHARMACEUTICAL INDUSTRIES LTD,<br>TEVA PHARMACEUTICALS USA, INC.<br>TORRENT PHARMA INC. and TORRENT<br>PHARMACEUTICALS LIMITED,<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 07-572-GMS-MPT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF CHANGE OF FIRM AFFILIATION OF *PRO HAC VICE* COUNSEL

PLEASE TAKE NOTICE of the change of firm affiliation for the below-listed counsel admitted *pro hac vice* to represent defendant Teva Pharmaceuticals USA, Inc. in this matter:

        Mark D. Schuman[1]
        Samuel T. Lockner[2]
        CARLSON, CASPERS, VANDENBURGH & LINDQUIST
        225 South Sixth Street, Suite 3200
        Minneapolis, MN 55402
        Telephone: (612) 436-9600

---

[1] Admitted November 21, 2007 (*see* D.I. 57).
[2] Admitted October 31, 2007 (*see* D.I. 48).

February 7, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Karen L. Pascale*

_____
John W. Shaw (No. 3362) [jshaw@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
Telephone: (302) 571-6600
*Attorneys for Teva Pharmaceuticals USA, Inc.*

OF COUNSEL:

Mark D. Schuman
Samuel T. Lockner
CARLSON, CASPERS, VANDENBURGH & LINDQUIST
225 South Sixth Street, Suite 3200
Minneapolis, MN 55402
Telephone: (612) 436-9600

## **CERTIFICATE OF SERVICE**

I, Karen L. Pascale, Esquire, hereby certify that on February 7, 2008, I caused to be electronically filed a true and correct copies of the foregoing with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to following the counsel of record:

| | |
|---|---|
| Jack B. Blumenfeld | jbbefiling@mnat.com |
| Eric Cohen | eric.cohen@kattenlaw.com |
| Frederick L. Cottrell, III | cottrell@rlf.com, cathers@rlf.com, garvey@rlf.com |
| Robert L. Florence | rflorence@mcguirewoods.com |
| Richard L. Horwitz | rhorwitz@potteranderson.com, iplitigation@potteranderson.com, iplitigation2@potteranderson.com, mbaker@potteranderson.com, nmcmenamin@potteranderson.com |
| Manotti L. Jenkins | manotti.jenkins@kattenlaw.com |
| Timothy H. Kratz | tkratz@mcguirewoods.com |
| Chad A. Landmon | CAL@avhlaw.com, ECF@avhlaw.com |
| Samuel T. Lockner | slockner@merchantgould.com |
| David J. Margules | dmargules@BMF-law.com, lheritage@bmf-law.com |
| Mary Matterer | mmatterer@morrisjames.com, shadley@morrisjames.com, tpullan@morrisjames.com |
| David Ellis Moore | dmoore@potteranderson.com, ntarantino@potteranderson.com |
| Francis J. Murphy, Jr | fmurphy@msllaw.com |
| Maryellen Noreika | menefiling@mnat.com |
| Darrell L. Olson | dolson@kmob.com |
| John Will Ongman | jwo@avhlaw.com |
| James Walter Parrett, Jr | jparrett@mnat.com |
| Philip A. Rovner | iplitigation@potteranderson.com, mstackel@potteranderson.com, nmcmenamin@potteranderson.com, provner@potteranderson.com |
| Mark D. Schuman | mschuman@merchantgould.com |
| John W. Shaw | jshaw@ycst.com, corpcal@ycst.com, corporate@ycst.com |
| Sanjay B. Sitlani | JBS@avhlaw.com |
| Christopher J. Sorenson | csorenson@merchantgould.com, areuter@merchantgould.com |
| William R. Zimmerman | bzimmerman@kmob.com, linda.garcia@kmob.com |

I further certify that on February 7, 2008, I caused a copy of the foregoing document to be served on the below-listed counsel of record in the manner indicated:

