IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SANOFI-AVENTIS and<br>SANOFI-AVENTIS U.S. LLC,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>ACTAVIS SOUTH ATLANTIC LLC,<br>AUROBINDO PHARMA LTD.,<br>AUROBINDO PHARMA USA INC.,<br>MYLAN PHARMACEUTICALS INC., PAR<br>PHARMACEUTICALS INC., RANBAXY<br>INC., RANBAXY LABORATORIES<br>LIMITED, SUN PHARMACEUTICAL<br>INDUSTRIES, INC., SUN<br>PHARMACEUTICAL INDUSTRIES LTD,<br>TEVA PHARMACEUTICALS USA, INC.<br>TORRENT PHARMA INC. and TORRENT<br>PHARMACEUTICALS LIMITED,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 07-572-GMS |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of the following attorney to represent defendant **Teva Pharmaceuticals USA, Inc.** in this matter:

> Todd S. Werner, Esquire
> CARLSON, CASPERS, VANDENBURGH & LINDQUIST
> 225 South Sixth Street, Suite 3200
> Minneapolis, MN 55402
> Telephone: (612) 436-9600
> E-mail: twerner@ccvl.com

In accordance with Standing Order for District Court Fund, the annual fee of $25.00 has been or will be submitted to the Clerk's Office for Todd S. Werner upon the filing of this motion

March 24, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Karen L. Pascale*

John W. Shaw (No. 3362) [jshaw@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
Telephone: (302) 571-6600
*Attorneys for Teva Pharmaceuticals USA, Inc.*

OF COUNSEL:

Mark D. Schuman
Samuel T. Lockner
CARLSON, CASPERS, VANDENBURGH & LINDQUIST
225 South Sixth Street, Suite 3200
Minneapolis, MN 55402
Telephone: (612) 436-9600

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of Todd S. Werner is GRANTED.

Date: March _____, 2008

_____
CHIEF, UNITED STATES DISTRICT JUDGE

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of Minnesota, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: March 17, 2008

*/s/ Todd Werner*

Todd S. Werner
CARLSON, CASPERS, VANDENBURGH & LINDQUIST
225 South Sixth Street, Suite 3200
Minneapolis, MN 55402
Telephone: (612) 436-9600
E-mail: twerner@ccvl.com

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on March 24, 2008, I caused to be electronically filed a true and correct copies of the foregoing with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to following the counsel of record:

| | |
|---|---|
| David B. Abramowitz | dabramowitz@lockelord.com |
| Jack B. Blumenfeld | jbbefiling@mnat.com |
| Eric Cohen | eric.cohen@kattenlaw.com |
| Frederick L. Cottrell, III | cottrell@rlf.com, cathers@rlf.com, garvey@rlf.com |
| Scott B. Feder | sfeder@lockelord.com, ddaum@lockelord.com, docket@lockelord.com, kholtz@lockelord.com |
| Robert L. Florence | rflorence@mcguirewoods.com |
| Richard L. Horwitz | rhorwitz@potteranderson.com, iplitigation@potteranderson.com, iplitigation2@potteranderson.com, mbaker@potteranderson.com, nmcmenamin@potteranderson.com |
| Manotti L. Jenkins | manotti.jenkins@kattenlaw.com |
| Timothy H. Kratz | tkratz@mcguirewoods.com |
| Chad A. Landmon | CAL@avhlaw.com, ECF@avhlaw.com |
| Samuel T. Lockner | slockner@ccvl.com |
| David J. Margules | dmargules@BMF-law.com, lheritage@bmf-law.com |
| Mary Matterer | mmatterer@morrisjames.com, shadley@morrisjames.com, tpullan@morrisjames.com |
| David Ellis Moore | dmoore@potteranderson.com, ntarantino@potteranderson.com |
| Francis J. Murphy, Jr | fmurphy@msllaw.com |
| Kevin M. Nelson | knelson@lockelord.com |
| Maryellen Noreika | menefiling@mnat.com |
| Darrell L. Olson | dolson@kmob.com |
| John Will Ongman | jwo@avhlaw.com |
| Keith D. Parr | kparr@lockelord.com, ddaum@lockelord.com |
| James Walter Parrett, Jr | jparrett@mnat.com |
| Philip A. Rovner | iplitigation@potteranderson.com, mstackel@potteranderson.com, nmcmenamin@potteranderson.com, provner@potteranderson.com |