**BY E-MAIL**

| | |
|---|---|
| Jack B. Blumenfeld  *jblumenfeld@mnat.com* | John Desmarais  *jdesmarais@kirkland.com* |
| Maryellen Noreika  *mnoreika@mnat.com* | Gerald J. Flattmann, Jr.  *gflattmann@kirkland.com* |
| James W. Parrett, Jr.  *JParrett@mnat.com* | William T. Vuk  *wvuk@kirkland.com* |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | KIRKLAND & ELLIS LLP |
| PO Box 1347 | Citigroup Center |
| Wilmington, DE 19899 | 153 E. 53rd Street |
| *Attorneys for Plaintiffs sanofi-aventis And sanofi-aventis US LLC* | New York, NY 10022 |
| | *Attorneys for Plaintiffs sanofi-aventis and sanofi-aventis US LLC* |
| David J. Margules  *dmargules@bmf-law.com* | AXINN, VELTROP & HARKRIDER LLP |
| BOUCHARD, MARGULES & FRIEDLANDER, P.A. | John Will Ongman  *JWO@avhlaw.com* |
| 222 Delaware Avenue, Suite 1400 | Sanjay B. Sitlani  *JBS@avhlaw.com* |
| Wilmington, DE 19801 | 1330 Connecticut Avenue, NW |
| *Attorneys for Defendants Actavis South Atlantic LLC and Par Pharmaceuticals Inc.* | Washington, DC 20036 |
| | Chad A. Landmon  *CAL@avhlaw.com* |
| | 90 State House Square |
| | Hartford, CT 06130-3702 |
| | *Attorneys for Defendants Actavis South Atlantic LLC and Par Pharmaceuticals Inc.* |
| Mary B. Matterer  *mmatterer@morrisjames.com* | Christine J. Siwik  *csiwik@rmmslegal.com* |
| MORRIS JAMES LLP | Paul J. Molino  *pmolino@rmmslegal.com* |
| 500 Delaware Avenue, Suite 1500 | RAKOCZY MOLINO MAZZOCHI SIWIK LLP |
| PO Box 2306 | 6 West Hubbard Street, Suite 500 |
| Wilmington, DE 19899-2306 | Chicago, IL 60610 |
| *Attorneys for Defendants Aurobindo Pharma Ltd. and Aurobindo Pharma USA Inc.* | *Attorneys for Defendants Aurobindo Pharma Ltd. and Aurobindo Pharma USA Inc.* |
| Richard L. Horwitz  *rhorwitz@potteranderson.com* | MCGUIRE WOODS LLP |
| David E. Moore  *dmoore@potteranderson.com* | Timothy H. Kratz  *tkratz@mcguirewoods.com* |
| POTTER ANDERSON & CORROON, LLP | Robert J. Waddell, Jr.  *rwaddell@mcguirewoods.com* |
| 1313 N. Market St., Hercules Plaza 6th Floor | Robert L. Florence  *rflorence@mcguirewoods.com* |
| PO Box 951 | 1170 Peachtree Street, Suite 2100 |
| Wilmington, DE 19899-0951 | Atlanta, GA 30309 |
| *Attorneys for Defendant Mylan Pharmaceuticals Inc.* | Lynn E. Eccleston  *leccleston@mcguirewoods.com* |
| | 1750 Tysons Boulevard |
| | Suite 1800 |
| | McLean, VA 22102-4215 |
| | *Attorneys for Defendant Mylan Pharmaceuticals Inc.* |

| | |
|---|---|
| Frederick L. Cottrell, III     *cottrell@rlf.com*<br>RICHARDS, LAYTON & FINGER<br>One Rodney Square<br>PO Box 551<br>Wilmington, DE 19899<br>*Attorneys for Defendants Ranbaxy, Inc. and Ranbaxy Laboratories Ltd.* | Darrell L. Olson     *dolson@kmob.com*<br>William R. Zimmerman     *bzimmerman@kmob.com*<br>KNOBBE MARTENS OLSON & BEAR LLP<br>2040 Main Street, 14th Floor<br>Irvine, CA 29614<br>*Attorneys for Defendants Ranbaxy, Inc. and Ranbaxy Laboratories Ltd.* |
| Philip A. Rovner     *provner@potteranderson.com*<br>POTTER, ANDERSON & CORROON LLP<br>1313 N. Market St., Hercules Plaza, 6th Floor<br>PO Box 951<br>Wilmington, DE 19899-0951<br>*Attorneys for Defendants Sun Pharmaceuticals Industries Inc. and Sun Pharmaceuticals Industries Ltd.* | Eric C. Cohen     *eric.cohen@kattenlaw.com*<br>Manotti L. Jenkins     *mannotti.jenkins@kattenlaw.com*<br>KATTEN MUCHIN ROSENMAN LLP<br>525 West Monroe Street<br>Chicago, IL 60661-3693<br>*Attorneys for Defendants Sun Pharmaceuticals Industries Inc. and Sun Pharmaceuticals Industries Ltd.* |
| Francis J. Murphy, Jr.     *fmurphy@msllaw.com*<br>MURPHY, SPADARO & LANDON<br>1011 Centre Road, Suite 210<br>Wilmington, DE 19805<br>*Attorneys for Defendants Torrent Pharma Inc. and Torrent Pharmaceuticals Ltd.* | Keith D. Parr     *kparr@lockelord.com*<br>Kevin M. Nelson     *knelson@lockelord.com*<br>David B. Abramowitz     *dabramowitz@lockelord.com*<br>LOCKE LORD BISSELL & LIDDELL LLP<br>111 South Wacker Drive<br>Chicago IL 60606<br>*Attorneys for Defendants Torrent Pharma Inc. and Torrent Pharmaceuticals Ltd.* |

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*

John W. Shaw (No. 3362) *[jshaw@ycst.com]*
Karen L. Pascale (No. 2903) *[kpascale@ycst.com]*
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Phone: 302-571-6600
*Attorneys for Teva Pharmaceuticals USA, Inc.*

OF COUNSEL:

Mark D. Schuman
Samuel T. Lockner
CARLSON CASPERS VANDENBURGH & LINDQUIST
225 South Sixth Street
Suite 3200
Minneapolis, MN 55402
Phone: 612-436-9600