| | |
|---|---|
| Mark D. Schuman | mschuman@ccvl.com |
| John W. Shaw | jshaw@ycst.com, corpcal@ycst.com, corporate@ycst.com |
| Sanjay B. Sitlani | JBS@avhlaw.com |
| Robert J. Waddell, Jr. | rwaddell@mcguirewoods.com |
| William R. Zimmerman | bzimmerman@kmob.com, linda.garcia@kmob.com |

I further certify that on March 20, 2008, I caused a copy of the foregoing document to be served on the below-listed counsel of record in the manner indicated:

**BY E-MAIL**

| | |
|---|---|
| Jack B. Blumenfeld  jblumenfeld@mnat.com<br>Maryellen Noreika  mnoreika@mnat.com<br>James W. Parrett, Jr.  JParrett@mnat.com<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>PO Box 1347<br>Wilmington, DE 19899<br>*Attorneys for Plaintiffs sanofi-aventis<br>And sanofi-aventis US LLC* | John Desmarais  jdesmarais@kirkland.com<br>Gerald J. Flattmann, Jr.  gflattmann@kirkland.com<br>William T. Vuk  wvuk@kirkland.com<br>Alexis Gorton  agorton@kirkland.com<br>KIRKLAND & ELLIS LLP<br>Citigroup Center<br>153 E. 53rd Street<br>New York, NY 10022<br>*Attorneys for Plaintiffs sanofi-aventis<br>and sanofi-aventis US LLC* |
| David J. Margules  dmargules@bmf-law.com<br>BOUCHARD, MARGULES & FRIEDLANDER, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801<br>*Attorneys for Defendants Actavis South Atlantic LLC and Par Pharmaceuticals Inc.* | AXINN, VELTROP & HARKRIDER LLP<br>John Will Ongman  JWO@avhlaw.com<br>Sanjay B. Sitlani  JBS@avhlaw.com<br>1330 Connecticut Avenue, NW<br>Washington, DC 20036<br><br>Chad A. Landmon  CAL@avhlaw.com<br>90 State House Square<br>Hartford, CT 06130-3702<br>*Attorneys for Defendants Actavis South Atlantic LLC and Par Pharmaceuticals Inc.* |
| Mary B. Matterer  mmatterer@morrisjames.com<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>PO Box 2306<br>Wilmington, DE 19899-2306<br>*Attorneys for Defendants Aurobindo Pharma Ltd. and Aurobindo Pharma USA Inc.* | Christine J. Siwik  csiwik@rmmslegal.com<br>Paul J. Molino  pmolino@rmmslegal.com<br>Deanne M. Mazzochi  dmazzochi@rmmslegal.com<br>RAKOCZY MOLINO MAZZOCHI SIWIK LLP<br>6 West Hubbard Street, Suite 500<br>Chicago, IL 60610<br>*Attorneys for Defendants Aurobindo Pharma Ltd. and Aurobindo Pharma USA Inc.* |

| | |
|---|---|
| Richard L. Horwitz      rhorwitz@potteranderson.com<br>David E. Moore         dmoore@potteranderson.com<br>POTTER ANDERSON & CORROON, LLP<br>1313 N. Market St., Hercules Plaza 6th Floor<br>PO Box 951<br>Wilmington, DE 19899-0951<br>*Attorneys for Defendant Mylan Pharmaceuticals Inc.* | MCGUIRE WOODS LLP<br>Timothy H. Kratz         tkratz@mcguirewoods.com<br>Robert J. Waddell, Jr.   rwaddell@mcguirewoods.com<br>Robert L. Florence       rflorence@mcguirewoods.com<br>1170 Peachtree Street, Suite 2100<br>Atlanta, GA 30309<br>Lynn E. Eccleston        leccleston@mcguirewoods.com<br>1750 Tysons Boulevard<br>Suite 1800<br>McLean, VA 22102-4215<br>*Attorneys for Defendant Mylan Pharmaceuticals Inc.* |
| Frederick L. Cottrell, III         cottrell@rlf.com<br>RICHARDS, LAYTON & FINGER<br>One Rodney Square<br>PO Box 551<br>Wilmington, DE 19899<br>*Attorneys for Defendants Ranbaxy, Inc. and Ranbaxy Laboratories Ltd.* | Darrell L. Olson              dolson@kmob.com<br>William R. Zimmerman    bzimmerman@kmob.com<br>KNOBBE MARTENS OLSON & BEAR LLP<br>2040 Main Street, 14th Floor<br>Irvine, CA 29614<br>*Attorneys for Defendants Ranbaxy, Inc. and Ranbaxy Laboratories Ltd.* |
| Philip A. Rovner       provner@potteranderson.com<br>POTTER, ANDERSON & CORROON LLP<br>1313 N. Market St., Hercules Plaza, 6th Floor<br>PO Box 951<br>Wilmington, DE 19899-0951<br>*Attorneys for Defendants Sun Pharmaceuticals Industries Inc. and Sun Pharmaceuticals Industries Ltd.* | Eric C. Cohen             eric.cohen@kattenlaw.com<br>Manotti L. Jenkins    manotti.jenkins@kattenlaw.com<br>KATTEN MUCHIN ROSENMAN LLP<br>525 West Monroe Street<br>Chicago, IL 60661-3693<br>*Attorneys for Defendants Sun Pharmaceuticals Industries Inc. and Sun Pharmaceuticals Industries Ltd.* |
| Francis J. Murphy, Jr.       fmurphy@msllaw.com<br>MURPHY, SPADARO & LANDON<br>1011 Centre Road, Suite 210<br>Wilmington, DE 19805<br>*Attorneys for Defendants Torrent Pharma Inc. and Torrent Pharmaceuticals Ltd.* | Keith D. Parr               kparr@lockelord.com<br>Kevin M. Nelson          knelson@lockelord.com<br>David B. Abramowitz      dabramowitz@lockelord.com<br>LOCKE LORD BISSELL & LIDDELL LLP<br>111 South Wacker Drive<br>Chicago IL 60606<br>*Attorneys for Defendants Torrent Pharma Inc. and Torrent Pharmaceuticals Ltd.* |
| John C. Phillips, Jr.            jcp@pgslaw.com<br>Brian E. Farnan                  bef@pgslaw.com<br>PHILLIPS, GOLDMAN & SPENCE, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806<br>*Attorneys for Attorneys for Barr Laboratories, Inc. (defendants in 07-574-GMS)* | George Lombardi          glombardi@winston.com<br>Taras Gracey              tgracey@winston.com<br>Ivan M. Poullaos          ipoullaos@winston.com<br>Kurt Mathas               kmathas@winston.com<br>WINSTON & STRAWN LLP<br>35 W. Wacker Drive<br>Chicago, IL. 60601-9703<br>*Attorneys for Attorneys for Barr Laboratories, Inc. (defendants in 07-574-GMS)* |

| | |
|---|---|
| Robert B. Breisblatt   *rbbreisblatt@welshkatz.com*<br>Steven E. Feldman   *sefeldman@welshkatz.com*<br>Sherry L. Rollo   *srollo@welshkatz.com*<br>WELSH & KATZ LTD.<br>120 S. Riverside Plaza<br>22nd Floor<br>Chicago, IL 60606<br>*Attorneys for Attorneys for Apotex Inc, and Apotex Corp. (defendants in 07-792-GMS)* | Richard L. Horwitz   *rhorwitz@potteranderson.com*<br>POTTER ANDERSON & CORROON LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>*Attorneys for Attorneys for Apotex Inc, and Apotex Corp. (defendants in 07-792-GMS)* |

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*

John W. Shaw (No. 3362) *[jshaw@ycst.com]*
Karen L. Pascale (No. 2903) *[kpascale@ycst.com]*
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Phone: 302-571-6600
*Attorneys for Teva Pharmaceuticals USA, Inc.*

OF COUNSEL:

Mark D. Schuman
Samuel T. Lockner
CARLSON CASPERS VANDENBURGH & LINDQUIST
225 South Sixth Street
Suite 3200
Minneapolis, MN 55402
Phone : 612-436-9600